UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
MICHAEL ROMANO,

                Petitioner,

    -against-

UNITED STATES OF AMERICA,

                Respondent.
--------------------------------------------------------x

**WAIVER**
22-cv-2444 (DLI)
09-cr-00168 (DLI)

I, Michael Romano, do hereby declare that:

I know and understand that by filing a claim of ineffective assistance of counsel, I implicitly waive my attorney-client privilege with respect to my communications with my allegedly ineffective attorneys, Maurice H. Sercarz, Esq., Diane Ferrone, Esq., and Richard Levitt, Esq., regarding my defense in the criminal matter that is the subject of my petition pursuant to 28 U.S.C. § 2255, filed on April 28, 2022.

Even though I know that my ineffective assistance of counsel claims will result in a waiver of the attorney-client privilege with respect to the above-named counsels, I still wish to proceed with my claims of ineffective assistance of counsel, as set forth in my petition.

I declare under penalty of perjury that the foregoing is true and correct and that this Form was placed in the prison mailing system on _____ (month, day, year). I further declare under penalty of perjury that no one has forced me or coerced me in any way to execute this waiver form.

Executed (signed) on _____ (date)

_____          _____
Signature                                                                  PRINT NAME