

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

December 2, 2024

Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>United States v. Romano</u>
        CR-09-0168 (DLI)(VMS)

Dear Magistrate Judge Scanlon:

The undersigned writes, with the consent of the third-parties, pursuant to the Court's order dated November 18, 2024, to respectfully provide a status report regarding discovery.

The third-parties have represented to the government that they have provided all documents in their possession that are responsive to the government's document demands. Depositions of the third-parties have been scheduled and confirmed for December 18, 2024.

The government anticipates that it will initiate dispositive motion practice on or before January 24, 2025, as required by Your Honor's scheduling order dated November 1, 2024.

Thank you for Your Honor's courtesies in this matter.

                  Respectfully submitted,
                  BREON PEACE
                  United States Attorney
        By: <u>/s/ Diane C. Leonardo</u>
                  Diane C. Leonardo
                  Assistant U.S. Attorney
                  (631) 715-7854

cc: Matthew Gilmartin, Esq, Counsel for Jeanne Romano, by ECF
    Karen Kearney, *pro se* third party, by Fedex