UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-                                 NOTICE OF MOTION

                                          Cr. No. 09-0168 (S-2)(DLI)

MICHAEL ROMANO AND
WILLIAM KEARNEY,

                Defendants.
--------------------------------------------------------x

      **PLEASE TAKE NOTICE**, that upon the Petition filed July 28, 2021, the annexed

Declaration of Diane C. Leonardo, dated March 14, 2025, and the exhibits thereto; and the

United States' Memorandum of Law, dated March 14, 2025 and upon all the proceedings had

herein, the undersigned will move this Court, before the Honorable Dora L. Irizarry at the United

States Courthouse, located at 225 Cadman Plaza East, Brooklyn, New York 11201, pursuant to

Fed. R. Civ. P. 56 for an order dismissing the Petition and for such other relief as the Court may

deem just and proper.

**PLEASE TAKE NOTICE that pursuant to the Court-ordered briefing schedule,**

**Claimant's opposition is required to be served on or before March 28, 2025 and the United**

**States' reply papers, if any, are required to be served and all papers filed on or before**

**April 4, 2025.**

Dated: Central Islip, New York
      March 14, 2025

                Respectfully submitted,
                JOHN J. DURHAM
                United States Attorney
                Eastern District of New York
                610 Federal Plaza, 5th Floor
                Central Islip, New York 11722

                /s/Diane C. Leonardo
BY:   Diane C. Leonardo
                Assistant U.S. Attorney
                (631) 715-7854

To:  Matthew Gilmartin, Esq.
     Attorney for Claimant
     Matthew Gilmartin, Attorney at Law, LLC
     P.O. Box 38040
     Olmsted Falls, OH 44138