UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA

   -against-

                              Cr. No. 09-0168 (S-2)(DLI)

MICHAEL ROMANO AND
WILLIAM KEARNEY,

             Defendants
-----------------------------------------------------x

       I, Diane C. Leonardo, hereby declare pursuant to 28 U.S.C. § 1746, under penalty

of perjury, that the following is correct:

       1.     I am an Assistant United States Attorney, of counsel to JOHN J. DURHAM,

United States Attorney, Eastern District of New York, attorney for the United States of America.

I submit this declaration and the following exhibits, in support of the United States' motion for

summary judgment to dismiss the petition of Claimant Jeanne Romano:

            Exhibit 1     Relevant pages of the United States Discovery Production

            Exhibit 2     Deposition of Claimant Jeanne Romano.

Dated:  Central Islip, New York
         March 14, 2025

                                        Respectfully submitted,
                                        JOHN J. DURHAM
                                        UNITED STATES ATTORNEY

                    BY:    /s/Diane C. Leonardo
                            Diane C. Leonardo
                            Assistant U.S. Attorney
                            (631) 715-7854