This Document Prepared By:
Home Title, Inc
1301 N. Congress Avenue Ste 210
BOYNTON BEACH, FL 33426

Parcel ID Number: 00 42 45 08 09 000 0950
Grantee #1 TIN:

# Warranty Deed

**This Indenture,** Made this 22nd day of April , 2004 A.D., **Between**
Villages of Windsor by Ansca Homes, LLC, a corporation existing under the laws of the state of Florida

of the County of **PALM BEACH** , State of **Florida** , **grantor,** and
Jeanne Romano, a married woman,

whose address is: 8154 Via Bolzano, LAKE WORTH, Florida 33467

of the County of **PALM BEACH** , State of **Florida** , **grantee.**

**Witnesseth** that the GRANTOR, for and in consideration of the sum of - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - TEN & NO/100($10.00) - - - - - - - - - - - - - - - - - - - - -DOLLARS,
and other good and valuable consideration to GRANTOR in hand paid by GRANTEE, the receipt whereof is hereby acknowledged, has
granted, bargained and sold to the said GRANTEE and GRANTEE'S heirs and assigns forever, the following described land, situate,
lying and being in the County of **PALM BEACH** State of **Florida** to wit:

Lot 95 , Villages of Windsor Plat Four a P.U.D.
according to the map or plat thereof as recorded in Plat Book
98, Page 162-166, Public Records of Palm Beach, Florida.

This conveyance is subject to the following:

1.   Taxes and assessments for the year 2004 and
     subsequent years.
2.   Zoning and other governmental regulations;
3.   All easements, covenants, restrictions, limitations, lien
     rights of the homeowner's association, dedications,
     reservations, agreements and conditions of record, whether
     set forth on the subdivision plat, common to the sub-
     division which are hereby not reimposed

and the grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

**In Witness Whereof,** the grantor has hereunto set his hand and seal the day and year first above written.
Signed, sealed and delivered in our presence:

Villages of Windsor by Ansca
Homes, LLC

Printed Name:

Witness

By: _____ (Seal)
Charles Scardina, President
P.O. Address 3333 So. Congress Ave, DELRAY BEACH, FL 33445

Printed Name: Ma P. Witherspoon

Witness

STATE OF Florida
COUNTY OF PALM BEACH                                      (Corporate Seal)

The foregoing instrument was acknowledged before me this 22nd day of April , 20 04 by
Charles Scardina, President of Villages of Windsor by Ansca Homes, LLC,
                                                        a Florida          Corporation,
on behalf of the corporation. He is personally known to me or has produced his **Florida driver's license** as
identification.

Printed Name: _____
NOTARY PUBLIC
My Commission Expires:

