UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MICHAEL ROMANO and
WILLIAM KEARNEY

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CR 09-0168 (S-2)(DLI)

Pursuant to Rule 56.1 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendant the United States of America, by its attorney, John J. Durham, United States Attorney for the Eastern District of New York, Diane C. Leonardo, Assistant United States Attorney, of counsel, submits the following:

**<u>Claimant Jeanne Romano's Deposition</u>**

1. Third Party Claimant Jeanne Romano ("Romano" or "Claimant") has resided at 9 Lilac Lane, Levittown, New York 11756 for 57 years. Exhibit 3, Deposition of Claimant Jeanne Romano taken on December 19, 2024 ("Romano Dep.") at pp. 6-7.

2. Prior to her retirement, Romano worked as a nurse at St. Joseph's Hospital, formerly known as Mid-Island Hospital and New Island Hospital. <u>Id</u>. at pp. 8-9.

3. Romano was employed at St. Joseph's Hospital for approximately twenty-two years. <u>Id</u>. at p. 9.

4. While employed at St. Joseph's Hospital, Romano also worked at A. Holly Patterson on weekends and overtime twice a week. <u>Id</u>.

5. Romano retired in 2012. Id.

6. Romano receives an approximate pension payment of $1,600 to $1,700 per month. Id. at p. 10.

7. Romano receives approximately $2,500 to $2,600 from social security. Id. at pp. 10-11.

8. Romano has five children named Celia, Joseph, Salvatore, Michael, and Vincent. Id. at pp. 8, 11.

9. Romano's approximate real estate taxes are $12,000.00 per year. Id. at p. 11.

10. Romano's husband died in 2014. Id.

11. Romano receives half of her husband's pension which is approximately $845.00. Id. at p. 12.

12. Between 2004 and 2014, no one was living at 8154 Via Bolzano, Lake Worth, Florida ("8154 Via Bolzano"), but Michael Romano stayed there on vacation. Id. at p. 18-19.

13. Romano first rented 8154 Via Bolzano in 2014 and deposited rent checks or money orders into her Astoria Bank account. Id. at p. 20.

14. Romano always used the Astoria bank account as the primary account to pay expenses for 8154 Via Bolzano. Id.

15. While employed, Romano's paychecks were deposited into her Astoria Bank account. Id.

16. Romano deposited her Social Security checks into the Astoria Bank account. Id. at p. 21.

17. Romano deposited payments for both her and her husband's retirements into a Citibank account. Id. c

18. Between 2004 and 2006, Romano began collecting from three IRA accounts because at a "certain age you have to start collecting." Id.

19. 8154 Via Bolzano was a brand new construction property. Id. at p. 26.

20. The purchase price of 8154 Via Bolzano was around $400,000 but "Michael paid $142, 143,000 in renovations." Id. at p. 29.

21. Romano took out a $175,000 mortgage for 8154 Via Bolzano from Chase Manhattan Bank. Id. at pp. 26, 29.

22. Romano had no records of her $65,000 down payment for 8154 Via Bolzano, but claimed the money was from her IRA accounts and an inheritance of about $150,000 from her mother when she died in 2009. Id. at p. 29-31.

23. Romano does not have any records of the IRA accounts. Id. at p. 30.

24. Romano's mother had between $130,000 and $150,000 in cash in her house. Id. at p. 31.

25.  Romano did not deposit the inheritance money, but hid it in a bag. Id. at 32.

26. The purchase price of 8154 Via Bolzano was $475,000. Id.

27. Romano kept a ledger of handwritten payments made. Id. at pp. 45-46.

28. Romano made no notes regarding cash paid to Michael Romano as reimbursement for expenses of 8154 Via Bolzano. Id. at p. 46.

29. In 2014, Romano charged $960 per month in rent for the entire home at 8154 Via Bolzano. Id. at p.  47.

30. Romano transferred 8154 Via Bolzano to Michael Romano in 2007. Id. at p. 59

31. Romano transferred 9 Lilac Lane to Vincent Romano in May 2007. Id. at p. 61.

32. Romano subsequently transferred 9 Lilac Lane to her daughter and granddaughter. Id.

33. Romano transferred 8154 Via Bolzano to Michael with the understanding that she could request it back if necessary. Id. at p. 63.

34. Romano has never requested that Michael Romano transfer 8154 Via Bolzano back to her. Id.

35. Romano and Michael Romano mutually agreed to have 8154 Via Bolzano transferred to Michael. Id.

36. Romano was aware in 2008 that the government was trying to seize 8154 Via Bolzano. Id. at p. 55.

**The Ancillary Petitions**

37. Romano filed an ancillary petition with regard to her interest in 8154 Via Bolzano on April 22, 2014. DE 410-1.

38. In the petition, Romano asserted that she "lawfully contracted for the construction and purchase" of 8154 Via Bolzano in 2003. Id. at ¶ 2

39. The purchase price of the house was $457,740. Id. at ¶ 3.

40.  Romano obtained a mortgage from Chase Manhattan Bank ("Chase") in the amount of $175,000. Id. at ¶ 4.

41. Michael Romano paid $143,000 directly to the builder for construction costs. Id. at ¶ 5.

42. Romano asserted that she repaid Michael Romano and "can show the checks for said repayment to my son." Id. at ¶ 7.

43. Romano paid down the Chase mortgage between 2004 and 2007 with funds from her savings account and "inherited monies" from her mother years earlier. Id. at ¶ 7.

44. Romano filed a second petition on July 28, 2021, approximately seven years after the first petition. DE 587

45. Romano again asserted that she contracted to purchase the house in 2003 and obtained a mortgage from Chase in the amount of $175,000. Id. at ¶ 1.

46. As of July 28, 2021, Romano maintained written records of the repayments to Michael Romano.  Id. at ¶ 2.

47. Michael Romano contracted for the purchase of 8154 Via Bolzano. Exhibit 1 at p. USA0103.

48. Michael Romano paid $34,790.00 to the order of Villages of Windsor by Ansca Homes for "Lot 95D" Id. at p. 0132.

49. Michael Romano paid $2,000.00 to the order of Villages of Windsor by Ansca Homes for "pool deposit" from accountholder Wall Street Rare Coins, Inc. Id. at p. 0014.

50. Michael Romano paid $27,460.00 to the order of Villages of Windsor by Ansca Homes for "Lot D-65 25% Options." Id. at p. 0015.

51. Michael Romano paid $80,380.00 to the order of Villages Of Windsor By Ansca Homes, Id. at p. 0013.

Dated: Central Islip, New York
March 14, 2025

Respectfully submitted,
JOHN J. DURHAM
United States Attorney
Eastern District of New York

By:    /s/ Diane Leonardo
Diane Leonardo
Assistant U.S. Attorney
(631) 715-7854