# EXHIBIT 5

DECLARATION

I, Domenick A. Pelle, a member of the New York State Bar since 1953, actively engaged in the practice of law, with offices at 1003 Park Blvd. Massapequa Park, N.Y. 11762

In 2007, I was consulted by Jeanne Romano to assist her with some estate planning matters. Mrs Romano felt that due to her age and health it was a burden for her to deal with the duties required to maintain two properties. Mrs. Romano desired to convey two parcels of real estate to two of her sons, one to each, but was concerned that if for any reason she wanted the parcels returned to her that her sons would reconvey the properties to her. She confided that the sons may marry and their circumstances change. One of the parcels was a home located at 8154 Via Bolzano, Lake Worth, Florida 33467-5232.

Mrs. Romano stated that the boys were probably going to inherit the properties in any event. I assured Mrs. Romano that if she conveyed title to a property to her son, with the promise by the son that the property be reconveyed to her without consideration when she demanded it, that the Courts of New York would enforce that promise based upon the familial confidential relationship between a mother and her sons. It is called a constructive trust under New York law. Over the years, I have been involved in a number similar conveyances.

Mrs. Romano said that based on my explanation, and a promise to reconvey by her sons she was conveying the property known as 8154 Via Bolzano, Lake Worth, Florida 33467-5232, to Michael Romano, subject to her being able to regain title if when she wanted reconveyance.

The foregoing statement is true, under penalty of perjury.

Executed July _____, 2021

_____
Domenick A. Pelle