UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

                                        Cr. No. 09-0168 (S-2)(DLI)

MICHAEL ROMANO AND
WILLIAM KEARNEY,

               Defendants
------------------------------------------------------x

        I, Diane C. Leonardo, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is correct:

        1.      I am an Assistant United States Attorney, of counsel to JOHN J. DURHAM, United States Attorney, Eastern District of New York, attorney for the United States of America. I submit this second declaration and the following exhibits, in further support of the United States' motion for summary judgment to dismiss the petition of Claimant Jeanne Romano and in opposition to Claimant's cross-motion for summary judgment:

        Exhibit 3     United States Discovery Production, Bate stamped 1-134

        Exhibit 4     Relevant pages of Jeanne Romano's document production.

Dated:  Central Islip, New York
         March 28, 2025

                                     Respectfully submitted,
                                     JOHN J. DURHAM
                                     UNITED STATES ATTORNEY

              BY:    /s/Diane C. Leonardo
                     Diane C. Leonardo
                     Assistant U.S. Attorney
                     (631) 715-7854