ROMANO

085125

USA0002

## A. Settlement Statement

U.S. Department of Housing
and Urban Development

OMB No. 2502-0265

**B. Type of Loan**

| 1.☐ FHA | 2.☐ FmHA | 3.☒ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4.☐ VA | 5.☐ Conv. Ins. | | ROMANO | 30134288 | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs.  Amounts paid to and by the settlement agent are shown.  Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME OF BORROWER: | E. NAME OF SELLER: | F. NAME OF LENDER: |
|---|---|---|
| Jeanne Romano | Villages of Windsor by Ansca Homes, LLC | Chase Manhattan Mortgage Corp |
| | | LENDER'S ADDRESS: 2385 NW Executive Cent |
| BORROWER'S ADDRESS: | SELLER'S ADDRESS: | Drive-Ste 320 |
| 8154 Via Bolzano | 3333 So. Congress Ave | BOCA RATON, FL  33431 |
| LAKE WORTH, FL  33467 | DELRAY BEACH, FL  33445 | H. SETTLEMENT AGENT: Home Title, Inc. |
| G. PROPERTY LOCATION: | PLACE OF SETTLEMENT: | 301 Yamato Road Suite 1200 |
| Lot D-95 | 1301 N. Congress Avenue Suite 210 | Boca Raton, FL  334313 |
| | BOYNTON BEACH, FL  33426 | |
| | I.  SETTLEMENT DATE:    04/22/04 | |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 457,740.00 | 401. Contract sales price | 457,740.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 7,154.34 | 403. | |
| 104. SWA | 170.35 | 404. SWA | 170.35 |
| 105. Admin Fee 1% | 4,577.40 | 405. Admin Fee 1% | 4,577.40 |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes               to | | 406. City/town taxes                to | |
| 107. County taxes                to | | 407. County taxes                to | |
| 108. Assessments                to | | 408. Assessments                to | |
| 109. | | 409. | |
| 110. Survey               to | 350.00 | 410. Survey               to | 350.00 |
| 111. Water Hookup Fee               to | 100.00 | 411. Water Hookup Fee               to | 100.00 |
| 112. Utility Hookup Fee | 300.00 | 412. Utility Hookup Fee | 300.00 |
| 120. GROSS AMOUNT DUE FROM BORROWER ▶ | 470,392.09 | 420. GROSS AMOUNT DUE TO SELLER ▶ | 463,237.75 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | 34,790.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 175,000.00 | 502. Settlement charges to seller (line 1400) | 3,266.14 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. Southtrust Princ | 202,555.00 |
| 208. | | 508. Lot Release | 85,476.00 |
| 209. | | 509. Deposit Paid to Seller      ansca | 34,790.00 |
| 209a Upgrades | 109,840.00 | 509a Upgrades | 109,840.00 |
| 209b | | 509b | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes               to | | 510. City/town taxes               to | |
| 211. County taxes   01/01/04 to  04/22/04 | 308.74 | 511. County taxes   01/01/04 to  04/22/04 | 308.74 |
| 212. Assessments               to | | 512. Assessments               to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | 085126 |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL AMOUNTS PAID BY OR IN BEHALF OF BORROWER ▶ | 319,938.74 | 520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER ▶ | 436,235.88 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 470,392.09 | 601. Gross amount due to seller (line 420) | 463,237.75 |
| 302. Less amounts paid by/for borrower (line 220) | ( 319,938.74 | 602. Less reductions in amount due seller (line 520) | ( 436,235.88 |
| 303. CASH  ☒ From ☐ To  BORROWER ▶ | 150,453.35 | 603. CASH  ☒ To ☐ From  SELLER ▶ | 27,001.87 |

PAGE 1

HUD-1 (3-86) RESPA, HB 4305.2

USA0003

## COLOR SELECTION AND MONEY TRANSMITTAL FORM

DATE SENT TO CORPORATE OFFICE: _3-15-04_

FROM:    **VILLAGES OF WINDSOR BY ANSCA , LLC.**

PROJECT:    **ISOLA BELLA ESTATES** (POD A & B)
**ISOLA BELLA** (POD C & D)

LOT # & POD:    _D-95_

MODEL/ELEVATION: _SOFFI II / B_

BUYER:    _MICHAEL ROMANO_

DESIGN COORDINATOR:    _LINDA DRAGON_

SHUTTER UPGRADE: _____
PATIO/SCREEN EXTENSION: _____
POOL: _✓_
BALCONY: _✓_

*LOT SPECIFIC REVISION:* YES _____ /NO _____

ENCLOSED PLEASE FIND THE FOLLOWING ITEMS IN CONNECTION WITH THE REFERENCED SALE:

POOL AMOUNT: $ _38,740 ⁰⁰_

COLOR SELECTION AMOUNT:    $ _109,840_
OPTION AMOUNT DUE- _25_ %    $ _27,460_
ARCHITECTURAL AMOUNT DUE - 100%:    $ _2_
AMOUNT RECEIVED THIS TRANSMITTAL:    $ _80,380_ - BALANCE OF TOTAL OPTIONS
POOL DEPOSIT RECEIVED:    $ _2000_

TOTAL RECEIVED:    $ _109,840_

BALANCE DUE AT CLOSING:    $ _-0-_

CREDITS DUE TO HOMEOWNER:    $ _____
NEW TOTAL COLOR SELECTION AMOUNT    $ _____
NEW BALANCE DUE AT CLOSING:    $ _-0-_

### CHECK COPY

MICHAEL G. ROMANO                                1-2/210 820        490

DATE _3/13/2004_

PAY TO THE
ORDER OF _Villages Of Windsor By Ansca Homes, LLC_    | $ _80,380·00_

_Eighty Thousand Three Hundred Eighty_ DOLLARS

CHASE The Chase Manhattan Bank
1201 Wantagh Avenue
Wantagh, NY 11793

085136

MEMO _LOT D-95_

⑈021000021⑈ 342 1 1600 25⑈ 0490

USA0013

## COLOR SELECTION AND MONEY TRANSMITTAL FORM

DATE SENT TO CORPORATE OFFICE: _8-20-03_

FROM:    VILLAGES OF WINDSOR BY ANSCA, LLC.

PROJECT:    ISOLA BELLA (POD C & D)

LOT # & POD:    _D-95_

MODEL / ELEVATION:    _SOFFI II / B_

BUYER:    _MICHAEL ROMANO_

DESIGN COORDINATOR:    _LINDA DRAGON_

SHUTTER UPGRADE: _____
PATIO / SCREEN EXTENSION _____

ENCLOSED PLEASE FIND THE FOLLOWING ITEMS IN CONNECTION WITH THE REFERENCED SALE:

ARCHITECTURAL AMOUNT ENCLOSED – 100%    $_____
OPTION AMOUNT ENCLOSED - _____%    $_____
COLOR SELECTION AMOUNT    $_____
AMOUNT RECEIVED    $ _2,000.00_

POOL DEPOSIT - $ _2,000.00_
POOL AMOUNT - $_____

BALANCE RECEIVED - $_____
DATE DUE - _____

* LOT SPECIFIC REVISION:    YES_____    NO_____

* LOT OPTION REVISION:    YES_____    NO_____

CREDITS DUE TO HOMEOWNER    $_____

NEW TOTAL COLOR SELECTION AMOUNT    $_____

BALANCE DUE AT CLOSING    $_____

RECEIVED: _____

CHECK COPY

4778

Wall Street Rare Coins, Inc.
12 Unqua Rd.
Massapequa, NY 11758

DATE _8-18-03_    1-2/210 823

PAY TO THE ORDER OF _Villages of Windsor by Ansca Homes_    $ _2000.00_

_Two thousand and 00/100_    DOLLARS

CHASE  JPMorgan Chase Bank
4900 Merrick Road
Massapequa Park, NY 11762

FOR _Pool Deposit  Lot D-95_

⑆004778⑆ ⑈021000021⑈ 303107655 2⑆

085137
USA0014

## COLOR SELECTION AND MONEY TRANSMITTAL FORM

DATE SENT TO CORPORATE OFFICE: _10-17-03_

FROM:     **VILLAGES OF WINDSOR BY ANSCA, LLC.**

PROJECT:    **ISOLA BELLA (POD C & D)**

LOT # & POD: _D-95_

MODEL / ELEVATION: _SOFFI II / B_

BUYER: _MICHAEL ROMANO_

DESIGN COORDINATOR: _LINDA DRAGON_

SHUTTER UPGRADE: _____
PATIO / SCREEN EXTENSION _____
POOL: __✓_____
BALCONY: __✓_____

ENCLOSED PLEASE FIND THE FOLLOWING ITEMS IN CONNECTION WITH THE REFERENCED SALE:

ARCHITECTURAL AMOUNT ENCLOSED – 100%    $ _N/A_
OPTION AMOUNT ENCLOSED - _25_ %    $ _27,460 00_
COLOR SELECTION AMOUNT    $ _109,840 00_
AMOUNT RECEIVED    $ _27,460 00_

POOL DEPOSIT - $ _2,000 00_
POOL AMOUNT - $ _38,740 00_

BALANCE RECEIVED - $ _____
DATE DUE - _____

* LOT SPECIFIC REVISION:    YES _✓_    NO _____

* LOT OPTION REVISION:    YES _____    NO _X_

CREDITS DUE TO HOMEOWNER    $ _____

NEW TOTAL COLOR SELECTION AMOUNT    $ _____

BALANCE DUE AT CLOSING    $ _80,380 00_

RECEIVED: _____

**CHECK COPY**

MICHAEL G. ROMANO

1-2/210 820    489

DATE _10-13-200___

PAY TO THE ORDER OF _Villages Of Windsor By Ansc_ $ _27,460.00_

_Twenty Seven Thousand Four Hundred Sixty_ DOLLARS

CHASE   The Chase Manhattan Bank
1201 Wantagh Avenue
Wantagh, NY 11793

MEMO _LOT D-95  25% OPTIONS_

⑈210000211⑈ 342 1 140 251⑈ 0489

085138

USA0015

APR 01 '04 16:21 FROM:                                                    T-714 P.04/14 F-443

# REVISED CONTRACT
## NAME CHANGE

### CONTRACT AND EARNEST MONEY TRANSMITTAL FORM

FROM:        VILLAGES OF WINDSOR BY ANSCA HOMES, LLC.

TO:          Law Office of Mitchell A. Sherman/Attention: Arlene

SUBJECT:     PROJECT:     ISOLA BELLA

LOT # & MODEL:     95D—  _Joffi II_
ZERO SIDE:         LEFT ___ RIGHT ✓
ELEVATION:         A ___  B ✓
BUYER:             Michael A. Ionazo
CLOSING DATE:      4 quarter 03 / 1st quarter 04
SALES PERSON:      Sandy Goldman

ENCLOSED PLEASE FIND THE FOLLOWING ITEMS IN CONNECTION WITH THE REFERENCED SALE:

[ ] INITIAL DEPOSIT:          $_____
                              $_____

[ ] ADDITIONAL DEPOSIT:       $_____

[ ] ADDENDUMS ATTACHED RE: ANY ADDITIONAL MONIES

_____ Contract Deposit To:   Villages of Windsor By Ansca Homes, LLC
                             (Escrow Waived)
_____ Contract Deposit To:   Mitchell A. Sherman Trust Account with Bond Fee.

[ ] COPY OF PURCHASE AGREEMENT WITH ALL RIDERS ATTACHED
[ ] COPY OF ADDITIONAL RIDER/ADDENDUM NOT PREVIOUSLY SENT
[✓] OTHER: _Name change - adding mother to contract_
           _See attached addendum_

FOR ADDITIONAL INFORMATION REGARDING THE ABOVE CONTACT:

[ ] MARGARET CROKE
[ ] FRAN CALABRO
[ ] BRENDA POLAKOFF
[✓] SANDRA GOLDMAN

RECEIVED COPY OF DOCUMENTS:

_____   3/31/04
                                Date

RECEIVED COPY OF RECORDED DOCUMENTS:

_____
                                Date

RECEIVED THIS __1__ DAY OF __April__, 2004

CONTRACT ONLY: X
CONTRACT & DEPOSIT:

BY: _____

085224

USA0101

CASH SALE

## CONTRACT AND EARNEST MONEY TRANSMITTAL FORM

FROM:      VILLAGES OF WINDSOR BY ANSCA HOMES, LLC.

TO:          Law Office of Mitchell A. Sherman/Attention:  Arlene

SUBJECT:   PROJECT:    **ISOLA BELLA**

LOT # & MODEL:    95D Siff, II
ZERO SIDE:         LEFT _X_   RIGHT _____
BUYER:             Michael G. Romano
CLOSING DATE:      4th Quarter 03/1st Quarter 04
SALES PERSON:      Dewey Halch
BROKER:

ENCLOSED PLEASE FIND THE FOLLOWING ITEMS IN CONNECTION WITH THE REFERENCED SALE:

[ X ] INITIAL DEPOSIT:         $   # 34,790
                               $

[ ] ADDITIONAL DEPOSIT:        $

[ ] ADDENDUMS ATTACHED RE:  ANY ADDITIONAL MONIES

_X_ Contract Deposit To:   Villages of Windsor By Ansca Homes, LLC
                             (Escrow Waived)
____ Contract Deposit To:   Mitchell A. Sherman Trust Account with Bond Fee.

[ ] COPY OF PURCHASE AGREEMENT WITH ALL RIDERS ATTACHED
[ ] COPY OF ADDITIONAL RIDER/ADDENDUM NOT PREVIOUSLY SENT
[ ] OTHER: _____

FOR ADDITIONAL INFORMATION REGARDING THE ABOVE CONTACT:

[ ] MARGARET CROKE
[ ] FRAN CALABRO
[ ] BRENDA POLAKOFF
[X] SANDRA GOLDMAN

RECEIVED COPY OF RECORDED DOCUMENTS:

general contract

DATE:_____

RECEIVED THIS 20 DAY OF April , 2003

*CONTRACT ONLY:*
*CONTRACT & DEPOSIT:*

BY: _____

085225

USA0102

# ISOLA BELLA PURCHASE CONTRACT

This Purchase Contract (the "Contract") is made between Villages of Windsor By Ansca Homes, L..L.C., a Florida corporation, whose address is 3333 South Congress Ave., Suite 403B, Delray Beach, Florida 33345, herein referred to as "Seller", and the below named Purchaser on the following terms and conditions:

PROJECT: *ISOLA BELLA*                    Elevation: B.

Exterior Color: Andrea

NAME AND ADDRESS OF PURCHASER:

PURCHASER'S NAME (Print Names as they will appear on Deed):

Michael G Romano

[ ] a single person, [ ] husband and wife, [ ] as joint tenants with right of survivorship, [ ] as Trustee

Street Address: 206 Saddle Lane

City, State & zip: Levittown, NY, 11756

Telephone No.'s: Home: 516 795 3131 Business:_____ Fax:_____

Miscellaneous or Additional Information (if required):

CASH SALE

## HOME AND LOT:

Seller agrees to sell and the Purchaser agrees to purchase that certain parcel of real property known as Lot 95, Block 1 or Pod ____ of VILLAGES AT WINDSOR, according to the Plat or Replat thereof as recorded (or to be recorded in ) Official Records Book 98 at Page 163-166 of the Public Records of Palm Beach County, Florida, together with a residential dwelling constructed or to be constructed thereon substantially similar, in Seller's sole opinion to Model SOFE II, including the items described in the "Features List" provided to Purchaser and attached hereto. The Lot together with the improvements to be constructed thereon is hereinafter referred to as the "Home". The street address of the Home, if known as of the date hereof is: T.B.D

## PURCHASE PRICE:

The following items comprise the Purchase Price:

Base Price for Home and Lot........................................................... $ 328,900

Lot Premium.................................................................................. $ 19,000

Additional Options per attached Exhibit or Addendums.................. $ _____

TOTAL PURCHASE PRICE.............................................................. $ 347,900

*TOTAL PURCHASE PRICE does not include capital contributions to the Homeowners Association, closing costs, Seller's administrative fee of 1%, and Purchaser's additional closing costs incurred in connection with any mortgage loan obtained by Purchaser.*

## METHOD OF PAYMENT:

Purchaser agrees to pay the Total Purchase Price in U.S. Currency, by Cashier's Check or wire transfer to Seller as follows:

a) Reservation Deposit (if any) paid prior to the date of execution of this Contract.. $ _____

b) Initial Deposit of five percent (5%) of Total Purchase Price, less reservation fee,

if any, paid upon execution of this Contract by Purchaser, receipt of which is

hereby acknowledged, subject to collection.................................... $ 34790.

c) Additional deposit of five percent (5%) of Total Purchase Price due thirty (30)

days from the date of the execution of this Contract by Purchaser (i.e. ____ ) $ _____

d) Third Party Mortgage Contingency ............................................ $ _____

e) Balance of Total Purchase Price due in cash at closing.................. $ 313,110.

TOTAL PURCHASE PRICE............................................................. $ 347,900

## CLOSING:

The estimated closing date of this transaction is 4th Quarter 03 1st Quarter, 2004. This date is for estimating purposes only. The actual closing date will be determined by (but limited to) the conditions contained in Paragraphs D.3, D.4 and D.5 of the Standard Provisions attached hereto.

INITIAL HERE

Page i of Cover Page to Contract

085226
USA0103

**STANDARD PROVISIONS:**

The Standard Provisions set forth on the following pages are an integral part of this Contract. Purchaser acknowledges having read same and agrees thereto.

NOTICE TO PURCHASER: THE FOLLOWING INFORMATION IS BEING SUPPLIED IN ACCORDANCE WITH THE STATE ESCROW LAW, SECTION 501.1375, FLORIDA STATUTES:

THE PURCHASER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING HOUSE HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% OF THE PURCHASE PRICE) DEPOSITED IN AN INTEREST-BEARING ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE PURCHASER. IF THE RIGHT IS NOT WAIVED, IN WRITING, BY THE BUYER, THE SELLER SHALL BE ENTITLED TO ALL INTEREST EARNED BY SAID DEPOSIT. ANY PAYMENT IN EXCESS OF TEN PERCENT (10%) OF THE PURCHASE PRICE PAID PRIOR TO CLOSING PURSUANT TO THIS PURCHASE AGREEMENT MAY BE USED FOR CONSTRUCTION PURPOSES BY THE SELLER.

THE NAME OF THE ESCROW AGENT IS MITCHELL A. SHERMAN, P.A. ESCROW ACCOUNT. THE ADDRESS OF THE ESCROW AGENT IS 1301 N. CONGRESS AVE., SUITE 210, BOYNTON BEACH, FLORIDA 33426. THE UNDERSIGNED HAS READ THIS PARAGRAPH AND HEREBY ELECTS "A" OR "B" EVIDENCING SUCH ELECTION BY MARKING THE APPROPRIATE BOX AND PLACING HIS INITIALS IN THE APPROPRIATE PLACE.

Please check one option and initial:

☒ A. The PURCHASER hereby waives the right to have the deposit monies held in an interest bearing escrow account, as allowed by Florida Statute 501. 1375, including the right to require the Seller to deposit in escrow up to ten percent (10%) of the Purchase Price paid by the Purchaser to the Seller and releases said funds to the Seller.

[ ] B. The PURCHASER hereby exercises his right, as provided in Florida Statute 501.1375 to require the Seller to deposit in escrow up to ten percent (10%) of the Purchase Price. Seller shall however, have the right to deliver a Master Surety Bond to the Escrow Agent to secure such deposits in accordance with the provisions of Florida Statute 501.1375. In such event, the deposit will be released by Escrow Agent to Seller. A copy of Seller's Escrow Agreement and Surety Bond is available at Seller's sales office. The cost of the Surety Bond in the amount of $375.00 shall be paid by the PURCHASER at the time of closing.

PURCHASER'S SIGNATURE ON THIS DOCUMENT AND PURCHASER'S SIGNATURE AND/OR INITIALS ON EXHIBITS AND ADDENDA EVIDENCES PURCHASER'S ACCEPTANCE AND UNDERSTANDING OF ITS TERMS. PURCHASER ACKNOWLEDGES AND REPRESENTS THAT PURCHASER HAS READ THIS AGREEMENT AND ALL EXHIBITS AND ADDENDA TO IT, THAT PURCHASER AGREES TO BE BOUND BY ALL OF ITS TERMS AND THAT PURCHASER IS NOT RELYING ON ANY STATEMENT, PROMISE, CONDITION, OR STIPULATION NOT SPECIFICALLY SET FORTH IN THIS AGREEMENT. PURCHASER UNDERSTANDS THAT SELLER IS RELYING ON PURCHASER'S ACKNOWLEDGMENT AND REPRESENTATIONS, AND SELLER WOULD NOT AGREE TO SELL THE PROPERTY TO PURCHASER WITHOUT PURCHASER'S ACKNOWLEDGMENT AND REPRESENTATIONS.

EXECUTED THE DAY AND YEAR WRITTEN BELOW,

Witness: _____

Witness: _____

PURCHASER _____
Social Security No. ▮▮▮▮▮▮
Date signed by Purchaser: _____

Witness: _____

Witness: _____

PURCHASER _____
Social Security No. _____
Date signed by Purchaser: _____

THIS AGREEMENT IS NOT BINDING ON SELLER UNTIL ACCEPTED BY AN OFFICER OF SELLER

SELLER: Villages of Windsor By Ansca Homes, L..L.C.
A Florida limited liability company

Witness: _____

By: _____ , Authorized Member
Date accepted by Seller: _____
[Effective Date]   4/28/03

Witness: _____

(SEAL)

(G:\clients\ANSCA\WINDSOR\ISOLA DE\COVERP~1.WPD)

Page ii of Cover Page to Contract

085227

USA0104

## ISOLA BELLA
### ADDENDUM TO PURCHASE CONTRACT

The following items are in addition to the Purchase Contract dated _____4-25-C3_____ between

_____Michael Romano_____ ("Purchaser") and Seller, whose name is set forth below,

for Model _Soffit II_ on Lot _D-95_ (the "Purchase Contract").

(   ) as Joint Tenants with right of survivorship, (  ) a single person , (  ) husband and wife, (  ) as Trustee


Purchaser hereby agrees that he is not assigning the contract to another party. Purchaser also agrees that **Jeanne Romano (Mother)** will be added to the contract as a Purchaser. The Purchasers further agree that if adding **JeanneRomano** prevents them from obtaining a mortgage then his/her name will be removed from the contract and **Michael Romano** must apply for the mortgage. However, the addition of **Jeanne Romano** cannot be the basis for claiming inability to obtain a Mortgage.


FROM:       Michael Romano


TO:       Michael Romano and Jeanne Romano


_Jeanne Romano_ 3/24/2004          _signature_          3/24/2004
PURCHASER          DATE          PURCHASER          DATE


SELLER:       VILLAGES OF WINDSOR BY ANSCA HOMES, L.L.C.
       A Florida limited liability company

By:_____          Date:___3/30/04___
     Authorized Signature

085228

USA0105

# CASH SALE

## CONTRACT AND EARNEST MONEY TRANSMITTAL FORM

FROM:    VILLAGES OF WINDSOR BY ANSCA HOMES, LLC.

TO:    Law Office of Mitchell A. Sherman/Attention: Arlene

SUBJECT:    PROJECT:    ISOLA BELLA

LOT # & MODEL:    95 D Soffi II
ZERO SIDE:    LEFT __x__ RIGHT _____
BUYER:    Michael G. Romano
CLOSING DATE:    4th Quarter 03/1st Quarter 04
SALES PERSON:    Sandy Muldin
BROKER:    _____

ENCLOSED PLEASE FIND THE FOLLOWING ITEMS IN CONNECTION WITH THE REFERENCED SALE:

[ X ] INITIAL DEPOSIT:    $ # 34,790
                         $ _____

[ ] ADDITIONAL DEPOSIT:    $ _____

[ ] ADDENDUMS ATTACHED RE: ANY ADDITIONAL MONIES

__X__ Contract Deposit To:    Villages of Windsor By Ansca Homes, LLC
                              (Escrow Waived)
_____ Contract Deposit To:    Mitchell A. Sherman Trust Account with Bond Fee.

[ ] COPY OF PURCHASE AGREEMENT WITH ALL RIDERS ATTACHED
[ ] COPY OF ADDITIONAL RIDER/ADDENDUM NOT PREVIOUSLY SENT
[ ] OTHER: _____

FOR ADDITIONAL INFORMATION REGARDING THE ABOVE CONTACT:

[ ] MARGARET CROKE
[ ] FRAN CALABRO
[ ] BRENDA POLAKOFF
[ x ] SANDRA GOLDMAN

RECEIVED COPY OF RECORDED DOCUMENTS:

_____ general contract _____

_____

DATE: _____

RECEIVED THIS 30 DAY OF April , 2003

CONTRACT ONLY: X
CONTRACT & DEPOSIT: 

BY: _____

085256



# WALKTHRU CHECKLIST

COMMUNITY Isola Bella

PURCHASER Romano, Michael G      LOT# D-95

ADDRESS 8154 Via Bolzano      MODEL SOFFi II

PURCHASER'S PHONE #(H)_____ (W)_____ WALK THRU DATE 4/22/04

ALTERNATE PHONE# 516-972-4303 & 516 578- CLOSING DATE 4/22/04

Checked ID ✓ Yes 5262

| ITEM SATISFACTORY | YES | NO | ITEM SATISFACTORY | YES | NO | ITEM SATISFACTORY | YES | NO | ITEMS RECEIVED | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APPLIANCE-FINISH | ✓ | | SILLS | ✓ | | SCREENS (WINDOW) | ✓ | | GIFT | ✓ | |
| CABINETS & KNOBS | | ✓ | DOORS | | ✓ | CARPET | ✓ | | PAINT TOUCH UP KIT | ✓ | | Vos |
| COUNTERTOP | | ✓ | MIRRORS | ✓ | | CULTURED MARBLE | | ✓ | GARAGE DOOR REMOTES | | |
| KITCHEN SINK | ✓ | | FLOOR TILE | ✓ | | AIR CONDITIONING | ✓ | | SHUTTER TOOL KIT | ✓ | |
| WINDOWS | ✓ | | BATHROOM TILE | ✓ | ✓ | PLUMBING OPERATIONAL | ✓ | | EXTRA TILES IF PAID FOR | ✓ | |

| SUBCONT. | DESCRIPTION | SIGN. |
|---|---|---|
| Zicaro's | Master Bath Vanity Faucet bottom crack on fixture | |
| Am | Light scratches top edge of tub | |
| Am | Master Bath Vanity Right side Lump on top | |
| Am | Buff All vanity tops light scratches Both sides | |
| Am | Tub - 2 small chips Bottom of top | |
| Reale | Laundry Rm Formica top on order/Big chip | |
| Melco | Dryer cord too short | |
| Reliable | Bedrm #3 Chipped Tile over garage | |
| S&O | Bar-top Rt side missing pc Granite | |
| Reale | Scratch bottom Cabinet Et stove Pot | Done |
| Timoney | Pocket Door Master Bed, Door Does not latch | Done |
| Casoma | Bottom tile 1st Floor, not straight/Broken | Done |
| GE | Tray in Freezer cracked | |
| Pool People | Pool Not Completed | |

1) I HAVE CHECKED THE KITCHEN SINK, COUNTERTOPS, APPLIANCES, MIRRORS, GLASS, SILLS AND TILE FOR ANY SCRATCHES AND DENTS. (Please Initial)_____

2) I UNDERSTAND THAT DAMAGES(CHIPS, SCRATCHES, DENTS) ARE NOT COVERED BY THE BUILDER UNLESS NOTED ON THIS FORM.(Please Initial)_____

VEHICLES OVER 2 1/2 TONS WILL DAMAGE THE DRIVEWAY. THIS WILL VOID YOUR WARRANTY AND WILL HOLD THE HOMEOWNERS RESPONSIBLE FOR REPAIRS.

_____ 4-22-04 _____
PURCHASER            DATE            REPRESENTATIVE

_____ _____ _____
PURCHASER            DATE            REPRESENTATIVE

ALL OF THE ABOVE LISTED ITEMS HAVE BEEN COMPLETED_____ DATE_____

085257



USA0134

MICHAEL G. ROMANO

$\frac{1-2}{210}$820    482

DATE 4/26-03

PAY TO THE ORDER OF Villages Of Windsor By Ansca Homes, LLC    $ 34,790.00

Thirty Four Thousand Seven Hundred ninety DOLLARS

CHASE    The Chase Manhattan Bank
1201 Wantagh Avenue
Wantagh, NY 11793

MEMO Lot 95)

⑆021000021⑆ 342 1 140025⑈ 0482

085255

USA0132