Case 2:09-cr-00168-DC   Document 717-2   Filed 04/07/25   Page 1 of 134 PageID #: 7810

USA0001

UNITED STATES
POSTAL INSPECTION SERVICE

NEW YORK DIVISION
P.O. BOX 160
HICKSVILLE, NY 11802-0160

FILE 72   72029
72003
72007
ANSCA
Michael Rimm

FIRST CLASS

First-Class Mail
Postage & Fees Paid
U S P S
Permit No. G-10

085124

This Document Prepared By:
Home Title, Inc
1301 N. Congress Avenue Ste 210
BOYNTON BEACH, FL 33426

Parcel ID Number: 00 42 45 08 09 000 0950
Grantee #1 TIN:

# Warranty Deed

**This Indenture,** Made this 22nd day of April , 2004 A.D., **Between**
Villages of Windsor by Ansca Homes, LLC, a corporation existing under the laws of the state of Florida

of the County of **PALM BEACH** , State of **Florida** , **grantor,** and
Jeanne Romano, a married woman,

whose address is: 8154 Via Bolzano, LAKE WORTH, Florida 33467

of the County of **PALM BEACH** , State of **Florida** , **grantee.**
**Witnesseth** that the GRANTOR, for and in consideration of the sum of - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - TEN & NO/100($10.00) - - - - - - - - - - - - - - - - - - - - DOLLARS,
and other good and valuable consideration to GRANTOR in hand paid by GRANTEE, the receipt whereof is hereby acknowledged, has
granted, bargained and sold to the said GRANTEE and GRANTEE'S heirs and assigns forever, the following described land, situate,
lying and being in the County of **PALM BEACH** State of **Florida** to wit:

Lot  95 , Villages of Windsor Plat Four a P.U.D.
according to the map or plat thereof as recorded in Plat Book
98, Page 162-166, Public Records of Palm Beach, Florida.

This conveyance is subject to the following:

1. Taxes and assessments for the year 2004 and
   subsequent years.
2. Zoning and other governmental regulations;
3. All easements, covenants, restrictions, limitations, lien
   rights of the homeowner's association, dedications,
   reservations, agreements and conditions of record, whether
   set forth on the subdivision plat, common to the sub-
   division which are hereby not reimposed

and the grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.
**In Witness Whereof** the grantor has hereunto set his hand and seal the day and year first above written.
Signed, sealed and delivered in our presence:

Villages of Windsor by Ansca
Homes, LLC

Printed Name:

Witness

By:
Printed Name: Ma P.W Witherspoon

Charles Scardina, President (Seal)

P.O. Address 3333 So Congress Ave, DELRAY BEACH, FL 33445

Witness

STATE OF Florida
COUNTY OF PALM BEACH

(Corporate Seal)

The foregoing instrument was acknowledged before me this 22nd day of April , 20 04 by
Charles Scardina, President of Villages of Windsor by Ansca Homes, LLC,
                                                              a Florida                  Corporation,
on behalf of the corporation. He is personally known to me or has produced his Florida driver's license as
identification.

Printed Name:
NOTARY PUBLIC
My Commission Expires:

ROMANO

**085125**

USA0002

# A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB No. 2502-0265

## B. Type of Loan

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | ROMANO | 30134288 | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME OF BORROWER: | E. NAME OF SELLER: | F. NAME OF LENDER: |
|---|---|---|
| Jeanne Romano | Villages of Windsor by Ansca Homes, LLC | Chase Manhattan Mortgage Corp |
| | | LENDER'S ADDRESS:<br>2385 NW Executive Cent Drive-Ste 320<br>BOCA RATON, FL 33431 |
| BORROWER'S ADDRESS:<br>8154 Via Bolzano<br>LAKE WORTH, FL 33467 | SELLER'S ADDRESS:<br>3333 So. Congress Ave<br>DELRAY BEACH, FL 33445 | H. SETTLEMENT AGENT:<br>Home Title, Inc. |
| G. PROPERTY LOCATION:<br>Lot D-95 | PLACE OF SETTLEMENT:<br>1301 N. Congress Avenue<br>Suite 210<br>BOYNTON BEACH, FL 33426 | 301 Yamato Road<br>Suite 1200<br>Boca Raton, FL 334313 |

I. SETTLEMENT DATE: 04/22/04

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 457,740.00 | 401. Contract sales price | 457,740.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 7,154.34 | 403. | |
| 104. SWA | 170.35 | 404. SWA | 170.35 |
| 105. Admin Fee 1% | 4,577.40 | 405. Admin Fee 1% | 4,577.40 |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes             to | | 407. County taxes             to | |
| 108. Assessments              to | | 408. Assessments              to | |
| 109. | | 409. | |
| 110. Survey                   to | 350.00 | 410. Survey                   to | 350.00 |
| 111. Water Hookup Fee         to | 100.00 | 411. Water Hookup Fee         to | 100.00 |
| 112. Utility Hookup Fee | 300.00 | 412. Utility Hookup Fee | 300.00 |
| 120. GROSS AMOUNT DUE FROM BORROWER ▶ | 470,392.09 | 420. GROSS AMOUNT DUE TO SELLER ▶ | 463,237.75 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | 34,790.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 175,000.00 | 502. Settlement charges to seller (line 1400) | 3,266.14 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. Southtrust Princ | 202,555.00 |
| 208. | | 508. Lot Release | 85,476.00 |
| 209. | | 509. Deposit Paid to Seller   ansca | 34,790.00 |
| 209a Upgrades | 109,840.00 | 509a Upgrades | 109,840.00 |
| 209b | | 509b | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes   01/01/04 to 04/22/04 | 308.74 | 511. County taxes   01/01/04 to 04/22/04 | 308.74 |
| 212. Assessments              to | | 512. Assessments              to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | 085126 |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL AMOUNTS PAID BY OR IN BEHALF OF BORROWER ▶ | 319,938.74 | 520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER ▶ | 436,235.88 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 470,392.09 | 601. Gross amount due to seller (line 420) | 463,237.75 |
| 302. Less amounts paid by/for borrower (line 220) | ( 319,938.74 | 602. Less reductions in amount due seller (line 520) | ( 436,235.88 |
| 303. CASH   ☒ From ☐ To  BORROWER ▶ | 150,453.35 | 603. CASH  ☒To  ☐ From    SELLER ▶ | 27,001.87 |

PAGE 1

HUD-1 (3-86) RESPA, HB 4305.2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT
PAGE 2

## L. Settlement Charges

| | | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COM. based on price $ @ % = | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| **800. Items Payable In Connection With Loan** | | | |
| 801. Loan Origination Fee % | | | |
| 802. Loan Discount % | | | |
| 803. Appraisal Fee to | | | |
| 804. Credit Report to | | | |
| 805. Lender's Inspection Fee | | | |
| 806. TAX SERVICE to First American | | 69.00 | |
| 807. Application Fee to Chase $325 | | *P.O.C.* | |
| 808. Funding Fee to Chase Manhattan MortgageCorp | | 400.00 | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. Items Required By Lender To Be Paid In Advance** | | | |
| 901. Interest from 04/22/04 to 05/01/04 @$ 26.9700 /day | | 242.73 | |
| 902. Mortgage Insurance Premium for months to | | | |
| 903. Hazard Insurance Premium for 1 years to Insuror$1435 | | *P.O.C.* | |
| 904. Flood Ins Prem | | | |
| 905. | | | |
| **1000. Reserves Deposited With Lender** | | | |
| 1001. Hazard insurance 3 months@$ 119.58 per month | | 358.74 | |
| 1002. Mortgage insurance months@$ per month | | | |
| 1003. City property taxes months@$ per month | | | |
| 1004. County property taxes 8 months@$ 62.50 per month | | 500.00 | |
| 1005. Annual assessments months@$ per month | | | |
| 1006. months@$ per month | | | |
| 1007. months@$ per month | | | |
| 1009. Aggregate Adjustment | | < 312.50> | |
| **1100. Title Charges** | | | |
| 1101. Settlement or closing fee to Home Title, Inc | | 325.00 | |
| 1102. Abstract or title search to Home Title, Inc | | | 175.00 |
| 1103. Title examination to | | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to Mitchell A. Sherman, PA | | | 250.00 |
| (includes above items numbers: ) | | | |
| 1108. Title insurance to Home Title, Inc/Home Title, Inc | | 25.00 | 2,389.00 |
| (includes above items numbers: Risk Prem$25 / Risk Prem $2389 ) | | | |
| 1109. Lender's coverage:Risk Premium $ 25.00 INS AMT: 175,000.00 | | | |
| 1110. Owner's coverage:Risk Premium $ 2,389.00 INS AMT: 457,740.00 | | | |
| 1110a Endorsements: FF9-238.90; ALTA 5-25.00; ALTA 8.1-25.00; | | 288.90 | |
| 1111. Lenders Insp Fee to Patricia Roper | | 50.00 | |
| 1112. | | | |
| 1113. | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Recording fees: Deed $ 6.60; Mortgage(s) $ 98.60; Releases $ | | 105.20 | |
| 1202. City/county tax/stamps: Deed $ Mortgage(s) $ 350.00 | | 350.00 | |
| 1203. State tax/stamps: Deed $ 3,204.60; Mortgage(s) $ 612.50 | | 3,817.10 | |
| 1204. Recd Term NOC to Clerk of the Court | | | 6.60 |
| 1205. Recd Release to Clerk of the Court | | | 6.60 |
| **1300. Additional Settlement Charges** | | | |
| 1301. Survey to | | | |
| 1302. Pest inspection to | | | |
| 1303. Fax/Courier to UPS | | 75.00 | |
| 1304. 2 mos capit cont to I Bella HOA | | 418.00 | |
| 1305. Maint 4/22-6/30 to I Bella HOA | | 442.17 | |
| 1306. Builders Warranty to Bonded Builders | | | 438.94 |
| 1307. | | | |
| **1400. Total Settlement Charges** (enter on lines 103, Section J and 502, Section K) ▶ | | 7,154.34 | 3,266.14 |

085127

CERTIFICATION                                    DATE: 04/22/04

I have carefully reviewed the HUD - 1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Villages of Windsor by Ansca Homes, LLC

_____ Borrower        BY: _____ Seller
Jaime Romano                                     Charles Scardina, President

_____ Borrower        BY: _____ Seller

The HUD - 1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_____ Settlement Agent        _____ Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

USA0004

# CERTIFICATE OF OCCUPANCY

Palm Beach County
Planning, Zoning & Building Department
100 Australian Avenue, West Palm Beach, FL 33406
www.co.palm-beach.fl.us/pzb
(561) 233-5000

This is to certify that the    RESIDENTIAL    Structure Built Under Permit No. B03027562

Described as    SINGLE FAMILY DWELLING -- ZERO LOT LI
SINGLE FAMILY DWELLING -

Owned By    VILLAGES OF WINDSOR,

Contractor    DEVELOPMENT CORP OF PALM BEACH

and Located at    8154   VIA BOLZANO

In Subdivision   VILLAGES OF WINDSOR PLAT 4 (POD D)    Section  08 , Township  45

Range  42 , Lot  95 , Block  0 , Units  001 , was inspected and at the time of issuance of this certificate, was found to the best of my knowledge, to conform to the code requirements of the county of Palm Beach and/or was certified by Florida Registered architect or engineer that it meets the requirements of said codes, and is approved for utility services, as intended by the permit.

A. ROLAND HOLT
**BUILDING OFFICIAL**

APRIL 02, 2004

**DATE**

CARL S FRUMENTI

**INSPECTOR**    examine watermark for validity

ORIGINAL   1 OF 3

085128

USA0005



## NOTICE OF CLOSING

Date: March 3, 2004                    New Address: 8154 Via Bolzano
Re:   **Lot  0095-D**                               Lake Worth , FL  33467
Name: Romano
Closing Date: **April 22, 2004**           Closing Time: 1:00 **PM**      Walk-thru Time: 9:00 AM

This certified letter is to advise you that your home in ISOLA BELLA is scheduled to be completed and ready for closing on: 4-22-2004 at 1:00 P.M.  Not withstanding the foregoing, the builder reserves the right to change this closing date if absolutely necessary.  A walk-thru inspection will be at 9:00 A.M. prior to your closing. If you have any questions call Angie Anderson at 561-721-2081. Pursuant to your Purchase Agreement, all funds of the Purchaser must be paid by cash or bank check issued by a bank located in Palm Beach or Broward County, Florida.  This check should be made out to HOME TITLE INC.

The closing will be held at the above referenced time at the offices of:
                    Mitchell A. Sherman, P.A.
                    1301 N. Congress Avenue, Suite 210
                    Boynton Beach, FL 33426
                    Ph: 561-738-1202

*Upon receipt of this letter, please contact Mitchell A. Sherman's office to provide them with the necessary information for your closing.  Contact your lender as well, ASAP to finalize your financing.*

If your purchase is being financed, please contact your lender to advise them of your closing date.  If you have not already done so, please also contact the following about two weeks before closing to arrange for service to your residence:
                    Specialized Home Electronic  800-811-7353
                    Bell South                   561-780-2355 (out of state 800-753-0710)
                    Palm Beach County Water      561-740-4600
                    *(tell PB Water to switch from Development Corporation of Palm Beach to
                     your name within 48 hours after closing or will be disconnected.)*
                    Florida Power & Light        561-994-8227
                    *(tell FPL to switch from Development Corporation of Palm Beach to
                     your name within 48 hours after closing or will be disconnected.)*
                    Adelphia Cable               561-848-1600 or toll free 866-432-2253
                    Recycled Bins                561-697-2700
                    Shutter Insurance Forms from Gold Coast Shutters provided at closing

Very truly yours,

Charles Scardina
President, Villages of Windsor by Ansca Homes, LLC

cc: Mitchell A. Sherman

085129

3333 South Congress Avenue • Suite 401 • Delray Beach, FL 33445 • (561) 243-3900 • Fax (561) 243-1236

USA0006



# ANSCA HOMES

Lot # __D-95__ .

Community Name: __ISOLA BELLA__

Dear __MICHAEL ROMANO__

Enclosed please find copies of your Final Color Selection, Disclaimer and any applicable addendum for the purchase of your new home. Finalization of your color selection's and options are extremely important and necessary for us to begin construction on your home.

Please sign and date the enclosed copy of this letter where indicated below. Please also sign and date the enclosed documents where highlighted and then return same set to me by __OCTOBER 6, 2003__ .

The total amount for your Color Selections and Options/Upgrades is $ __109,840__ 00. Please also include your check in the amount of $ __27,460__ 00 representing the __25__ % payment due towards your purchase of options and upgrades as hereinafter set forth. As per your contract an additional payment of $ __82,380__ 00 will be due and payable at time of closing. I remind you that all payments are nonrefundable and the failure to remit either this first payment or the second payment when due will result in the forfeiture of all sums paid to date and the termination of your contract.

*  82,380
 − 2,000  POOL DEPOSIT
   80,380

Again, please return a signed copy of this letter, signed Color Selection, Addendum and riders as enclosed, and your check in the amount specified above to me no later than __OCTOBER 6, 2003__ . Please make your check payable to **Villages of Windsor by Ansca Homes, LLC.** A self addressed, stamped envelope is enclosed for your convenience. Please feel free to call me if you have any questions.

Very truly yours,

*Linda Dragon*

I/we acknowledge receipt of the above referenced materials and agree to the above terms and conditions as of this _____ day of _____ /o _____ , 2003.

_____    _____
Buyer    Buyer

085130



9940 Hypoluxo Road • Lake Worth, FL 33467 • 561.304-2715 • Fax 561.304-2872

USA0007

APR 22 '04 14:21  FROM:                                                T-165 P.01/01 F-295



BY ANSCA HOMES

LOT #: D-95

NAME: Romano

## Receipt for following

Keys:_____

Specialty Engineering Certificate:_____

Hulett Soil Certificate:_____

Hurricane Shutter Certificate:_____

Garage Remotes (2):_____
3

_Jeanne Romano_____          4-22-04
Signature                          Date

*Please fax form to Ansca Homes when completed*

085131

USA0008



3 CAR GARAGE
ELEVATION 'B'

FAMILY ROOM
TILE

BREAKFAST
ADD GFI

UNDER CABINET LIGHTS

COOKTOP
4 SINGLE OVEN

96" CAB PANTRY

LIVING ROOM
TILE

P/E

SCONCE OUTLETS
66" AFF

TILE

DINING ROOM

TILE

BEDROOM
TV
CARPET
CENTER TO HI HATS

RELOCATE STD
1/2 HOT

MONTICELLO
24" TB
4'8" AFF

BATH 4
TILE

MONTICELLO
TP HOLDER
27" AFF

BANJO

WALL PHONE
5'6" AFF

REFRIGERATOR
OUTLET
42" AFF

ADDITIONAL
SECURITY PAD

8'9"
ATTIC
STAIRS

085132

LOT #  D-95
PH #  7
TV #  6

SOFFI II GARAGE LEFT - FIRST FLOOR

I acknowledge that I have reviewed, verified and confirm all
measurements/dimensions shown on this floor plan with my assigned
Color Coordinator and they are correct and final. This will supercede
any previous conversation prior to this date.

LD

USA0009



**085133**

LOT # D-95

## SOFFI II GARAGE LEFT - SECOND FLOOR

I acknowledge that I have reviewed, verified and confirm all measurements/dimensions shown on this floor plan with my assigned Color Coordinator and they are correct and final. This will supercede any previous conversation prior to this date.

USA0010



SHEET 1 OF 2

CAULFIELD & WHEELER, INC
Consulting Engineers — Land Planners — Surveyors
7301A West Palmetto Park Road — Suite 100A
Boca Raton, Florida 33433 (561) — 392-1991

VILLAGES OF WINDSOR PLAT FOUR
LOT 95, BOUNDARY SURVEY

| REVISIONS | DATE | BY |
|---|---|---|
| REVISE MODEL | 10/13/03 | TAP |
| FORMBOARD SURVEY | 11/5/03 | JJ |
| FINAL SURVEY | 3/3/04 | GAT |
| ADD CERTIFICATION | 4/14/04 | RDW |

| DATE | 5/21/03 |
|---|---|
| SCALE | |
| DRN.BY | DBF |
| CKD.BY | DPL |
| FLD.BK. | ----- |
| PAGE | ----- |
| JOB NO. | 4324 |
| DWG | 0LOT95D |

085134

USA0011

## TYPICAL LEGEND NOTES

L.A.E. — LANDSCAPE ACCESS EASEMENT
L.M.E. — LAKE MAINTENANCE EASEMENT
A/C — AIR CONDITIONER
L. — ARC LENGTH
C.B. — CATCH BASIN
O.H.M.E. — OVERHANG/ MAINTENANCE EASEMENT

D.E. — DRAINAGE EASEMENT
CONC. — CONCRETE
COV. — COVERED
ELEV. — ELEVATION
ESMT. — EASEMENT

F.H. — FIRE HYDRANT
F.P.L.—FLORIDA POWER & LIGHT
FIN. — FINISHED
FLR. — FLOOR

P.I. — POINT OF INTERSECTION
FND. — FOUND
I.R./CAP — IRON ROD & CAP
O/S — BUILDING OFFSET
P.C.P.—PERMANENT CONTROL POINT

R.P. — RADIUS POINT
P.C. — POINT OF CURVATURE
R. — RADIUS
U.E. — UTILITY EASEMENT
W.M. — WATER METER
Δ — DELTA (CENTRAL ANGLE)

### CERTIFIED TO:

MITCHELL A SHERMAN, P.A.;
HOME TITLE, INC.;
ATTORNEYS TITLE INSURANCE FUND, INC.;
CHASE MANHATTAN MORTGAGE CORP, ISAOA, ATIMA;
JEANNE ROMANO.

### NOTES:

1. REPRODUCTIONS OF THIS SKETCH ARE NOT VALID UNLESS SEALED WITH AN EMBOSSED SURVEYOR'S SEAL.
2. LANDS SHOWN HEREON ARE NOT ABSTRACTED FOR RIGHTS—OF—WAY, EASEMENTS, OWNERSHIP, OR OTHER INSTRUMENTS OF RECORD.
3. BEARINGS SHOWN HEREON ARE RELATIVE TO THE RECORD PLAT BASED ON THE EAST LINE OF LOT 95, BEARING, N27°52'30"W.
4. THE "LAND DESCRIPTION" HEREON IS IN ACCORD WITH THE INSTRUMENT OF RECORD.
5. THE 100 YEAR FLOOD ELEVATION = 19.78
6. BENCHMARK ORIGIN: PALM BEACH COUNTY BENCHMARK "HRR 3", ELEVATION = 20.712
7. ELEVATIONS SHOWN HEREON ARE RELATIVE TO THE NATIONAL GEODETIC VERTICAL DATUM OF 1929.
8. FLOOD ZONE "B"; COMMUNITY PANEL NO. 120192  0200A; DATE: FEBRUARY 1, 1979.

### DESCRIPTION:

LOT 95, VILLAGES OF WINDSOR PLAT FOUR, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 98, PAGES 162 THROUGH 166 OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA. SAID LANDS SITUATE IN PALM BEACH COUNTY, FLORIDA.
CONTAINING 6,417 SQUARE FEET, 0.1473 ACRES, MORE OR LESS.
SUBJECT TO EASEMENTS, RESTRICTIONS, RESERVATIONS, COVENANTS AND RIGHTS—OF—WAY OF RECORD.

### CERTIFICATION:

I HEREBY CERTIFY THAT THE ATTACHED BOUNDARY SURVEY OF THE HEREON DESCRIBED PROPERTY IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AS PREPARED UNDER BY DIRECTION ON MAY 21, 2003. I FURTHER CERTIFY THAT THIS BOUNDARY SURVEY MEETS THE MINIMUM TECHNICAL STANDARDS SET FORTH IN CHAPTER 61G17—6 ADOPTED BY THE FLORIDA BOARD OF SURVEYORS AND MAPPERS, PURSUANT TO FLORIDA STATUTES 472.027.

DAVID P. LINDLEY, P.L.S.
REG. LAND SURVEYOR, #5005
STATE OF FLORIDA, LB #3591

### SHEET 2 OF 2

CAULFIELD & WHEELER, INC
Consulting Engineers — Land Planners — Surveyors
7301A West Palmetto Park Road — Suite 100A
Boca Raton, Florida 33433 (561) — 392-1991

| REVISIONS | DATE | BY |
|---|---|---|
| REVISE MODEL | 10/13/03 | TAP |
| FORMBOARD SURVEY | 11/6/03 | JJ |
| FINAL SURVEY | 3/3/04 | GAT |
| ADD CERTIFICATION | 4/14/04 | RDW |

DATE 5/21/03
SCALE 1"=20'
DRN.BY DBF
CKD.BY DPL
FLD.BK. —————
PAGE —————
JOB NO.4324
DWG DLOT95D

VILLAGES OF WINDSOR PLAT FOUR
LOT 95, BOUNDARY SURVEY

085135

USA0012

## COLOR SELECTION AND MONEY TRANSMITTAL FORM

DATE SENT TO CORPORATE OFFICE: _____3-15-04_____

FROM:    VILLAGES OF WINDSOR BY ANSCA , LLC.

PROJECT:    **ISOLA BELLA ESTATES** (POD A & B)
**ISOLA BELLA** (POD C & D)

LOT # & POD: _____D-95_____

MODEL/ELEVATION: _____SOFFI II / B_____

BUYER: _____MICHAEL ROMANO_____

DESIGN COORDINATOR: _____LINDA DRAGON_____

SHUTTER UPGRADE: _____
PATIO/SCREEN EXTENSION: _____
POOL: _____✓_____
BALCONY: _____✓_____

*LOT SPECIFIC REVISION:* YES _____ / NO _____

ENCLOSED PLEASE FIND THE FOLLOWING ITEMS IN CONNECTION WITH THE REFERENCED SALE:

POOL AMOUNT: $ _38,740 °°_

COLOR SELECTION AMOUNT: _____ $ 109,840
OPTION AMOUNT DUE- _25_ % $ 27,460
ARCHITECTURAL AMOUNT DUE- 100%: $ _____
AMOUNT RECEIVED THIS TRANSMITTAL: $ 80,380 – BALANCE OF TOTAL OPTIONS
POOL DEPOSIT RECEIVED: $ 2,000

TOTAL RECEIVED: $ 109,840

BALANCE DUE AT CLOSING: $ -0-

CREDITS DUE TO HOMEOWNER: $ _____
NEW TOTAL COLOR SELECTION AMOUNT $ _____
NEW BALANCE DUE AT CLOSING: $ -0-

CHECK COPY

MICHAEL G. ROMANO                                                    1-2/210-820                    490

                                                                    DATE 3/13/2004

PAY TO THE ORDER OF **Villages Of Windsor By Ansca Homes, LLC**    | $ 80,380 °°

_Eighty Thousand Three Hundred Eighty_ DOLLARS

CHASE  The Chase Manhattan Bank
       1201 Wantagh Avenue
       Wantagh, NY 11793

                                                                    085136

MEMO _LOT D-95_

⑆021000021⑆ 342 1 11.0025⑈ 0490

USA0013

## COLOR SELECTION AND MONEY TRANSMITTAL FORM

DATE SENT TO CORPORATE OFFICE: _8-20-03_

FROM:        VILLAGES OF WINDSOR BY ANSCA, LLC.

PROJECT:     ISOLA BELLA (POD C & D)

LOT # & POD:        _D-95_

MODEL / ELEVATION:        _SOFFI II / B_

BUYER:        _MICHAEL ROMANO_

DESIGN COORDINATOR:        _LINDA DRAGON_

SHUTTER UPGRADE: _____
PATIO / SCREEN EXTENSION _____

ENCLOSED PLEASE FIND THE FOLLOWING ITEMS IN CONNECTION WITH THE REFERENCED SALE:

ARCHITECTURAL AMOUNT ENCLOSED – 100%        $ _____
OPTION AMOUNT ENCLOSED - _____%        $ _____
COLOR SELECTION AMOUNT        $ _____
AMOUNT RECEIVED        $ _2,000.00_

POOL DEPOSIT - $ _2,000.00_
POOL AMOUNT - $ _____

BALANCE RECEIVED - $ _____
DATE DUE - _____

* LOT SPECIFIC REVISION:        YES _____        NO _____

* LOT OPTION REVISION:        YES _____        NO _____

CREDITS DUE TO HOMEOWNER        $ _____

NEW TOTAL COLOR SELECTION AMOUNT        $ _____

BALANCE DUE AT CLOSING        $ _____

RECEIVED: _____

CHECK COPY

4778

Wall Street Rare Coins, Inc.
12 Ungun Rd.
Massapequa, NY 11758

DATE _8-18-03_        1-2/210 623

PAY TO THE ORDER OF _Villages of Windsor by Ansca Homes_        $ 2000.00

_Two thousand and 00/100_        DOLLARS

CHASE    JPMorgan Chase Bank
         4900 Merrick Road
         Massapequa Park, NY 11762

FOR _Pool Deposit    Lot D-95_

⑆004778⑆ ⑆021000021⑆ 303107655 2⑆

085137
USA0014

## COLOR SELECTION AND MONEY TRANSMITTAL FORM

DATE SENT TO CORPORATE OFFICE: _10-17-03_

FROM:     VILLAGES OF WINDSOR BY ANSCA, LLC.

PROJECT:   ISOLA BELLA (POD C & D)

LOT # & POD: _D- 95_

MODEL / ELEVATION: _SOFFI II / B_

BUYER: _MICHAEL ROMANO_

DESIGN COORDINATOR: _LINDA DRAGON_

SHUTTER UPGRADE: _____
PATIO / SCREEN EXTENSION _____
POOL: _____
BALCONY: _____

ENCLOSED PLEASE FIND THE FOLLOWING ITEMS IN CONNECTION WITH THE REFERENCED SALE:

ARCHITECTURAL AMOUNT ENCLOSED – 100%     $ _N/A_
OPTION AMOUNT ENCLOSED - _25_ %     $ _27,460_ 00
COLOR SELECTION AMOUNT     $ _109,840_ 00
AMOUNT RECEIVED     $ _27,460_ 00

POOL DEPOSIT - $ _2,000_ 00
POOL AMOUNT - $ _38,740_ 00

BALANCE RECEIVED - $_____
DATE DUE - _____

* LOT SPECIFIC REVISION:     YES _✓_     NO _____
* LOT OPTION REVISION:     YES _____     NO _X_

CREDITS DUE TO HOMEOWNER     $ _____

NEW TOTAL COLOR SELECTION AMOUNT     $ _____

BALANCE DUE AT CLOSING     $ _80,380_ 00

RECEIVED: _____

### CHECK COPY

MICHAEL G. ROMANO     1-2/020 210     489

DATE _10-13-2003_

PAY TO THE ORDER OF _Villages of Windsor By Ansca_ $ _27,460.00_

_Twenty Seven Thousand Four Hundred Sixty_ DOLLARS

CHASE   The Chase Manhattan Bank
1201 Wantagh Avenue
Wantagh, NY 11793

LOT D-95   25% OPTIONS

⑆210000211⑆ 342 1 140 251⑆ 0489

085138

USA0015

## ANSCA HOMES

Pool Package for:
LOT D-95 - ISOLA BELLA
H/O NAME: ROMANO

|  | PRICE |
|---|---|
| **Base Pool Package up to 74 Perimeter** | $16,800 |
| 4' - 5' Depth | INC |
| White Gem Finish | INC |
| Bullnose Brick Coping | INC |
| Standard Waterline Tile | INC |
| Figure 4 handrail | INC |

### ADD'L TO BASE POOL

| | |
|---|---|
| Add'l perimeter over base pool | 3,330 |
| double brick & tile back of wall | 696 |
| 12" Raised Beam | 720 |
| Thicken Wall for plumbing | 264 |
| 2 Medium Roman Lion Heads | 1,130 |
| Stubout for Future Heater | 225 |
| Chlorine Dispenser | 265 |
| Overflow Line To Drywell | 375 |
| upgrade to Sky Blue Gem Finish | 420 |
| Add'l Pool Steps | 780 |
| Tile Edge of Pool Steps | 707 |
| Upgrade to Sam Light | 600 |
| Upgrade to 1hp Pool Pump | 60 |

### RAIL ENCLOSURE

| | |
|---|---|
| 90 LF Rail Enclosure w/ Gate | $1,900 |
| 16 LF Add'l Rail | $464.00 |

### DECK

| | |
|---|---|
| 400 SQ FT PAVERS DECK | $2,400 |
| 444 ADD'L FT PAVERS DECK | $2,664 |
| 4x8 Concrete Pad | $100 |
| | |
| Electrical for future Heater | $600 |
| Add'l Electric for Sam Lights | $440 |
| Electrical | $1,400 |
| Complete backfill w/ sand | $1,000 |
| Compaction around pool | $500 |

Total Cost

|  |  |  |
|---|---|---|
| | **SUB-TOTAL** | **$37,840** |

NEW CODE REQUIREMENT

| | | |
|---|---|---|
| 52 ln ft of 4' HIGH BLACK BABY BARRIER | | $900 |
| | Permit fee | INC |
| | **Total due to Ansca Homes** | **$38,740** |

INFORMATION:
Bullnose Color - P2
Tile - HST-344 (NAT'L)
HANDHOLD COLOR - HHC-20 (NAT'L)
Lionheads - SILVER NICKEL

H/O SIGNATURE: _____
DATE: _____

085139

USA0016

SEP-09-2003  19:27



ATTN: RAMSEY AKEL
FROM: DEBRA GURKIN THE POOL PEOPLE
SUB: POOL
LOCA: LOT 95 D ISOLA BELLA
H/O: ROMANO

REVISED     9/8/2003
14525

H/O

| | | |
|---|---|---|
| BASE POOL UP TO 74 PERIMETER | | $24,000 |
| 4' X 5' DEPTH | | INC |
| WHITE GEM FINISH | | INC |
| BULLNOSE BRICK COPING | | INC |
| STANDARD 6 X 6 WATERLINE TILE | | INC |
| FIGURE 4 HANDRAIL | | INC |

ADDITIONAL ITEMS TO BASE POOL:

| | | |
|---|---|---|
| ADD'L PERIMETER OVER BASE POOL | | $3,330 |
| DOUBLE BRICK & TILE BACK OF WALL | | $696 |
| 12" RAISED BEAM | | $720 |
| THICKEN WALL FOR PLUMBING | | $284 |
| (2) MEDIUM ROMAN LION HEADS | | $1,130 |
| STUBOUT FOR FUTURE HEATER | | $225 |
| CHLORINE DISPENSER | | $265 |
| OVERFLOW LINE | | $375 |
| UPGRADE TO SKY BLUE GEM FINISH | | $420 |
| ADD'L POOL STEPS | | $780 |
| TILE EDGE OF POOL STEPS | | $707 |
| UPGRADE TO SAM POOL LIGHT | | $600 |
| UPGRADE TO 1HP POOL PUMP | | $60 |

DECK    400 SQ FT OF PAVER DECK                     INC
        444 ADD'L SQ FT PAVER DECK              $2,664
        PAD FOR HEATER                         $100

RAIL    90 LF RAIL ENCLOSURE W/1 GATE             INC
        16 LF ADD'L RAIL                       $464

* BABY BARRIER ( CODE REQUIREMENT) ** WILL BE PRICED BY BLDR

UPGRADE HOUSE ELECTRIC FOR FUTURE HEATER         $600
ADD'L ELECTRIC FOR SAM LIGHTS                    $440
ELECTRICAL                                      INC
COMPLETE BACKFILL W/ SAND                       INC
1 GRADE                                         INC
COMPACTION AROUND POOL                          INC

TOTAL DUE ANSCA HOMES                           $37,840
PRICES VALID THRU 12/31/03

BULLNOSE COLOR- P 2
1ST TILE SELECTION W/WHITE GROUT-HET- 344 (NAT'L)
2ND TILE SELECTION W/ WHITE GROUT-DSF-32 (NAT'L)
HANDHOLD COLOR- HHC-20 (NAT'L)
MUDCAP COLOR- HHC- 20 (NAT'L)
LIONHEADS- SILVER NICKEL

SIGNATURE
DATE:  9/8/03

EXCLUSIONS
ALL BACKFILL (INCLUDING PLUMBING TRENCHES AND POOL SHELL)
DIRTHAUL, DECK ALL ELECTRICAL WORK AND ELECTRICAL
PERMIT FEES, ENCLOSURE AND ENCLOSURE PERMIT FEES
AND SAFETY BARRIERS OR ALARMS(INCLUDING PERMIT FEES)
BY OTHERS

*Providing Quality Products and Customer Satisfaction*
OPC#021410 • 2150 S.W. 10th Street • Deerfield Beach, Florida 33442-7624 • (954) 428-9300 • Fax: (954) 428-3488

SEP-08-2003  15:44

085140

USA0017



085141

USA0018

## ANSCA HOMES

Pool Package for:
LOT D-95 - ISOLA BELLA
H/O NAME: ROMANO

| | COST | PRICE | VENDOR |
|---|---|---|---|
| **Base Pool Package up to 74 Perimeter** | $10,025.00 | $16,800 | Pool People |
| 4' - 5' Depth | | INC | Pool People |
| White Gem Finish | | INC | Pool People |
| Bullnose Brick Coping | | INC | Pool People |
| Standard Waterline Tile | | INC | Pool People |
| Figure 4 handrail | | INC | Pool People |

## ADD'L TO BASE POOL

| | COST | PRICE | VENDOR |
|---|---|---|---|
| Add'l perimiter over base pool | 1,040 | 3,330 | Pool People |
| double brick & tile back of wall | 240.00 | 696 | Pool People |
| 12" Raised Beam | 480 | 720 | Pool People |
| Thicken Wall for plumbing | 180 | 264 | Pool People |
| 2 Medium Roman Lion Heads | 750 | 1,130 | Pool People |
| Stubout for Future Heater | 125 | 225 | Pool People |
| Chlorine Dispenser | 175 | 265 | Pool People |
| Overflow Line To Drywell | 250 | 375 | Pool People |
| upgrade to Sky Blue Gem Finish | 300 | 420 | Pool People |
| Add'l Pool Steps | 540 | 780 | Pool People |
| Tile Edge of Pool Steps | 462 | 707 | Pool People |
| Upgrade to Sam Light | 400 | 600 | |
| Upgrade to 1hp Poll Pump | 35 | 60 | Pool People |

## RAIL ENCLOSURE

| | COST | PRICE | VENDOR |
|---|---|---|---|
| 90 LF Rail Enclosure w/ Gate | $1,840.00 | $1,900 | Buchanan |
| 16 LF Add'le Rail | $336.00 | $464.00 | Buchanan |

## DECK

| | COST | PRICE | VENDOR |
|---|---|---|---|
| 400 SQ FT PAVERS DECK | $1,232.00 | $2,400 | Classic Pavers |
| 444 ADD'L FT PAVERS DECK | $1,332.00 | $2,664 | Classic Pavers |
| 4x8 Concrete Pad | 77.00 | $100 | Cobra |
| Electrical for future Heater | $275.00 | $600 | Melco Electric |
| Add'l Electric for Sam Lights | $300.00 | $440 | |
| Electrical | $600.00 | $1,400 | Melco Electric |
| Complete backfill w/ sand | $500.00 | $1,000 | K-C Boxblade |
| Compaction around pool | | $500 | K-C Boxblade |

| | COST | PRICE |
|---|---|---|
| Total Cost | $21,494.00 | |
| **SUB-TOTAL** | | **$37,840** |

NEW CODE REQUIREMENT

| | COST | PRICE | VENDOR |
|---|---|---|---|
| 52 ln ft of 4' HIGH BLACK BABY BARRIER | $468.00 | $900 | Pool Safety Barrier |
| Permit fee | 150.00 | INC | |
| **Total due to Ansca Homes** | | **$38,740** | |




085142

USA0019

# ISOLA BELLA

## Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**1ST FLOOR HALL/STORAGE**

| | | |
|---|---|---|
| ELEC: LED SECURITY PAD <SEE SKETCH> Extra    Upgrade Color: | Code: 2020 Qty: 1 | $180 |
| TILE: GROUT COLOR Included    Standard Color: SANDSTONE BEIGE (961) | Code: 3008 Qty: 1 | $0 |
| TILE: LEVEL #4 Extra    Upgrade Color: MEG4981 | Code: 3008 Qty: 1 | $1,180 |
| TILE: TILE ON DIAGONAL Extra    Upgrade Color: MEG4981 | Code: 3008 Qty: 1 | $160 |

**BALCONY**

| | | |
|---|---|---|
| OPTIONAL BALCONY Extra    Upgrade Color: | Code: 2006 Qty: 1 | $11,050 |
| DOOR: REPLACE 24SH WINDOW W/ EXT FRENCH DOOR Included    Upgrade Color: OPENING FOR (2) 2'6" x 8'0" | Code: 3004 Qty: 1 | $0 |
| ELEC: ADD FAN/LIGHT OUTLET (3 WIRES) Extra    Upgrade Color: < SEE SKETCH > | Code: 2019 Qty: 1 | $80 |
| ELEC: EXTERIOR GFI OUTLET <SEE SKETCH> Included    Upgrade Color: | Code: 2019 Qty: 1 | $0 |
| ELEC: EXTERIOR GLOBE LIGHT <SEE SKETCH> Included    Upgrade Color: W/SWITCH | Code: 2019 Qty: 1 | $0 |
| ELEC: SEPARATE SWITCH <SEE SKETCH> Extra    Upgrade Color: < FOR FAN/LIGHT OUTLET > | Code: 2019 Qty: 1 | $50 |

Sellers Initials _____

Design Coordinators Initials _LD_

Page 1 Of 25

Buyer(s) Initials _____

**085143**    USA0020



**ISOLA BELLA**                    **Lot Options Report**                    9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| | Inc/Ext | Std/Upg | Vendor | | | Price |

**BALCONY**

| | | Price |
|---|---|---|
| HURRICANE SHUTTERS FOR EXT FRENCH DOOR<br>   Included   Upgrade<br>Color: < 65-1/2" x 97-1/4" > | Code: 2013<br>Qty: 1 | $0 |
| MASONRY OPENING FOR FRENCH DOOR<br>   Included   Upgrade<br>Color: < 65-1/2" x 97-1/4" > | Code: 2006<br>Qty: 1 | $0 |
| PAINT<br>   Included   Upgrade<br>Color: | Code: 3006<br>Qty: 1 | $0 |
| ROOF<br>   Included   Upgrade<br>Color: | Code: 2009<br>Qty: 1 | $0 |
| STD RAIL<br>   Included   Upgrade<br>Color: WHITE | Code: 3004<br>Qty: 1 | $0 |
| STD TILE<br>   Included   Upgrade<br>Color: 12 x 12 EGYPTIAN BEIGE CS50 <CONTINENTAL SLATE> | Code: 3008<br>Qty: 1 | $0 |
| STUCCO<br>   Included   Upgrade<br>Color: | Code: 2014<br>Qty: 1 | $0 |
| TILE: GROUT COLOR<br>   Included   Standard<br>Color: SANDSTONE BEIGE (961) | Code: 3008<br>Qty: 1 | $0 |
| TRUSS<br>   Included   Upgrade<br>Color: | Code: 2009<br>Qty: 1 | $0 |

**BATH #2**

| | | |
|---|---|---|
| BATH ACC: REPLACE TOWEL BAR W/24" MONTICELLO<br>   Extra   Upgrade<br>Color: CHROME & BRASS | Code: 3004<br>Qty: 1 | $80 |

Sellers Initials _____

Design Coordinators Initials _LD_

Page 2 Of 25

Buyer(s) Initials ____

**085144**      USA0021

## ISOLA BELLA

### Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**BATH #2**

| | | Code | Qty | Price |
|---|---|---|---|---|
| BATH ACC: REPLACE TP HOLDER W/MONTICELLO<br>    Extra    Upgrade<br>Color: CHROME & BRASS | | Code: 3004 | Qty: 1 | $70 |
| BATH ACC: SOAP DISH REMAINS<br>    Included    Standard<br>Color: | | Code: 3004 | Qty: 1 | $0 |
| BATH ACCES: DELETE TOILET PAPER HOLDER<br>    Included    Standard<br>Color: | | Code: 3004 | Qty: 1 | $0 |
| ACCES: DELETE TUB TOWEL BAR<br>    Included    Standard<br>Color: | | Code: 3004 | Qty: 1 | $0 |
| BATH ACCES: DELETE WALL TOWEL BAR<br>    Included    Standard<br>Color: | | Code: 3004 | Qty: 1 | $0 |
| CAB.: 7110 SERIES 31"<br>    Extra    Upgrade<br>Color: AUTUMN WHITE GLAZE | | Code: 3002 | Qty: 1 | $470 |
| CAB.: HARDWARE<br>    Included    Standard<br>Color: K-2 | | Code: 3002 | Qty: 1 | $0 |
| ELEC: KEEP STD LIGHT STRIP<br>    Included    Standard<br>Color: < PLACE 86" FROM FLOOR > | | Code: 2019 | Qty: 1 | $0 |
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>    Extra    Upgrade<br>Color: <EXHAUST FAN> | | Code: 2019 | Qty: 1 | $50 |
| FAUCET: MONTICELLO 8" WIDE, LEVER <T4570CP><br>    Extra    Upgrade<br>Color: CHROME & BRASS | | Code: 2017 | Qty: 1 | $430 |

Sellers Initials _____

Design Coordinators Initials _LD_

Page 3 Of 25

Buyer(s) Initials _____

**085145**          USA0022



**ISOLA BELLA**                    **Lot Options Report**                              9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**BATH #2**

| | | | |
|---|---|---|---|
| MIRROR: STANDARD 36" HIGH<br>    Included    Standard<br>Color: | Code: 3012<br>Qty: 1 | | $0 |
| PLUMBING: STD BATH TUB - UPGRADE COLOR<br>    Extra    Upgrade<br>Color: BISCUIT | Code: 2017<br>Qty: 1 | | $75 |
| PLUMBING: STD TOILET - UPGRADED COLOR<br>    Extra    Upgrade<br>Color: BISCUIT | Code: 2017<br>Qty: 1 | | $75 |
| TILE: BATH TUB WALL: OPT TILE DESIGN<br>    Included    Upgrade<br>Color: SANCTUARY - 11 x 14 IVORY #W1470 | Code: 3008<br>Qty: 1 | | $0 |
| TILE: GROUT COLOR<br>    Included    Standard<br>Color: PEARL (988) | Code: 3008<br>Qty: 1 | | $0 |
| TILE: LEVEL #1<br>    Extra    Upgrade<br>Color: BELLINI W3074 | Code: 3008<br>Qty: 1 | | $40 |
| TILE: OPT "C" TILE DESIGN PKG.<br>    Included    Standard<br>Color: LISTELLO - 3.5 x 11  #W1486 | Code: 3008<br>Qty: 1 | | $975 |
| TILE: OPT. TILE DESIGN PACKAGE<br>    Included    Upgrade<br>Color: DECO-11x14 #W1337 <3x3 HONEY VERDE #W1494 INSERT> | Code: 3008<br>Qty: 1 | | $0 |
| TILE: TILE ON DIAGONAL<br>    Extra    Upgrade<br>Color: BELLINI W3074 | Code: 3008<br>Qty: 1 | | $60 |
| VANITY TOP: STD CULTURED MARBLE<br>    Included    Standard<br>Color: CAPPUCCINO | Code: 3003<br>Qty: 1 | | $0 |

**BATH #3**

Sellers Initials _____

Design Coordinators Initials _LD_

Page 4 Of 25

Buyer(s) Initials _____

085146                    USA0023



## ISOLA BELLA

### Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**BATH #3**

| | | |
|---|---|---|
| BATH ACC: DELETE TP HOLDER<br>Included   Standard<br>Color: | Code: 3004<br>Qty: 1 | $0 |
| BATH ACC: DELETE TUB TOWEL BAR<br>Included   Standard<br>Color: | Code: 3004<br>Qty: 1 | $0 |
| BATH ACC: DELETE WALL TOWEL BAR<br>Included   Standard<br>Color: | Code: 3004<br>Qty: 1 | $0 |
| BATH ACC: REPLACE TOWEL BAR W/ 18" MONTICELLO<br>Extra   Upgrade<br>Color: CHROME & BRASS | Code: 3004<br>Qty: 1 | $80 |
| BATH ACC: SOAP DISH REMAINS<br>Included   Standard<br>Color: | Code: 3004<br>Qty: 1 | $0 |
| BATH ACCES: REPLACE TP HOLDER W/MONTICELLO<br>Extra   Upgrade<br>Color: CHROME & BRASS | Code: 3004<br>Qty: 1 | $70 |
| CAB.: 7110 SERIES 31"<br>Extra   Upgrade<br>Color: HARVEST WHITE GLAZE | Code: 3002<br>Qty: 1 | $480 |
| CAB.: HARDWARE<br>Included   Standard<br>Color: K-2 | Code: 3002<br>Qty: 1 | $0 |
| ELEC: KEEP STD LIGHT STRIP<br>Included   Standard<br>Color: < PLACE 86" FROM FLOOR > | Code: 2019<br>Qty: 1 | $0 |
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>Extra   Upgrade<br>Color: <EXHAUST FAN> | Code: 2019<br>Qty: 1 | $50 |

Sellers Initials _____

Design Coordinators Initials _LD_

Page 5 Of 25

Buyer(s) Initials _____

**085147**

USA0024



# ISOLA BELLA

## Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**BATH #3**

| | Code/Qty | Price |
|---|---|---|
| FAUCET: MONTICELLO 8" WIDE, <T4570CP><br>Extra    Upgrade<br>Color: CHROME & BRASS | Code: 2017<br>Qty: 1 | $430 |
| MIRROR: STANDARD 36" HIGH<br>Included    Standard<br>Color: | Code: 3012<br>Qty: 1 | $0 |
| PLUMBING: STD TOILET<br>Included    Standard<br>Color: BONE | Code: 2017<br>Qty: 1 | $0 |
| PLUMBING: STD TUB<br>Included    Standard<br>Color: BONE | Code: 2017<br>Qty: 1 | $0 |
| TILE: BATH TUB WALL: OPT TILE DESIGN<br>Included    Upgrade<br>Color: BARBADOS - 10 x 13 BEIGE #W2242 | Code: 3008<br>Qty: 1 | $0 |
| TILE: GROUT COLOR<br>Included    Standard<br>Color: LIGHT SMOKE (915) | Code: 3008<br>Qty: 1 | $0 |
| TILE: LEVEL #1<br>Extra    Upgrade<br>Color: BELLINI #W3077 | Code: 3008<br>Qty: 1 | $50 |
| TILE: OPT "D" TILE DESIGN PKG<br>Extra    Upgrade<br>Color: LISTELLO - 4 x 10 WHITE/BEIGE #W2247 | Code: 3008<br>Qty: 1 | $1,055 |
| TILE: TILE ON DIAGONAL<br>Extra    Upgrade<br>Color: BELLINI #W3077 | Code: 3008<br>Qty: 1 | $70 |
| VANITY TOP: STD CULTURED MARBLE<br>Included    Standard<br>Color: CREME | Code: 3003<br>Qty: 1 | $0 |

**BATH #4**

Sellers Initials _____

Design Coordinators Initials _2D_

Page 6 Of 25

Buyer(s) Initials _____

085148

USA0025

## ISOLA BELLA | Lot Options Report | 9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**BATH #4**

| | | | Price |
|---|---|---|---|
| BANJO OPT: EXTEND MIRROR 36" OVER BANJO<br>    Extra    Upgrade<br>Color: | Code: 3015<br>Qty: 1 | | $100 |
| BANJO OPT: VANITY TOP CULTURED MARBLE<br>    Extra    Upgrade<br>Color: CAPPUCCINO | Code: 3003<br>Qty: 1 | | $180 |
| BATH ACC: DELETE TP HOLDER<br>    Included    Standard<br>Color: | Code: 3004<br>Qty: 1 | | $0 |
| BATH ACC: DELETE TUB TOWEL BAR<br>    Included    Standard<br>Color: | Code: 3004<br>Qty: 1 | | $0 |
| BATH ACC: DELETE WALL TOWEL BAR<br>    Included    Standard<br>Color: | Code: 3004<br>Qty: 1 | | $0 |
| BATH ACC: SOAP DISH REMAINS<br>    Included    Standard<br>Color: | Code: 3004<br>Qty: 1 | | $0 |
| BATH ACCES: REPLACE TOWEL BAR W/ 24" MONTICELLO<br>    Extra    Upgrade<br>Color: BRASS | Code: 3004<br>Qty: 1 | | $80 |
| BATH ACCES: REPLACE TP HOLDER W/MONTICELLO<br>    Extra    Upgrade<br>Color: BRASS | Code: 3004<br>Qty: 1 | | $70 |
| CAB.: 8930 SERIES 31"<br>    Extra    Upgrade<br>Color: AUTUMN WHITE GLAZE | Code: 3002<br>Qty: 1 | | $690 |
| CAB.: HARDWARE<br>    Included    Standard<br>Color: K-2 | Code: 3002<br>Qty: 1 | | $0 |

Sellers Initials _____

Design Coordinators Initials _LD_

Page 7 Of 25

Buyer(s) Initials _____

085149    USA0026



**ISOLA BELLA**          **Lot Options Report**          9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**BATH #4**

| | | | |
|---|---|---|---|
| ELEC: LIGHT STRIP TO BE 4' CENTERED OVER BANJO<br>Extra      Upgrade<br>Color: < PLACE 86" FROM FLOOR > | Code: 2019<br>Qty: 1 | | $100 |
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>Extra      Upgrade<br>Color: <EXHAUST FAN> | Code: 2019<br>Qty: 1 | | $50 |
| FAUCET: MONTICELLO 8" C-SPOUT, <4572P><br>Extra      Upgrade<br>Color: BRASS | Code: 2017<br>Qty: 1 | | $810 |
| PLUMBING: STD TOILET - UPGRADED COLOR<br>Extra      Upgrade<br>Color: BISCUIT | Code: 2017<br>Qty: 1 | | $75 |
| PLUMBING: STD TUB - UPGRADED COLOR<br>Extra      Upgrade<br>Color: BISCUIT | Code: 2017<br>Qty: 1 | | $75 |
| TILE: BATH TUB WALL: OPT TILE DESIGN<br>Included      Upgrade<br>Color: CHATEAU II - 12 x 14  #W4086A | Code: 3008<br>Qty: 1 | | $0 |
| TILE: GROUT COLOR<br>Included      Standard<br>Color: SANDSTONE BEIGE (961) | Code: 3008<br>Qty: 1 | | $0 |
| TILE: LEVEL #4<br>Extra      Upgrade<br>Color: MEG4981 | Code: 3008<br>Qty: 1 | | $160 |
| TILE: OPT "D" TILE DESIGN PKG<br>Extra      Upgrade<br>Color: LISTELLO - 3 x 12 WHITE/BONE #W4093A | Code: 3008<br>Qty: 1 | | $1,055 |
| TILE: TILE ON DIAGONAL<br>Extra      Upgrade<br>Color: MEG4981 | Code: 3008<br>Qty: 1 | | $70 |

**BEDROOM #2 & CLO**

Sellers Initials _____          Buyer(s) Initials ____

Design Coordinators Initials _LD_          Page 8 Of 25          **085150**          USA0027



## ISOLA BELLA

### Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**BEDROOM #2 & CLO**

| | | | |
|---|---|---|---|
| CARPET- BAYVIEW STD Included      Standard Color: SOFT PARCHMENT 04771 | | Code: 3010 Qty: 1 | $0 |
| ELEC: ADD HI HAT(S) <SEE SKETCH> Extra      Upgrade Color: | | Code: 2019 Qty: 2 | $220 |
| ELEC: SEPARATE SWITCH <SEE SKETCH> Extra      Upgrade Color: <HI HATS> | | Code: 2019 Qty: 1 | $50 |

**BEDROOM #3 & CLO**

| | | | |
|---|---|---|---|
| CARPET- BAYVIEW STD Included      Standard Color: SOFT PARCHMENT 04771 | | Code: 3010 Qty: 1 | $0 |
| ELEC: ADD HI HAT (S) <SEE SKETCH> Extra      Upgrade Color: | | Code: 2019 Qty: 1 | $110 |
| ELEC: SEPARATE SWITCH <SEE SKETCH> Extra      Upgrade Color: < HI HAT > | | Code: 2019 Qty: 1 | $50 |

**BEDROOM #4 & CLO**

| | | | |
|---|---|---|---|
| CARPET- BAYVIEW STD Included      Standard Color: SOFT PARCHMENT 04771 | | Code: 3010 Qty: 1 | $0 |
| ELEC: ADD HI HAT(S) <SEE SKETCH> Extra      Upgrade Color: | | Code: 2019 Qty: 2 | $220 |
| ELEC: SEPARATE SWITCH <SEE SKETCH> Extra      Upgrade Color: < HI HATS > | | Code: 2019 Qty: 1 | $50 |

**BEDROOM #5 & CLO**

Sellers Initials _____

Design Coordinators Initials _LD_

Page 9 Of 25

Buyer(s) Initials

085151          USA0028



**ISOLA BELLA**

**Lot Options Report**

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**BEDROOM #5 & CLO**

| | | |
|---|---|---|
| CARPET- BAYVIEW STD<br>    Included    Standard<br>Color: SOFT PARCHMENT 04771 | Code: 3010<br>Qty: 1 | $0 |
| ELEC: ADD HI HAT(S) <SEE SKETCH><br>    Extra    Upgrade<br>Color: | Code: 2019<br>Qty: 4 | $440 |
| ELEC: RELOCATE 1/2 HOT OUTLET <SEE SKETCH><br>    Extra    Upgrade<br>Color: | Code: 2019<br>Qty: 1 | $50 |
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>    Extra    Upgrade<br>Color: < HI HATS > | Code: 2019<br>Qty: 1 | $50 |

**BREAKFAST AREA**

| | | |
|---|---|---|
| ELEC: SEE LIGHT LOCATION <SEE SKETCH><br>    Included    Standard<br>Color: | Code: 2019<br>Qty: 1 | $0 |

**DINING ROOM**

| | | |
|---|---|---|
| ELEC: 2 X 4 SUPPORT FOR "J" BOX<br>    Included    Standard<br>Color: <SEE LIGHT LOCATION> | Code: 2019<br>Qty: 1 | $0 |
| ELEC: ADD WALL SCONCE "J" BOXES <SEE SKETCH><br>    Extra    Upgrade<br>Color: < SEE SKETCH > | Code: 2019<br>Qty: 2 | $180 |
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>    Extra    Upgrade<br>Color: <WALL SCONCE "J" BOXES> | Code: 2019<br>Qty: 1 | $50 |
| TILE: GROUT COLOR<br>    Included    Standard<br>Color: SANDSTONE BEIGE (961) | Code: 3008<br>Qty: 1 | $0 |

Sellers Initials _____

Design Coordinators Initials _LD_

Page 10 Of 25

Buyer(s) Initials _____

**085152**

USA0029



## ISOLA BELLA

### Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**DINING ROOM**

| | Code | Qty | Price |
|---|---|---|---|
| TILE: LEVEL #4<br>Extra    Upgrade<br>Color: MEG4981 | Code: 3008 | Qty: 1 | $1,480 |
| TILE: TILE ON DIAGONAL<br>Extra    Upgrade<br>Color: MEG4981 | Code: 3008 | Qty: 1 | $200 |

**FAMILY ROOM**

| | Code | Qty | Price |
|---|---|---|---|
| ELEC: ADD HI HAT(S) <SEE SKETCH><br>Extra    Upgrade<br>Color: | Code: 2019 | Qty: 2 | $220 |
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>Extra    Upgrade<br>Color: < HI HATS > | Code: 2019 | Qty: 1 | $50 |
| TILE: GROUT COLOR<br>Included    Standard<br>Color: SANDSTONE BEIGE (961) | Code: 3008 | Qty: 1 | $0 |
| TILE: LEVEL #4<br>Extra    Upgrade<br>Color: MEG4981 | Code: 3008 | Qty: 1 | $2,700 |
| TILE: TILE ON DIAGONAL<br>Extra    Upgrade<br>Color: MEG4981 | Code: 3008 | Qty: 1 | $360 |

**FOYER**

| | Code | Qty | Price |
|---|---|---|---|
| TILE: OPT TILE DESIGN<br>Extra    Upgrade<br>Color: 4" BAND OF MADURIA GOLD LIGHT <SEE SKETCH> | Code: Custom | Qty: 1 | $1,125 |

**GARAGE**

| | Code | Qty | Price |
|---|---|---|---|
| ATTIC ACCESS PULL DOWN LADDER<br>Extra    Upgrade<br>Color: < 8'9" > | Code: 3004 | Qty: 1 | $300 |

Sellers Initials _____

Design Coordinators Initials _LD_

Page 11 Of 25

Buyer(s) Initials _____

085153

USA0030

## ISOLA BELLA

### Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | Price |
|---|---|---|---|

**GARAGE**

| DRYWALL: ENLARGE OPENING FOR ATTIC STAIRS<br>  Included    Upgrade<br>Color: | Code: 3001<br>Qty: 1 | $0 |
|---|---|---|
| ELEC: INTERIOR OUTLET GFI <SEE SKETCH><br>  Extra    Upgrade<br>Color: | Code: 2019<br>Qty: 2 | $190 |

**GENERAL INFORMATION**

| HURRICANE SHUTTERS: STANDARD<br>  Included    Standard<br>Color: | Code: 2013<br>Qty: 1 | $0 |
|---|---|---|
| ORIENTATION: ELEVATION 'B'<br>  Included    Standard<br>Color: < WITH BALCONY > | Code:<br>Qty: 1 | $0 |
| ORIENTATION: LEFT SIDE - ZERO<br>  Included    Standard<br>Color: < SEE SURVEY > | Code: 2006<br>Qty: 1 | $0 |
| PERMIT REVISION FEE<br>  Extra    Upgrade<br>Color: | Code: 1008<br>Qty: 1 | $750 |

**KITCHEN**

| APPLIANCES: COOKTOP 30" (JP930KCCC)<br>  Extra    Upgrade<br>Color: TRUE BISQUE | Code: 3011<br>Qty: 1 | $670 |
|---|---|---|
| APPLIANCES: DISHWASHER (PDW7700GCC)<br>  Extra    Upgrade<br>Color: BISQUE | Code: 3011<br>Qty: 1 | $370 |
| APPLIANCES: MICROWAVE (JVM1631CDCC)<br>  Included    Standard<br>Color: BISQUE | Code: 3011<br>Qty: 1 | $0 |

Sellers Initials _____

Design Coordinators Initials _LD_

Page 12 Of 25

Buyer(s) Initials _____

085154        USA0031

## ISOLA BELLA

### Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|
| Inc/Ext | Std/Upg | Vendor | Price |

**KITCHEN**

| | | |
|---|---|---|
| APPLIANCES: REFRIGERATOR (GSS25WGMCC)<br>Included    Standard<br>Color: BISQUE | Code: 3011<br>Qty: 1 | $0 |
| APPLIANCES: WALL OVEN, 30" SGL CONV  (JTP20CFCC)<br>Extra    Upgrade<br>Color: BISQUE | Code: 3011<br>Qty: 1 | $310 |
| CAB.: 8930 SERIES 42"<br>Extra    Upgrade<br>Color: AUTUMN WHITE GLAZE | Code: 3002<br>Qty: 1 | $6,930 |
| CAB.: BUILT-IN REFRIG OPT: 8930 SERIES<br>Extra    Upgrade<br>Color: AUTUMN WHITE GLAZE | Code: 3002<br>Qty: 1 | $870 |
| CAB.: HARDWARE<br>Included    Standard<br>Color: K-V | Code: 3002<br>Qty: 1 | $0 |
| CAB.: RANGE BUMP OUT<br>Extra    Upgrade<br>Color: | Code: 3002<br>Qty: 1 | $270 |
| CAB.: SINGLE OVEN UNDER: 8930 SERIES<br>   Upgrade<br>Color: AUTUMN WHITE GLAZE | Code: 3002<br>Qty: 1 | $260 |
| CAB.: SOAP TRAY TILT OUT<br>Extra    Upgrade<br>Color: | Code: 3002<br>Qty: 1 | $100 |
| CAB.: TRASH BIN ROLL-OUT <SEE SKETCH><br>Extra    Upgrade<br>Color: | Code: 3002<br>Qty: 1 | $190 |
| CAB.: UNDER CABINET VALANCE: 8930 SERIES<br>Extra    Upgrade<br>Color: AUTUMN WHITE GLAZE <W/LIGHTS> | Code: 3002<br>Qty: 1 | $490 |

Sellers Initials _____

Design Coordinators Initials _LD_

Page 13 Of 25

Buyer(s) Initials _____

**085155**          USA0032

## ISOLA BELLA

### Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**KITCHEN**

| | | |
|---|---|---|
| COUNTER TOP: CUT/POLISH-UNDERMOUNT CAST IRON SINK<br>　　　Extra　　　Upgrade<br>Color: | Code: 3003<br>Qty: 1 | $400 |
| COUNTER TOP: GRANITE BUMP OUT<br>　　　Extra　　　Upgrade<br>Color: | Code: 3003<br>Qty: 1 | $400 |
| COUNTER TOP: GRANITE SLAB 6" SPL (LEVEL 1)<br>　　　Included　　　Upgrade<br>Color: SANTA CECILIA <BULLNOSE EDGE> | Code: 3003<br>Qty: 1 | $0 |
| COUNTER TOP: OMIT STD MICA COUNTER TOP<br>　　　Included　　　Standard<br>Color: | Code: 3003<br>Qty: 1 | $0 |
| CROWN MOLDING: 8930 SERIES<br>　　　Extra　　　Upgrade<br>Color: AUTUMN WHITE GLAZE | Code: 3004<br>Qty: 1 | $580 |
| CROWN MOLDING: ROPE DETAIL<br>　　　Extra　　　Upgrade<br>Color: | Code: 3002<br>Qty: 1 | $460 |
| DOOR: DELETE DRYWALL PANTRY DOORS <3'0" x 8'0"><br>　　　Included　　　Standard<br>Color: < BI-FOLD > | Code: 3004<br>Qty: 1 | $0 |
| DRYWALL: DELETE DRYWALL PANTRY<br>　　　Included　　　Standard<br>Color: | Code: 3001<br>Qty: 1 | $0 |
| ELEC: COOK TOP OUTLET <SEE SKETCH><br>　　　Extra　　　Upgrade<br>Color: | Code: 2019<br>Qty: 1 | $225 |
| ELEC: UNDER CABINET LIGHT<br>　　　Extra　　　Upgrade<br>Color: W/SWITCH | Code: 2019<br>Qty: 1 | $550 |

Sellers Initials _____

Design Coordinators Initials _LD_

Page 14 Of 25

Buyer(s) Initials _____

**085156**　　　USA0033



# ISOLA BELLA

## Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | | Price |
|---|---|---|---|---|---|

**KITCHEN**

| | | | |
|---|---|---|---|
| FAUCET: MOEN 7570 SALORA<br>Extra    Upgrade<br>Color: IVORY <NO PLATE> | Code: 2017<br>Qty: 1 | | $90 |
| PANTRY CABINET 96": 8930 SERIES<br>Extra    Upgrade<br>Color: AUTUMN WHITE GLAZE | Code: 3002<br>Qty: 1 | | $3,200 |
| PLUMBING: SINK: ELJER PRIMAVERA , 60/40 <212-4214><br>Extra    Upgrade<br>Color: SILK <2 HOLES><UNDERMOUNT> | Code: 2017<br>Qty: 1 | | $450 |
| PLUMBING: SOAP DISPENSER <3910><br>Extra    Upgrade<br>Color: IVORY | Code: 2017<br>Qty: 1 | | $90 |
| WIRE SHELVES: DELETE PANTRY SHELVES <15 LN FT><br>Included    Standard<br>Color: | Code: 3015<br>Qty: 1 | | $0 |

**LAUNDRY ROOM**

| | | | |
|---|---|---|---|
| APPLIANCES: DRYER (DBXR463EBCC)<br>Included    Standard<br>Color: BISQUE | Code: 3011<br>Qty: 1 | | $0 |
| APPLIANCES: WASHER (WCSE4160BCC)<br>Included    Standard<br>Color: BISQUE | Code: 3011<br>Qty: 1 | | $0 |
| CAB.: 2100 SERIES 30" <OVER W/D><br>Included    Standard<br>Color: ANTIQUE WHITE | Code: 3002<br>Qty: 1 | | $0 |
| CAB.: HARDWARE<br>Included    Standard<br>Color: K-T | Code: 3002<br>Qty: 1 | | $0 |
| CAB.: OPT #1 2100 SERIES<br>Extra    Upgrade<br>Color: ANTIQUE WHITE | Code: 3002<br>Qty: 1 | | $470 |

Sellers Initials _____

Design Coordinators Initials _LP_

Page 15 Of 25

Buyer(s) Initials _____

**085157**    USA0034

# ISOLA BELLA

## Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|
| Inc/Ext | Std/Upg | Vendor | Price |

### LAUNDRY ROOM

| | | |
|---|---|---|
| COUNTER TOP: WILSONART W/6" SPL.<br>Included    Upgrade<br>Color: ANTIQUE WHITE 1572-60 <IMPERIAL EDGE> | Code: 3003<br>Qty: 1 | $0 |
| DRYWALL: BACKING FOR 30" CAB.<br>Included    Standard<br>Color: UPPER & LOWER CABINETS | Code: 3001<br>Qty: 1 | $0 |
| PLUMBING: LAUNDRY SINK<br>Extra    Upgrade<br>Color: < DROP-IN > | Code: 2017<br>Qty: 1 | $150 |

### LIVING ROOM

| | | |
|---|---|---|
| ELEC: ADD HI HATS(S) <SEE SKETCH><br>Extra    Upgrade<br>Color: | Code: 2019<br>Qty: 4 | $440 |
| ELEC: DIMMER SWITCH (600 WATT)<br>Extra    Upgrade<br>Color: < HI HATS > | Code: 2019<br>Qty: 1 | $65 |
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>Extra    Upgrade<br>Color: < HI HATS > | Code: 2019<br>Qty: 1 | $50 |
| TILE: GROUT COLOR<br>Included    Standard<br>Color: SANDSTONE BEIGE (961) | Code: 3008<br>Qty: 1 | $0 |
| TILE: LEVEL #4<br>Extra    Upgrade<br>Color: MEG4981 | Code: 3008<br>Qty: 1 | $2,480 |
| TILE: TILE ON DIAGONAL<br>Extra    Upgrade<br>Color: MEG4981 | Code: 3008<br>Qty: 1 | $330 |

### LOFT/UPPER HALL

Sellers Initials _____

Design Coordinators Initials _LD_

Page 16 Of 25

Buyer(s) Initials _____

085158          USA0035



**ISOLA BELLA**  |  **Lot Options Report**  |  9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**LOFT/UPPER HALL**

| | Code | Qty | Price |
|---|---|---|---|
| CARPET- BAYVIEW STD<br>Included    Standard<br>Color: SOFT PARCHMENT 04771 | Code: 3010 | Qty: 1 | $0 |
| ELEC: ADD HI HAT(S) <SEE SKETCH><br>Extra    Upgrade<br>Color: <ON EXISTING SWITCH> | Code: 2019 | Qty: 2 | $220 |

**MASTER BATH**

| | Code | Qty | Price |
|---|---|---|---|
| ACCESS PANEL FOR WHIRLPOOL<br>Included    Upgrade<br>Color: | Code: | Qty: 1 | $0 |
| BATH ACCES: DELETE SHOWER TOWEL BAR<br>Included    Standard<br>Color: | Code: 3004 | Qty: 1 | $0 |
| BATH ACCES: DELETE TOILET PAPER HOLDER<br>Included    Standard<br>Color: | Code: 3004 | Qty: 1 | $0 |
| BATH ACCES: DELETE WALL TOWEL BAR<br>Included    Standard<br>Color: | Code: 3004 | Qty: 1 | $0 |
| BATH ACCES: SOAP DISH REMAINS<br>Included    Standard<br>Color: | Code: 3004 | Qty: 1 | $0 |
| CAB.: 8600 SERIES 34"<br>Extra    Upgrade<br>Color: AUTUMN WHITE GLAZE | Code: 3002 | Qty: 1 | $2,720 |
| CAB.: HARDWARE<br>Included    Standard<br>Color: K-3 | Code: 3002 | Qty: 1 | $0 |
| CUT ACCESS HOLE FOR WHIRLPOOL TUB<br>Included    Upgrade<br>Color: | Code: 3002 | Qty: 1 | $0 |

Sellers Initials _____

Design Coordinators Initials ____

Page 17 Of 25

Buyer(s) Initials _____

085159    USA0036



## ISOLA BELLA

### Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | Price |
|---|---|---|---|

**MASTER BATH**

| | | | |
|---|---|---|---|
| DOOR: ADD POCKET DOOR <2'8" x 6'8"><br>  Extra    Upgrade<br>Color: < TO W/C ><SEE SKETCH> | Code: 3004<br>Qty: 1 | | $340 |
| DRYWALL: ROUGH OPENING FOR POCKET DOOR<br>  Included    Standard<br>Color: < 2'8" x 6'8" > | Code: Custom<br>Qty: 1 | | $0 |
| ELEC: ADD OUTLET FOR EXHAUST FAN<br>  Extra    Upgrade<br>Color: < IN W/C ><SEE SKETCH> | Code: 2019<br>Qty: 1 | | $50 |
| ELEC: ADD STD EXHAUST FAN <50 CFM><br>  Extra    Upgrade<br>Color: < SEE SKETCH > | Code: 2019<br>Qty: 1 | | $210 |
| ELEC: KEEP STD LIGHT STRIP<br>  Included    Standard<br>Color: <BOTH><PLACE 86" FROM FLOOR> | Code: 2019<br>Qty: 2 | | $0 |
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>  Extra    Upgrade<br>Color: <FOR ADDED EXHAUST FAN> | Code: 2019<br>Qty: 1 | | $50 |
| ELEC: WHIRLPOOL TUB: ELECTRICAL HOOK UP<br>  Extra    Upgrade<br>Color: | Code: 2019<br>Qty: 1 | | $200 |
| FAUCET: ASCERI 8" WIDE, <9000/T6515CGPC><br>  Extra    Upgrade<br>Color: GOLD & PEBBLE CREAM | Code: 2017<br>Qty: 1 | | $1,650 |
| MIRROR: STD MIRROR 36" HIGH<br>  Included    Standard<br>Color: < BOTH > | Code: 3012<br>Qty: 2 | | $0 |
| PLUMBING: ASCERI VERTICAL SPA<br>  Extra    Upgrade<br>Color: GOLD & PEBBLE CREAM | Code: 2017<br>Qty: 1 | | $2,220 |

Sellers Initials _____

Design Coordinators Initials _LD_

Page 18 Of 25

Buyer(s) Initials

085160        USA0037

## ISOLA BELLA

### Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**MASTER BATH**

| | | Price |
|---|---|---|
| PLUMBING: STD TOILET<br>Included    Standard<br>Color: BONE | Code: 2019<br>Qty: 1 | $0 |
| PLUMBING: WHIRLPOOL PUMP HOOK UP<br>Included    Upgrade<br>Color: | Code: 2017<br>Qty: 1 | $0 |
| PLUMBING: WHIRLPOOL TUB OPTION<br>Extra    Upgrade<br>Color: CREME | Code: 2017<br>Qty: 1 | $1,800 |
| PLUMBING: WHIRLPOOL TUB: BRASS JET TRIM PACKAGE<br>Extra    Upgrade<br>Color: BRASS | Code: 2017<br>Qty: 1 | $350 |
| SHOWER ENCLOSURE: 3/8 FERGUSON FRAMELESS<br>Extra    Upgrade<br>Color: GOLD <W/CLEAR GLASS> | Code: 3014<br>Qty: 1 | $1,800 |
| SHOWER FLOOR: OPT TILE DESIGN<br>Included    Upgrade<br>Color: 13 x 13 BONE #W3198 | Code: 3008<br>Qty: 1 | $0 |
| SHOWER WALL: OPT TILE DESIGN<br>Included    Upgrade<br>Color: 13 x 18 BONE #W3195 | Code: 3008<br>Qty: 1 | $0 |
| TILE: GROUT COLOR<br>Included    Standard<br>Color: PEARL (988) | Code: 3008<br>Qty: 1 | $0 |
| TILE: MAIN FLOOR TILE DESIGN<br>Included    Upgrade<br>Color: 13 x 13 BONE #W3198 | Code: 3008<br>Qty: 1 | $0 |
| TILE: MAIN FLOOR TILE ON DIAGONAL<br>Included    Upgrade<br>Color: 13 x 13 BONE #W3198 | Code: 3008<br>Qty: 1 | $0 |

Sellers Initials _____

Design Coordinators Initials _LD_

Page 19 Of 25

Buyer(s) Initials _____

**085161**          USA0038



**ISOLA BELLA**  |  **Lot Options Report**  |  9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**MASTER BATH**

| | | |
|---|---|---|
| TILE: OPT "G" TILE DESIGN PKG.<br>　　Extra　　　Upgrade<br>Color: 4 x 13 BONE # W3200 | Code: 3008<br>Qty: 1 | $1,960 |
| VANITY TOP: BULLNOSE MATTE CULTURED MARBLE<br>　　Extra　　　Upgrade<br>Color: CREME | Code: 3002<br>Qty: 1 | $970 |

**MASTER BEDROOM & WIC**

| | | |
|---|---|---|
| CARPET- BAYVIEW STD<br>　　Included　　　Standard<br>Color: SOFT PARCHMENT 04771 | Code: 3010<br>Qty: 1 | $0 |
| ELEC: ADD HI HAT(S) <SEE SKETCH><br>　　Extra　　　Upgrade<br>Color: | Code: 2019<br>Qty: 4 | $440 |
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>　　Extra　　　Upgrade<br>Color: < HI HATS > | Code: 2019<br>Qty: 1 | $50 |

**PATIO**

| | | |
|---|---|---|
| ELEC: ADD FAN/LIGHT OUTLET (3 WIRES)<br>　　Extra　　　Upgrade<br>Color: < SEE SKETCH > | Code: 2019<br>Qty: 2 | $160 |
| ELEC: EXISTING PATIO LIGHT REMAINS<br>　　Included　　　Standard<br>Color: | Code: 2019<br>Qty: 1 | $0 |
| ELEC: EXTERIOR OUTLET, GFI <SEE SKETCH><br>　　Extra　　　Upgrade<br>Color: | Code: 2019<br>Qty: 1 | $100 |
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>　　Extra　　　Upgrade<br>Color: <FOR FAN/LIGHT OUTLETS> | Code: 2019<br>Qty: 2 | $100 |

Sellers Initials _____

Design Coordinators Initials _LD_

Page 20 Of 25

Buyer(s) Initials _____

085162　　　USA0039



**ISOLA BELLA**

## Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|
| Inc/Ext | Std/Upg | Vendor | Price |

**PATIO**

| | | |
|---|---|---|
| PAVERS FOR PATIO UNDER OPT BALCONY<br>    Included    Upgrade<br>Color: CROWNSTONE LG/SM (E-16) | Code: 4001<br>Qty: 1 | $0 |

**POOL**

| | | |
|---|---|---|
| POOL BASE PACKAGE<br>    Extra    Upgrade<br>Color: < UP TO 74 PERIMETER > | Code: 4005<br>Qty: 1 | $16,800 |
| POOL BASE PKG: 4'0" - 5'0" DEPTH<br>    Included    Upgrade<br>Color: | Code: 4005<br>Qty: 1 | $0 |
| POOL BASE PKG: BULLNOSE BRICK COPING<br>    Included    Upgrade<br>Color: P-2 SANDSTONE | Code: 4005<br>Qty: 1 | $0 |
| POOL BASE PKG: FIGURE 4 HANDRAIL (CODE)<br>    Included    Upgrade<br>Color: | Code: 4005<br>Qty: 1 | $0 |
| POOL BASE PKG: GEM FINISH<br>    Included    Upgrade<br>Color: SKY BLUE | Code: 4005<br>Qty: 1 | $0 |
| POOL BASE PKG: STANDARD WATERLINE TILE<br>    Included    Upgrade<br>Color: (NAT'L) HST-344 | Code: 4005<br>Qty: 1 | $0 |
| POOL: 12" RAISED BEAM<br>    Extra    Upgrade<br>Color: | Code: 4005<br>Qty: 1 | $720 |
| POOL: 2 MEDIUM ROMAN LION HEADS<br>    Extra    Upgrade<br>Color: SILVER NICKEL | Code: 4005<br>Qty: 1 | $1,130 |
| POOL: ADD'L ELECTRIC FOR SAM LIGHTS<br>    Extra    Upgrade<br>Color: | Code: 4005<br>Qty: 1 | $440 |

Sellers Initials _____

Design Coordinators Initials _LD_

Page 21 Of 25

Buyer(s) Initials

085163                    USA0040



## ISOLA BELLA

### Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**POOL**

| | | Price |
|---|---|---|
| POOL: ADD'L PERIMETER OVER BASE POOL<br>Extra    Upgrade<br>Color: | Code: 4005<br>Qty: 1 | $3,330 |
| POOL: ADD'L POOL STEPS<br>Extra    Upgrade<br>Color: | Code: 4005<br>Qty: 1 | $780 |
| POOL: BABY BARRIER- PERMIT<br>Included    Upgrade<br>Color: | Code: 4005<br>Qty: 1 | $0 |
| POOL: BLACK BABY BARRIER<br>Extra    Upgrade<br>Color: 52 LN FT OF 4 FT HIGH | Code: 4005<br>Qty: 1 | $900 |
| POOL: CHLORINE DISPENSER<br>Extra    Upgrade<br>Color: | Code: 4005<br>Qty: 1 | $265 |
| POOL: COMPACTION AROUND POOL<br>Extra    Upgrade<br>Color: | Code: 4005<br>Qty: 1 | $500 |
| POOL: COMPLETE BACKFILL W/SAND<br>Extra    Upgrade<br>Color: | Code: 4005<br>Qty: 1 | $1,000 |
| POOL: DECK: 4 x 8 CONCRETE PAD<br>Extra    Upgrade<br>Color: < FOR POOL EQUIPMENT > | Code: 4005<br>Qty: 1 | $100 |
| POOL: DECK: 400 SQ FT PAVERS DECK<br>Extra    Upgrade<br>Color: CROWNSTONE LG/SM (E-16) | Code: 4005<br>Qty: 1 | $2,400 |
| POOL: DECK: 444 ADD'L FT PAVERS DECK<br>Extra    Upgrade<br>Color: CROWNSTONE LG/SM (E-16) | Code: Custom<br>Qty: 1 | $2,664 |

Sellers Initials _____

Design Coordinators Initials _____

Page 22 Of 25

Buyer(s) Initials _____

**085164**        USA0041



**ISOLA BELLA**　　　　　　　| Lot Options Report |　　　　　　　9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |

| Inc/Ext | Std/Upg | Vendor | | Price |

**POOL**

| | Code | Qty | Price |
|---|---|---|---|
| POOL: DOUBLE BRICK & TILE BACK OF WALL<br>　　Extra　　Upgrade<br>Color: | Code: 4005 | Qty: 1 | $696 |
| POOL: ELECTRICAL FOR POOL<br>　　Extra　　Upgrade<br>Color: | Code: 4005 | Qty: 1 | $1,400 |
| POOL: HANDHOLD<br>　　Included　　Upgrade<br>Color: (NAT'L)  HHC-20 | Code: Custom | Qty: 1 | $0 |
| POOL: MUDCAP<br>　　Included　　Upgrade<br>Color: (NAT'L)  HHC-20 | Code: Custom | Qty: 1 | $0 |
| POOL: OVERFLOW LINE TO DRYWELL<br>　　Extra　　Upgrade<br>Color: | Code: 4005 | Qty: 1 | $375 |
| POOL: RAIL: 16 LF ADD'L RAIL<br>　　Extra　　Upgrade<br>Color: | Code: Custom | Qty: 1 | $464 |
| POOL: RAIL: 90 LN FT OF RAIL W/GATE<br>　　Extra　　Upgrade<br>Color: | Code: 4005 | Qty: 1 | $1,900 |
| POOL: STUB OUT FOR FUTURE HEATER<br>　　Extra　　Upgrade<br>Color: | Code: 4005 | Qty: 1 | $225 |
| POOL: THICKEN WALL FOR PLUMBING<br>　　Extra　　Upgrade<br>Color: | Code: 4005 | Qty: 1 | $264 |
| POOL: TILE EDGE OF POOL STEPS<br>　　Extra　　Upgrade<br>Color: | Code: 4005 | Qty: 1 | $707 |

Sellers Initials _____

Design Coordinators Initials _LD_　　　　　　　Page 23 Of 25

Buyer(s) Initials_____

**085165**　　　　USA0042



## ISOLA BELLA

### Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**POOL**

| | Code | Qty | Price |
|---|---|---|---|
| POOL: UPGRADE ELECTRIC FOR FUTURE HEATER<br>Extra    Upgrade<br>Color: | Code: 4005<br>Qty: 1 | | $600 |
| POOL: UPGRADE TO 1HP POOL PUMP<br>Extra    Upgrade<br>Color: | Code: 4005<br>Qty: 1 | | $60 |
| POOL: UPGRADE TO SAM LIGHT<br>Extra    Upgrade<br>Color: | Code: 4005<br>Qty: 1 | | $600 |
| POOL: UPGRADE TO SKY BLUE GEM FINISH<br>Extra    Upgrade<br>Color: | Code: 4005<br>Qty: 1 | | $420 |

**STAIRCASE**

| | | | |
|---|---|---|---|
| CARPET- BAYVIEW STD<br>Included    Standard<br>Color: SOFT PARCHMENT 04771 | Code: 3010<br>Qty: 1 | | $0 |
| STAIRCASE: PAINT<br>Included    Standard<br>Color: | Code: 3007<br>Qty: 1 | | $0 |
| STANDARD STAIRCASE<br>Included    Standard<br>Color: < SIDEMOUNT > | Code: 3004<br>Qty: 1 | | $0 |

**STANDARD AREAS**

| | | | |
|---|---|---|---|
| TILE: EXTRA BOX OF TILE- LEVEL #4<br>Extra    Upgrade<br>Color: MLG4981 | Code: 3008<br>Qty: 1 | | $140 |
| TILE: GROUT COLOR<br>Included    Standard<br>Color: SANDSTONE BEIGE (961) | Code: 3008<br>Qty: 1 | | $0 |

Sellers Initials _____

Design Coordinators Initials _LD_

Page 24 Of 25

Buyer(s) Initials _____

**085166**

USA0043

## ISOLA BELLA

### Lot Options Report

9/29/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Price |
|---|---|---|---|---|

**STANDARD AREAS**

| | | | |
|---|---|---|---|
| TILE: LEVEL #4 Extra    Upgrade Color: MEG4981 | | Code: 3008 Qty: 1 | $4,140 |
| TILE: TILE ON DIAGONAL Extra    Upgrade Color: MEG4981 | | Code: 3008 Qty: 1 | $870 |

Lot Totals:     $109,840

Buyer Signature _____

Date

Co-Buyer Signature _____

Date

Seller Signature _____

Date

Design Coordinator _Linda Dragon_    9-30-03

Date

Page 25 Of 25

**085167**

USA0044

# ISOLA BELLA

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

**AMER. MARBLE**

**BATH #2**

| VANITY TOP: STD CULTURED MARBLE | | Code: 3003 | | | | |
|---|---|---|---|---|---|---|
| Included | Standard | Qty: 1 | $0 | $0 | 0 | Yes |
| Color: CAPPUCCINO | | | | | | |

**BATH #3**

| VANITY TOP: STD CULTURED MARBLE | | Code: 3003 | | | | |
|---|---|---|---|---|---|---|
| Included | Standard | Qty: 1 | $0 | $0 | 0 | Yes |
| Color: CREME | | | | | | |

**BATH #4**

| BANJO OPT: VANITY TOP CULTURED MARBLE | | Code: 3003 | | | | |
|---|---|---|---|---|---|---|
| Extra | Upgrade | Qty: 1 | $75 | $180 | 58 | Yes |
| Color: CAPPUCCINO | | | | | | |

**MASTER BATH**

| PLUMBING: WHIRLPOOL TUB OPTION | | Code: 2017 | | | | |
|---|---|---|---|---|---|---|
| Extra | Upgrade | Qty: 1 | $650 | $1,800 | 64 | Yes |
| Color: CREME | | | | | | |

| PLUMBING: WHIRLPOOL TUB: BRASS JET TRIM PACKAGE | | Code: 2017 | | | | |
|---|---|---|---|---|---|---|
| Extra | Upgrade | Qty: 1 | $205 | $350 | 41 | Yes |
| Color: BRASS | | | | | | |

| VANITY TOP: BULLNOSE MATTE CULTURED MARBLE | | Code: 3002 | | | | |
|---|---|---|---|---|---|---|
| Extra | Upgrade | Qty: 1 | $420 | $970 | 57 | Yes |
| Color: CREME | | | | | | |

**ANSCA HOMES**

### GENERAL INFORMATION

| PERMIT REVISION FEE | | Code: 1008 | | | | |
|---|---|---|---|---|---|---|
| Extra | Upgrade | Qty: 1 | $0 *200* | $750 | 100 | Yes |
| Color: | | | | | | |

### MASTER BATH

Sellers Initials _____

Design Coordinators Initials _____

Page 1 Of 31

Buyer(s) Initials _____

_____

**085168**        USA0045



## ISOLA BELLA

### Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

**ANSCA HOMES**

**MASTER BATH**

| ACCESS PANEL FOR WHIRLPOOL | | Code: | | | | |
|---|---|---|---|---|---|---|
| Included | Upgrade | Qty: 1 | $75 | $0 | 0 | Yes |
| Color: | | | | | | |

**APEX**

**BATH #2**

| MIRROR: STANDARD 36" HIGH | | Code: 3012 | | | | |
|---|---|---|---|---|---|---|
| Included | Standard | Qty: 1 | $0 | $0 | 0 | Yes |
| Color: | | | | | | |

**BATH #3**

| MIRROR: STANDARD 36" HIGH | | Code: 3012 | | | | |
|---|---|---|---|---|---|---|
| Included | Standard | Qty: 1 | $0 | $0 | 0 | Yes |
| Color: | | | | | | |

**BATH #4**

| BANJO OPT: EXTEND MIRROR 36" OVER BANJO | | Code: 3015 | | | | |
|---|---|---|---|---|---|---|
| Extra | Upgrade | Qty: 1 | $53 | $100 | 47 | Yes |
| Color: | | | | | | |

**KITCHEN**

| WIRE SHELVES: DELETE PANTRY SHELVES <15 LN FT> | | Code: 3015 | | | | |
|---|---|---|---|---|---|---|
| Included | Standard | Qty: 1 | -$34 | $0 | 0 | Yes |
| Color: | | | | | | |

**MASTER BATH**

| MIRROR: STD MIRROR 36" HIGH | | Code: 3012 | | | | |
|---|---|---|---|---|---|---|
| Included | Standard | Qty: 2 | $0 | $0 | 0 | Yes |
| Color: < BOTH > | | | | | | |

| SHOWER ENCLOSURE: 3/8 FERGUSON FRAMELESS | | Code: 3014 | | | | |
|---|---|---|---|---|---|---|
| Extra | Upgrade | Qty: 1 | $1,200 | $1,800 | 33 | Yes |
| Color: GOLD <W/CLEAR GLASS> | | | | | | |

Sellers Initials _____

Buyer(s) Initials _____

Design Coordinators Initials _____

Page 2 Of 31

**085169**

USA0046

## ISOLA BELLA

### Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

**BARCO**

**GARAGE**

| DRYWALL: ENLARGE OPENING FOR ATTIC STAIRS | | Code: 3001 | | | | | |
|---|---|---|---|---|---|---|---|
| Included | Upgrade | Qty: 1 | | $0 | $0 | 0 | Yes |
| Color: | | | | | | | |

**KITCHEN**

| DRYWALL: DELETE DRYWALL PANTRY | | Code: 3001 | | | | | |
|---|---|---|---|---|---|---|---|
| Included | Standard | Qty: 1 | | $0 | $0 | 0 | Yes |
| Color: | | | | | | | |

**LAUNDRY ROOM**

| DRYWALL: BACKING FOR 30" CAB. | | Code: 3001 | | | | | |
|---|---|---|---|---|---|---|---|
| Included | Standard | Qty: 1 | | $0 | $0 | 0 | Yes |
| Color: UPPER & LOWER CABINETS | | | | | | | |

**MASTER BATH**

| DRYWALL: ROUGH OPENING FOR POCKET DOOR | | Code: Custom | | | | | |
|---|---|---|---|---|---|---|---|
| Included | Standard | Qty: 1 | | $0 | $0 | 0 | Yes |
| Color: < 2'8" x 6'8" > | | | | | | | |

**BUCHANAN**

**POOL**

| POOL: RAIL: 16 LF ADD'L RAIL | | Code: Custom | | | | | |
|---|---|---|---|---|---|---|---|
| Extra | Upgrade | Qty: 1 | | $0 _336_ | $464 | 100 | Yes |
| Color: | | | | | | | |

| POOL: RAIL: 90 LN FT OF RAIL W/GATE | | Code: 4005 | | | | | |
|---|---|---|---|---|---|---|---|
| Extra | Upgrade | Qty: 1 | | $0 _1840_ | $1,900 | 100 | Yes |
| Color: | | | | | | | |

**C PAVER**

**PATIO**

**085170**

Sellers Initials _____

Design Coordinators Initials _____

Page 3 Of 31

Buyer(s) Initials _____

USA0047



## ISOLA BELLA

### Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

**CLASSIC PAVER**

**PATIO**

| PAVERS FOR PATIO UNDER OPT BALCONY | Code: 4001 | | | | |
|---|---|---|---|---|---|
| Included    Upgrade | Qty: 1 | $290 | $0 | 0 | Yes |
| Color: CROWNSTONE LG/SM (E-16) | | | | | |

**POOL**

| POOL: DECK: 400 SQ FT PAVERS DECK | 3320-1503 ? | Code: 4005 | | | | |
|---|---|---|---|---|---|---|
| Extra    Upgrade | | Qty: 1 | $0  1232 | $2,400 | 100 | Yes |
| Color: CROWNSTONE LG/SM (E-16) | | | | | | |

| POOL: DECK: 444 ADD'L FT PAVERS DECK | Code: Custom | | | | |
|---|---|---|---|---|---|
| Extra    Upgrade | Qty: 1 | $0  1332 | $2,664 | 100 | Yes |
| Color: CROWNSTONE LG/SM (E-16) | | | | | |

**COBRA**

**POOL**

| POOL: DECK: 4 x 8 CONCRETE PAD | Code: 4005 | | | | |
|---|---|---|---|---|---|
| Extra    Upgrade | Qty: 1 | $77 | $100 | 23 | Yes |
| Color: < FOR POOL EQUIPMENT > | | | | | |

**COLEMAN**

**1ST FLOOR HALL/STORAGE**

| TILE: GROUT COLOR | Code: 3008 | | | | |
|---|---|---|---|---|---|
| Included    Standard | Qty: 1 | $0 | $0 | 0 | Yes |
| Color: SANDSTONE BEIGE (961) | | | | | |

| TILE: LEVEL #4 | Code: 3008 | | | | |
|---|---|---|---|---|---|
| Extra    Upgrade | Qty: 1 | $226 | $1,180 | 81 | Yes |
| Color: MEG4981 | | | | | |

| TILE: TILE ON DIAGONAL | Code: 3008 | | | | |
|---|---|---|---|---|---|
| Extra    Upgrade | Qty: 1 | $97 | $160 | 39 | Yes |
| Color: MEG4981 | | | | | |

**BALCONY**

**085171**

Sellers Initials _____

Design Coordinators Initials _____

Page 4 Of 31

Buyer(s) Initials _____

USA0048



## ISOLA BELLA

### Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

**COLEMAN**

**BALCONY**

| STD TILE | | Code: 3008 | | | | | |
|---|---|---|---|---|---|---|---|
| Included | Upgrade | Qty: 1 | | $1,404 | $0 | 0 | Yes |
| Color: 12 x 12 EGYPTIAN BEIGE CS50 <CONTINENTAL SLATE> | | | | | | | |

| TILE: GROUT COLOR | | Code: 3008 | | | | | |
|---|---|---|---|---|---|---|---|
| Included | Standard | Qty: 1 | | $0 | $0 | 0 | Yes |
| Color: SANDSTONE BEIGE (961) | | | | | | | |

**BATH #2**

| BATH ACC: SOAP DISH REMAINS | | Code: 3004 | | | | | |
|---|---|---|---|---|---|---|---|
| Included | Standard | Qty: 1 | | $0 | $0 | 0 | Yes |
| Color: | | | | | | | |

| BATH ACCES: DELETE TOILET PAPER HOLDER | | Code: 3004 | | | | | |
|---|---|---|---|---|---|---|---|
| Included | Standard | Qty: 1 | | $0 | $0 | 0 | Yes |
| Color: | | | | | | | |

| BATH ACCES: DELETE TUB TOWEL BAR | | Code: 3004 | | | | | |
|---|---|---|---|---|---|---|---|
| Included | Standard | Qty: 1 | | $0 | $0 | 0 | Yes |
| Color: | | | | | | | |

| BATH ACCES: DELETE WALL TOWEL BAR | | Code: 3004 | | | | | |
|---|---|---|---|---|---|---|---|
| Included | Standard | Qty: 1 | | $0 | $0 | 0 | Yes |
| Color: | | | | | | | |

| TILE: BATH TUB WALL: OPT TILE DESIGN | | Code: 3008 | | | | | |
|---|---|---|---|---|---|---|---|
| Included | Upgrade | Qty: 1 | | $0 | $0 | 0 | Yes |
| Color: SANCTUARY - 11 x 14 IVORY #W1470 | | | | | | | |

| TILE: GROUT COLOR | | Code: 3008 | | | | | |
|---|---|---|---|---|---|---|---|
| Included | Standard | Qty: 1 | | $0 | $0 | 0 | Yes |
| Color: PEARL (988) | | | | | | | |

| TILE: LEVEL #1 | | Code: 3008 | | | | | |
|---|---|---|---|---|---|---|---|
| Extra | Upgrade | Qty: 1 | | $19 | $40 | 53 | Yes |
| Color: BELLINI W3074 | | | | | | | |

**085172**

Sellers Initials _____

Design Coordinators Initials _____

Page 5 Of 31

Buyer(s) Initials _____

USA0049



## ISOLA BELLA

| **Lot Options Report** | | 10/16/2003 |

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name , | Lot Address: |

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |

COLEMAN

**BATH #2**

| | Code/Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|
| TILE: OPT "C" TILE DESIGN PKG.<br>    Included    Standard<br>Color: LISTELLO - 3.5 x 11  #W1486 | Code: 3008<br>Qty: 1 | $675 | $975 | 31 | Yes |
| TILE: OPT. TILE DESIGN PACKAGE<br>    Included    Upgrade<br>Color: DECO-11x14 #W1337 <3x3 HONEY VERDE #W1494 INSERT> | Code: 3008<br>Qty: 1 | $0 | $0 | 0 | Yes |
| TILE: TILE ON DIAGONAL<br>    Extra    Upgrade<br>Color: BELLINI W3074 | Code: 3008<br>Qty: 1 | $26 | $60 | 57 | Yes |

**BATH #3**

| | Code/Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|
| BATH ACC: DELETE TP HOLDER<br>    Included    Standard<br>Color: | Code: 3004<br>Qty: 1 | $0 | $0 | 0 | Yes |
| BATH ACC: DELETE TUB TOWEL BAR<br>    Included    Standard<br>Color: | Code: 3004<br>Qty: 1 | $0 | $0 | 0 | Yes |
| BATH ACC: DELETE WALL TOWEL BAR<br>    Included    Standard<br>Color: | Code: 3004<br>Qty: 1 | $0 | $0 | 0 | Yes |
| BATH ACC: SOAP DISH REMAINS<br>    Included    Standard<br>Color: | Code: 3004<br>Qty: 1 | $0 | $0 | 0 | Yes |
| TILE: BATH TUB WALL: OPT TILE DESIGN<br>    Included    Upgrade<br>Color: BARBADOS - 10 x 13 BEIGE #W2242 | Code: 3008<br>Qty: 1 | $0 | $0 | 0 | Yes |
| TILE: GROUT COLOR<br>    Included    Standard<br>Color: LIGHT SMOKE (915) | Code: 3008<br>Qty: 1 | $0 | $0 | 0 | Yes |

**085173**

Sellers Initials _____

Design Coordinators Initials _____

Page 6 Of 31

Buyer(s) Initials _____

USA0050

# ISOLA BELLA

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | | Lot Address: | | |
|---|---|---|---|---|---|---|
| Inc/Ext | Std/Upg | Vendor | Cost | Price | GM% | Cash |

COLEMAN

### BATH #3

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| TILE: LEVEL #1<br>Extra    Upgrade<br>Color: BELLINI #W3077 | Code: 3008<br>Qty: 1 | | $25 | $50 | 50 | Yes |
| TILE: OPT "D" TILE DESIGN PKG<br>Extra    Upgrade<br>Color: LISTELLO - 4 x 10 WHITE/BEIGE #W2247 | Code: 3008<br>Qty: 1 | | $615 | $1,055 | 42 | Yes |
| TILE: TILE ON DIAGONAL<br>Extra    Upgrade<br>Color: BELLINI #W3077 | Code: 3008<br>Qty: 1 | | $35 | $70 | 50 | Yes |

### BATH #4

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| BATH ACC: DELETE TP HOLDER<br>Included    Standard<br>Color: | Code: 3004<br>Qty: 1 | | $0 | $0 | 0 | Yes |
| BATH ACC: DELETE TUB TOWEL BAR<br>Included    Standard<br>Color: | Code: 3004<br>Qty: 1 | | $0 | $0 | 0 | Yes |
| BATH ACC: DELETE WALL TOWEL BAR<br>Included    Standard<br>Color: | Code: 3004<br>Qty: 1 | | $0 | $0 | 0 | Yes |
| BATH ACC: SOAP DISH REMAINS<br>Included    Standard<br>Color: | Code: 3004<br>Qty: 1 | | $0 | $0 | 0 | Yes |
| TILE: BATH TUB WALL: OPT TILE DESIGN<br>Included    Upgrade<br>Color: CHATEAU II - 12 x 14 #W4086A | Code: 3008<br>Qty: 1 | | $0 | $0 | 0 | Yes |
| TILE: GROUT COLOR<br>Included    Standard<br>Color: SANDSTONE BEIGE (961) | Code: 3008<br>Qty: 1 | | $0 | $0 | 0 | Yes |

**085174**

Buyer(s) Initials _____

Sellers Initials _____

Design Coordinators Initials _____

Page 7 Of 31

USA0051



# ISOLA BELLA

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

COLEMAN

**BATH #4**

| | Code | Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| TILE: LEVEL #4<br>Extra    Upgrade<br>Color: MEG4981 | Code: 3008 | Qty: 1 | $97 | $160 | 39 | Yes |
| TILE: OPT "D" TILE DESIGN PKG<br>Extra    Upgrade<br>Color: LISTELLO - 3 x 12 WHITE/BONE #W4093A | Code: 3008 | Qty: 1 | $615 | $1,055 | 42 | Yes |
| TILE: TILE ON DIAGONAL<br>Extra    Upgrade<br>Color: MEG4981 | Code: 3008 | Qty: 1 | $38 | $70 | 46 | Yes |

**BEDROOM #2 & CLO**

| CARPET- BAYVIEW STD<br>Included    Standard<br>Color: SOFT PARCHMENT 04771 | Code: 3010 | Qty: 1 | $0 | $0 | 0 | Yes |
|---|---|---|---|---|---|---|

**BEDROOM #3 & CLO**

| CARPET- BAYVIEW STD<br>Included    Standard<br>Color: SOFT PARCHMENT 04771 | Code: 3010 | Qty: 1 | $0 | $0 | 0 | Yes |
|---|---|---|---|---|---|---|

**BEDROOM #4 & CLO**

| CARPET- BAYVIEW STD<br>Included    Standard<br>Color: SOFT PARCHMENT 04771 | Code: 3010 | Qty: 1 | $0 | $0 | 0 | Yes |
|---|---|---|---|---|---|---|

**BEDROOM #5 & CLO**

| CARPET- BAYVIEW STD<br>Included    Standard<br>Color: SOFT PARCHMENT 04771 | Code: 3010 | Qty: 1 | $0 | $0 | 0 | Yes |
|---|---|---|---|---|---|---|

**DINING ROOM**

085175

Sellers Initials _____

Design Coordinators Initials _____

Buyer(s) Initials _____

USA0052



## ISOLA BELLA

### Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | | Lot Address: | | |
|---|---|---|---|---|---|---|
| Inc/Ext | Std/Upg | Vendor | Cost | Price | GM% | Cash |

COLEMAN

**DINING ROOM**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| TILE: GROUT COLOR Included Standard Color: SANDSTONE BEIGE (961) | Code: 3008 Qty: 1 | | $0 | $0 | 0 | Yes |
| TILE: LEVEL #4 Extra Upgrade Color: MEG4981 | Code: 3008 Qty: 1 | | $285 | $1,480 *810* | 81 | Yes |
| TILE: TILE ON DIAGONAL Extra Upgrade Color: MEG4981 | Code: 3008 Qty: 1 | | $122 | $200 | 39 | Yes |

**FAMILY ROOM**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| TILE: GROUT COLOR Included Standard Color: SANDSTONE BEIGE (961) | Code: 3008 Qty: 1 | | $0 | $0 | 0 | Yes |
| TILE: LEVEL #4 Extra Upgrade Color: MEG4981 | Code: 3008 Qty: 1 | | $520 | $2,700 *162* | 81 | Yes |
| TILE: TILE ON DIAGONAL Extra Upgrade Color: MEG4981 | Code: 3008 Qty: 1 | | $223 | $360 | 38 | Yes |

**FOYER**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| TILE: OPT TILE DESIGN Extra Upgrade Color: 4" BAND OF MADURIA GOLD LIGHT <SEE SKETCH> | Code: Custom Qty: 1 | | $0 *750* | $1,125 | 100 | Yes |

**LIVING ROOM**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| TILE: GROUT COLOR Included Standard Color: SANDSTONE BEIGE (961) | Code: 3008 Qty: 1 | | $0 | $0 | 0 | Yes |

085176

Sellers Initials _____

Design Coordinators Initials _____

Page 9 Of 31

Buyer(s) Initials _____

USA0053



**ISOLA BELLA**  | **Lot Options Report** | 10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.  Co-Buyers Name: , | Lot Address: |

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |

COLEMAN

**LIVING ROOM**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| TILE: LEVEL #4  Extra    Upgrade  Color: MEG4981 | Code: 3008  Qty: 1 | | $478 | $2,480  1510 | 81 | Yes |
| TILE: TILE ON DIAGONAL  Extra    Upgrade  Color: MEG4981 | Code: 3008  Qty: 1 | | $205 | $330 | 38 | Yes |

**LOFT/UPPER HALL**

| CARPET- BAYVIEW STD  Included    Standard  Color: SOFT PARCHMENT 04771 | Code: 3010  Qty: 1 | | $0 | $0 | 0 | Yes |

**MASTER BATH**

| BATH ACCES: DELETE SHOWER TOWEL BAR  Included    Standard  Color: | Code: 3004  Qty: 1 | | $0 | $0 | 0 | Yes |
| BATH ACCES: DELETE TOILET PAPER HOLDER  Included    Standard  Color: | Code: 3004  Qty: 1 | | $0 | $0 | 0 | Yes |
| BATH ACCES: DELETE WALL TOWEL BAR  Included    Standard  Color: | Code: 3004  Qty: 1 | | $0 | $0 | 0 | Yes |
| BATH ACCES: SOAP DISH REMAINS  Included    Standard  Color: | Code: 3004  Qty: 1 | | $0 | $0 | 0 | Yes |
| SHOWER FLOOR: OPT TILE DESIGN  Included    Upgrade  Color: 13 x 13 BONE #W3198 | Code: 3008  Qty: 1 | | $0 | $0 | 0 | Yes |
| SHOWER WALL: OPT TILE DESIGN  Included    Upgrade  Color: 13 x 18 BONE #W3195 | Code: 3008  Qty: 1 | | $0 | $0 | 0 | Yes |

Sellers Initials _____

Design Coordinators Initials _____

Buyer(s) Initials _____

Page 10 Of 31

085177

USA0054



# ISOLA BELLA

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

**COLEMAN**

### MASTER BATH

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| TILE: GROUT COLOR<br>    Included        Standard<br>Color: PEARL (988) | Code: 3008<br>Qty: 1 | | $0 | $0 | 0 | Yes |
| TILE: MAIN FLOOR TILE DESIGN<br>    Included        Upgrade<br>Color: 13 x 13 BONE #W3198 | Code: 3008<br>Qty: 1 | | $0 | $0 | 0 | Yes |
| TILE: MAIN FLOOR TILE ON DIAGONAL<br>    Included        Upgrade<br>Color: 13 x 13 BONE #W3198 | Code: 3008<br>Qty: 1 | | $0 | $0 | 0 | Yes |
| TILE: OPT "G" TILE DESIGN PKG.<br>    Extra        Upgrade<br>Color: 4 x 13 BONE #W3200 | Code: 3008<br>Qty: 1 | | $1,301 | $1,960 | 34 | Yes |

### MASTER BEDROOM & WIC

| CARPET- BAYVIEW STD<br>    Included        Standard<br>Color: SOFT PARCHMENT 04771 | Code: 3010<br>Qty: 1 | | $0 | $0 | 0 | Yes |
|---|---|---|---|---|---|---|

### STAIRCASE

| CARPET- BAYVIEW STD<br>    Included        Standard<br>Color: SOFT PARCHMENT 04771 | Code: 3010<br>Qty: 1 | | $0 | $0 | 0 | Yes |
|---|---|---|---|---|---|---|

### STANDARD AREAS

| TILE: EXTRA BOX OF TILE- LEVEL #4<br>    Extra        Upgrade<br>Color: MEG4981 | Code: 3008<br>Qty: 1 | | $77 | $140 | 45 | Yes |
|---|---|---|---|---|---|---|
| TILE: GROUT COLOR<br>    Included        Standard<br>Color: SANDSTONE BEIGE (961) | Code: 3008<br>Qty: 1 | | $0 | $0 | 0 | Yes |

**085178**

Sellers Initials _____

Design Coordinators Initials _____

Page 11 Of 31

Buyer(s) Initials _____

USA0055



## ISOLA BELLA

### Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.  Co-Buyers Name: , | Lot Address: | | | |
|---|---|---|---|---|---|---|
| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |

COLEMAN

**STANDARD AREAS**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| TILE: LEVEL #4  Extra   Upgrade  Color: MEG4981 | Code: 3008  Qty: 1 | | $891 | $4,140 | 78 | Yes |
| TILE: TILE ON DIAGONAL  Extra   Upgrade  Color: MEG4981 | Code: 3008  Qty: 1 | | $352 | $870 | 60 | Yes |

**GENERAL ELECTRIC**

**KITCHEN**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| APPLIANCES: COOKTOP 30" (JP930KCCC)  Extra   Upgrade  Color: TRUE BISQUE | Code: 3011  Qty: 1 | 375 | -$25 | $670 | 104 | Yes |
| APPLIANCES: DISHWASHER (PDW7700GCC)  Extra   Upgrade  Color: BISQUE | Code: 3011  Qty: 1 | | $236 | $370 | 36 | Yes |
| APPLIANCES: MICROWAVE (JVM1631CDCC)  Included   Standard  Color: BISQUE | Code: 3011  Qty: 1 | | $0 | $0 | 0 | Yes |
| APPLIANCES: REFRIGERATOR (GSS25WGMCC)  Included   Standard  Color: BISQUE | Code: 3011  Qty: 1 | | $0 | $0 | 0 | Yes |
| APPLIANCES: WALL OVEN, 30" SGL CONV (JTP20CFCC)  Extra   Upgrade  Color: BISQUE | Code: 3011  Qty: 1 | | $578 | $310 | -86 | Yes |

**LAUNDRY ROOM**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| APPLIANCES: DRYER (DBXR463EBCC)  Included   Standard  Color: BISQUE | Code: 3011  Qty: 1 | | $0 | $0 | 0 | Yes |

**085179**

Sellers Initials _____

Design Coordinators Initials _____

Page 12 Of 31

Buyer(s) Initials _____

USA0056

## ISOLA BELLA

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

**GENERAL ELECTRIC**

**LAUNDRY ROOM**

| | | | | | |
|---|---|---|---|---|---|
| APPLIANCES: WASHER (WCSE4160BCC) Included    Standard Color: BISQUE | Code: 3011 Qty: 1 | $0 | $0 | 0 | Yes |

**GENERAL STAIRS**

**STAIRCASE**

| STANDARD STAIRCASE Included    Standard Color: < SIDEMOUNT > | Code: 3004 Qty: 1 | $0 | $0 | 0 | Yes |

**GOLD COAST HURRICANE**

**BALCONY**

| HURRICANE SHUTTERS FOR EXT FRENCH DOOR Included    Upgrade Color: < 65-1/2" x 97-1/4" > | Code: 2013 Qty: 1 | $75 | $0 | 0 | Yes |

**GENERAL INFORMATION**

| HURRICANE SHUTTERS: STANDARD Included    Standard Color: | Code: 2013 Qty: 1 | $0 | $0 | 0 | Yes |

**GRIFFIN WILSON**

**BALCONY**

| STUCCO Included    Upgrade Color: | Code: 2014 Qty: 1 | $725 | $0 | 0 | Yes |

**K.C. BOXBLADE**

**POOL**

085180

Sellers Initials _____

Design Coordinators Initials _____

Buyer(s) Initials _____

USA0057



# ISOLA BELLA

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | | Lot Address: | | |
|---|---|---|---|---|---|---|
| Inc/Ext | Std/Upg | Vendor | Cost | Price | GM% | Cash |

**C.C. BOXBLADE**

**POOL**

| POOL: COMPACTION AROUND POOL | Code: 4005 | | | | | |
|---|---|---|---|---|---|---|
| Extra    Upgrade | Qty: 1 | | $0 | $500 | 100 | Yes |
| Color: | | | | | | |

| POOL: COMPLETE BACKFILL W/SAND | Code: 4005 | | | | | |
|---|---|---|---|---|---|---|
| Extra    Upgrade | Qty: 1 | | $500 | $1,000 | 50 | Yes |
| Color: | | | | | | |

**LAWSON INDUSTRIES**

**BALCONY**

| DOOR: REPLACE 24SH WINDOW W/ EXT FRENCH DOOR | Code: 3004 | | | | | |
|---|---|---|---|---|---|---|
| Included    Upgrade | Qty: 1 | | $759 | $0 | 0 | Yes |
| Color: OPENING FOR (2) 2'6" x 8'0" | | | | | | |

**MARBLE CRAFT**

**KITCHEN**

| COUNTER TOP: CUT/POLISH-UNDERMOUNT CAST IRON SINK | Code: 3003 | | | | | |
|---|---|---|---|---|---|---|
| Extra    Upgrade | Qty: 1   *350* | $250 | $400 | 38 | Yes |
| Color: | | | | | | |

| COUNTER TOP: GRANITE BUMP OUT | Code: 3003 | | | | | |
|---|---|---|---|---|---|---|
| Extra    Upgrade | Qty: 1 | | $300 | $400 | 25 | Yes |
| Color: | | | | | | |

| COUNTER TOP: GRANITE SLAB 6" SPL (LEVEL 1) | Code: 3003 | | | | | |
|---|---|---|---|---|---|---|
| Included    Upgrade | Qty: 1   *3/00* | $2,294 | $0 *PROMO* | 0 | Yes |
| Color: SANTA CECILIA <BULLNOSE EDGE> | | | | | | |

**MELCO ELECTRIC**

**BALCONY**

| ELEC: ADD FAN/LIGHT OUTLET (3 WIRES) | Code: 2019 | | | | | |
|---|---|---|---|---|---|---|
| Extra    Upgrade | Qty: 1 | | $40 | $80 | 50 | Yes |
| Color: < SEE SKETCH > | | | | | | |

Sellers Initials _____

Design Coordinators Initials _____

Buyer(s) Initials _____

Page 14 Of 31

**085181**

USA0058



# ISOLA BELLA

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

**MELCO ELECTRIC**

**BALCONY**

| | Code | Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| ELEC: EXTERIOR GFI OUTLET <SEE SKETCH> <br> Included     Upgrade <br> Color: | Code: 2019 | Qty: 1 | $50 | $0 | 0 | Yes |
| ELEC: EXTERIOR GLOBE LIGHT <SEE SKETCH> <br> Included     Upgrade <br> Color: W/SWITCH | Code: 2019 | Qty: 1 | $0 | $0 | 0 | Yes |
| ELEC: SEPARATE SWITCH <SEE SKETCH> <br> Extra     Upgrade <br> Color: < FOR FAN/LIGHT OUTLET > | Code: 2019 | Qty: 1 | $30 | $50 | 40 | Yes |

**BATH #2**

| | Code | Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| ELEC: KEEP STD LIGHT STRIP <br> Included     Standard <br> Color: < PLACE 86" FROM FLOOR > | Code: 2019 | Qty: 1 | $0 | $0 | 0 | Yes |
| ELEC: SEPARATE SWITCH <SEE SKETCH> <br> Extra     Upgrade <br> Color: <EXHAUST FAN> | Code: 2019 | Qty: 1 | $30 | $50 | 40 | Yes |

**BATH #3**

| | Code | Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| ELEC: KEEP STD LIGHT STRIP <br> Included     Standard <br> Color: < PLACE 86" FROM FLOOR > | Code: 2019 | Qty: 1 | $0 | $0 | 0 | Yes |
| ELEC: SEPARATE SWITCH <SEE SKETCH> <br> Extra     Upgrade <br> Color: <EXHAUST FAN> | Code: 2019 | Qty: 1 | $30 | $50 | 40 | Yes |

**BATH #4**

| | Code | Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| ELEC: LIGHT STRIP TO BE 4' CENTERED OVER BANJO <br> Extra     Upgrade <br> Color: < PLACE 86" FROM FLOOR > | Code: 2019 | Qty: 1 | $8 | $100 | 92 | Yes |

**085182**

Sellers Initials _____

Design Coordinators Initials _____

Page 15 Of 31

Buyer(s) Initials _____

USA0059



## ISOLA BELLA

### Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | | Lot Address: | | |
|---|---|---|---|---|---|---|
| Inc/Ext | Std/Upg | Vendor | Cost | Price | GM% | Cash |

**MELCO ELECTRIC**

**BATH #4**

| | Code: 2019 | | | | |
|---|---|---|---|---|---|
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>    Extra        Upgrade<br>Color: <EXHAUST FAN> | Code: 2019<br>Qty: 1 | $0 / 30 | $50 | 100 | Yes |

**BEDROOM #2 & CLO**

| ELEC: ADD HI HAT(S) <SEE SKETCH><br>    Extra        Upgrade<br>Color: | Code: 2019<br>Qty: 2 | $100 | $220 | 55 | Yes |
|---|---|---|---|---|---|
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>    Extra        Upgrade<br>Color: <HI HATS> | Code: 2019<br>Qty: 1 | $30 | $50 | 40 | Yes |

**BEDROOM #3 & CLO**

| ELEC: ADD HI HAT (S) <SEE SKETCH><br>    Extra        Upgrade<br>Color: | Code: 2019<br>Qty: 1 | $50 | $110 | 55 | Yes |
|---|---|---|---|---|---|
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>    Extra        Upgrade<br>Color: < HI HAT > | Code: 2019<br>Qty: 1 | $30 | $50 | 40 | Yes |

**BEDROOM #4 & CLO**

| ELEC: ADD HI HAT(S) <SEE SKETCH><br>    Extra        Upgrade<br>Color: | Code: 2019<br>Qty: 2 | $100 | $220 | 55 | Yes |
|---|---|---|---|---|---|
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>    Extra        Upgrade<br>Color: < HI HATS > | Code: 2019<br>Qty: 1 | $30 | $50 | 40 | Yes |

**BEDROOM #5 & CLO**

| ELEC: ADD HI HAT(S) <SEE SKETCH><br>    Extra        Upgrade<br>Color: | Code: 2019<br>Qty: 4 | $200 | $440 | 55 | Yes |
|---|---|---|---|---|---|

Sellers Initials _____

Design Coordinators Initials _____

Page 16 Of 31

**085183**

Buyer(s) Initials _____

USA0060



**LA BELLA**    **Lot Options Report**    10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

**MELCO ELECTRIC**

**BEDROOM #5 & CLO**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| ELEC: RELOCATE 1/2 HOT OUTLET <SEE SKETCH>  Extra  Upgrade  Color: | Code: 2019  Qty: 1 | | $0 | $50 | 100 | Yes |
| ELEC: SEPARATE SWITCH <SEE SKETCH>  Extra  Upgrade  Color: < HI HATS > | Code: 2019  Qty: 1 | | $30 | $50 | 40 | Yes |

**BREAKFAST AREA**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| ELEC: SEE LIGHT LOCATION <SEE SKETCH>  Included  Standard  Color: | Code: 2019  Qty: 1 | | $0 | $0 | 0 | Yes |

**DINING ROOM**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| ELEC: 2 X 4 SUPPORT FOR "J" BOX  Included  Standard  Color: <SEE LIGHT LOCATION> | Code: 2019  Qty: 1 | | $0 | $0 | 0 | Yes |
| ELEC: ADD WALL SCONCE "J" BOXES <SEE SKETCH>  Extra  Upgrade  Color: < SEE SKETCH > | Code: 2019  Qty: 2 | | $40 | $180 | 78 | Yes |
| ELEC: SEPARATE SWITCH <SEE SKETCH>  Extra  Upgrade  Color: <WALL SCONCE "J" BOXES> | Code: 2019  Qty: 1 | | $30 | $50 | 40 | Yes |

**FAMILY ROOM**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| ELEC: ADD HI HAT(S) <SEE SKETCH>  Extra  Upgrade  Color: | Code: 2019  Qty: 2 | | $100 | $220 | 55 | Yes |
| ELEC: SEPARATE SWITCH <SEE SKETCH>  Extra  Upgrade  Color: < HI HATS > | Code: 2019  Qty: 1 | | $30 | $50 | 40 | Yes |

**GARAGE**

**085184**

Sellers Initials _____

Design Coordinators Initials _____

Buyer(s) Initials _____

USA0061

# ISOLA BELLA

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|



| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

**MELCO ELECTRIC**

**GARAGE**

| ELEC: INTERIOR OUTLET GFI <SEE SKETCH><br>Extra    Upgrade<br>Color: | Code: 2019<br>Qty: 2 | $80 | $190 | 58 | Yes |
|---|---|---|---|---|---|

**KITCHEN**

| ELEC: COOK TOP OUTLET <SEE SKETCH><br>Extra    Upgrade<br>Color: | Code: 2019<br>Qty: 1 | $100 | $225 | 56 | Yes |
|---|---|---|---|---|---|
| ELEC: UNDER CABINET LIGHT<br>Extra    Upgrade<br>Color: W/SWITCH | Code: 2019<br>Qty: 1 | $274 | $550 | 50 | Yes |

**LIVING ROOM**

| ELEC: ADD HI HATS(S) <SEE SKETCH><br>Extra    Upgrade<br>Color: | Code: 2019<br>Qty: 4 | $200 | $440 | 55 | Yes |
|---|---|---|---|---|---|
| ELEC: DIMMER SWITCH (600 WATT)<br>Extra    Upgrade<br>Color: < HI HATS > | Code: 2019<br>Qty: 1 | $35 | $65 | 46 | Yes |
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>Extra    Upgrade<br>Color: < HI HATS > | Code: 2019<br>Qty: 1 | $30 | $50 | 40 | Yes |

**LOFT/UPPER HALL**

| ELEC: ADD HI HAT(S) <SEE SKETCH><br>Extra    Upgrade<br>Color: <ON EXISTING SWITCH> | Code: 2019<br>Qty: 2 | $100 | $220 | 55 | Yes |
|---|---|---|---|---|---|

**MASTER BATH**

| ELEC: ADD OUTLET FOR EXHAUST FAN<br>Extra    Upgrade<br>Color: < IN W/C ><SEE SKETCH> | Code: 2019<br>Qty: 1 | $30 | $50 | 40 | Yes |
|---|---|---|---|---|---|

Sellers Initials _____

Design Coordinators Initials _____

Buyer(s) Initials _____

Page 18 Of 31

**085185**

USA0062

# ISOLA BELLA

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

**MELCO ELECTRIC**

**MASTER BATH**

| ELEC: KEEP STD LIGHT STRIP<br>    Included    Standard<br>Color: <BOTH><PLACE 86" FROM FLOOR> | Code: 2019<br>Qty: 2 | $0 | $0 | 0 | Yes |
|---|---|---|---|---|---|
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>    Extra    Upgrade<br>Color: <FOR ADDED EXHAUST FAN> | Code: 2019<br>Qty: 1 | $30 | $50 | 40 | Yes |
| ELEC: WHIRLPOOL TUB: ELECTRICAL HOOK UP<br>    Extra    Upgrade<br>Color: | Code: 2019<br>Qty: 1 | $150 | $200 | 25 | Yes |

**MASTER BEDROOM & WIC**

| ELEC: ADD HI HAT(S) <SEE SKETCH><br>    Extra    Upgrade<br>Color: | Code: 2019<br>Qty: 4 | $200 | $440 | 55 | Yes |
|---|---|---|---|---|---|
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>    Extra    Upgrade<br>Color: < HI HATS > | Code: 2019<br>Qty: 1 | $30 | $50 | 40 | Yes |

**PATIO**

| ELEC: ADD FAN/LIGHT OUTLET (3 WIRES)<br>    Extra    Upgrade<br>Color: < SEE SKETCH > | Code: 2019<br>Qty: 2 | $80 | $160 | 50 | Yes |
|---|---|---|---|---|---|
| ELEC: EXISTING PATIO LIGHT REMAINS<br>    Included    Standard<br>Color: | Code: 2019<br>Qty: 1 | $0 | $0 | 0 | Yes |
| ELEC: EXTERIOR OUTLET, GFI <SEE SKETCH><br>    Extra    Upgrade<br>Color: | Code: 2019<br>Qty: 1 | $50 | $100 | 50 | Yes |
| ELEC: SEPARATE SWITCH <SEE SKETCH><br>    Extra    Upgrade<br>Color: <FOR FAN/LIGHT OUTLETS> | Code: 2019<br>Qty: 2 | $60 | $100 | 40 | Yes |

Sellers Initials _____

Design Coordinators Initials _____

Buyer(s) Initials _____

085186

USA0063

# ISOLA BELLA

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

**MELCO ELECTRIC**

**POOL**

| | | | | | | |
|---|---|---|---|---|---|---|
| POOL: ADD'L ELECTRIC FOR SAM LIGHTS | | Code: 4005 | | | | |
| Extra | Upgrade | Qty: 1 | $300 | $440 | 32 | Yes |
| Color: | | | | | | |
| POOL: ELECTRICAL FOR POOL | | Code: 4005 | | | | |
| Extra | Upgrade | Qty: 1 | $600 | $1,400 | 57 | Yes |
| Color: | | | | | | |
| POOL: UPGRADE ELECTRIC FOR FUTURE HEATER | | Code: 4005 | | | | |
| Extra | Upgrade | Qty: 1 | $275 | $600 | 54 | Yes |
| Color: | | | | | | |

**PAINTING CONCEPTS**

**BALCONY**

| | | | | | | |
|---|---|---|---|---|---|---|
| PAINT | | Code: 3006 | | | | |
| Included | Upgrade | Qty: 1 | $235 | $0 | 0 | Yes |
| Color: | | | | | | |

**STAIRCASE**

| | | | | | | |
|---|---|---|---|---|---|---|
| STAIRCASE: PAINT | | Code: 3007 | | | | |
| Included | Standard | Qty: 1 | $0 | $0 | 0 | Yes |
| Color: | | | | | | |

**POOL SAFETY BARRIER**

**POOL**

| | | | | | | |
|---|---|---|---|---|---|---|
| POOL: BLACK BABY BARRIER | | Code: 4005 | | | | |
| Extra | Upgrade | Qty: 1 | $0 *468* | $900 | 100 | Yes |
| Color: 52 LN FT OF 4 FT HIGH | | | | | | |

**REGAL KITCHENS**

**BATH #2**

085187

Sellers Initials _____

Design Coordinators Initials _____

Buyer(s) Initials _____

USA0064



## ISOLA BELLA

### Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

REGAL KITCHENS

**BATH #2**

| | Code/Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|
| CAB.: 7110 SERIES 31" Extra    Upgrade Color: AUTUMN WHITE GLAZE | Code: 3002 Qty: 1 | $320 | $470 | 32 | Yes |
| CAB.: HARDWARE Included    Standard Color: K-2 | Code: 3002 Qty: 1 | $0 | $0 | 0 | Yes |

**BATH #3**

| | Code/Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|
| CAB.: 7110 SERIES 31" Extra    Upgrade Color: HARVEST WHITE GLAZE | Code: 3002 Qty: 1 | $330 | $480 | 31 | Yes |
| CAB.: HARDWARE Included    Standard Color: K-2 | Code: 3002 Qty: 1 | $0 | $0 | 0 | Yes |

**BATH #4**

| | Code/Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|
| CAB.: 8930 SERIES 31" Extra    Upgrade Color: AUTUMN WHITE GLAZE | Code: 3002 Qty: 1 | $510 | $690 | 26 | Yes |
| CAB.: HARDWARE Included    Standard Color: K-2 | Code: 3002 Qty: 1 | $0 | $0 | 0 | Yes |

**KITCHEN**

| | Code/Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|
| CAB.: 8930 SERIES 42" Extra    Upgrade Color: AUTUMN WHITE GLAZE | Code: 3002 Qty: 1 | $5,130 | $6,930 | 26 | Yes |
| CAB.: BUILT-IN REFRIG OPT: 8930 SERIES Extra    Upgrade Color: AUTUMN WHITE GLAZE | Code: 3002 Qty: 1 | $560 | $870 | 36 | Yes |

**085188**

Sellers Initials _____

Design Coordinators Initials _____

Page 21 Of 31

Buyer(s) Initials _____

USA0065

# ISOLA BELLA

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

### REGAL KITCHENS

#### KITCHEN

| Item | Code / Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|
| CAB.: HARDWARE<br>Included  Standard<br>Color: K-V | Code: 3002<br>Qty: 1 | $0 | $0 | 0 | Yes |
| CAB.: RANGE BUMP OUT<br>Extra  Upgrade<br>Color: | Code: 3002<br>Qty: 1 | $175 | $270 | 35 | Yes |
| CAB.: SINGLE OVEN UNDER: 8930 SERIES<br>Extra  Upgrade<br>Color: AUTUMN WHITE GLAZE | Code: 3002<br>Qty: 1 | $170 | $260 | 35 | Yes |
| CAB.: SOAP TRAY TILT OUT<br>Extra  Upgrade<br>Color: | Code: 3002<br>Qty: 1 | $50 | $100 | 50 | Yes |
| CAB.: TRASH BIN ROLL-OUT <SEE SKETCH><br>Extra  Upgrade<br>Color: | Code: 3002<br>Qty: 1 | $125 | $190 | 34 | Yes |
| CAB.: UNDER CABINET VALANCE: 8930 SERIES<br>Extra  Upgrade<br>Color: AUTUMN WHITE GLAZE <W/LIGHTS> | Code: 3002<br>Qty: 1 | $195 | $490 | 60 | Yes |
| COUNTER TOP: OMIT STD MICA COUNTER TOP<br>Included  Standard<br>Color: | Code: 3003<br>Qty: 1 | -$310 | $0 | 0 | Yes |
| CROWN MOLDING: 8930 SERIES<br>Extra  Upgrade<br>Color: AUTUMN WHITE GLAZE | Code: 3004<br>Qty: 1 | $400 | $580 | 31 | Yes |
| CROWN MOLDING: ROPE DETAIL<br>Extra  Upgrade<br>Color: | Code: 3002<br>Qty: 1 | $315 | $460 | 32 | Yes |
| PANTRY CABINET 96": 8930 SERIES<br>Extra  Upgrade<br>Color: AUTUMN WHITE GLAZE | Code: 3002<br>Qty: 1 | $2,370 | $3,200 | 26 | Yes |

Sellers Initials _____

Buyer(s) Initials _____

Design Coordinators Initials _____

Page 22 Of 31

085189

USA0066



# ISOLA BELLA

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

**REGAL KITCHENS**

### LAUNDRY ROOM

| | | Code | Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|
| CAB.: 2100 SERIES 30" <OVER W/D><br>Included   Standard<br>Color: ANTIQUE WHITE | | Code: 3002 | Qty: 1 | $0 | $0 | 0 | Yes |
| CAB.: HARDWARE<br>Included   Standard<br>Color: K-T | | Code: 3002 | Qty: 1 | $0 | $0 | 0 | Yes |
| CAB.: OPT #1 2100 SERIES<br>Extra   Upgrade<br>Color: ANTIQUE WHITE | | Code: 3002 | Qty: 1 | $300 | $470 | 36 | Yes |
| COUNTER TOP: WILSONART W/6" SPL<br>Included   Upgrade<br>Color: ANTIQUE WHITE 1572-60 <IMPERIAL EDGE> | | Code: 3003 | Qty: 1 | $0 | $0 | 0 | Yes |

### MASTER BATH

| | | Code | Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|
| CAB.: 8600 SERIES 34"<br>Extra   Upgrade<br>Color: AUTUMN WHITE GLAZE | | Code: 3002 | Qty: 1 | $2,010 | $2,720 | 26 | Yes |
| CAB.: HARDWARE<br>Included   Standard<br>Color: K-3 | | Code: 3002 | Qty: 1 | $0 | $0 | 0 | Yes |
| CUT ACCESS HOLE FOR WHIRLPOOL TUB<br>Included   Upgrade<br>Color: | | Code: 3002 | Qty: 1 | $0 | $0 | 0 | Yes |

**RELIABLE ROOFING**

### BALCONY

| | | Code | Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|
| ROOF<br>Included   Upgrade<br>Color: | | Code: 2009 | Qty: 1 | $210 | $0 | 0 | Yes |

**RIDGEWAY PLUMBING**

085190

Sellers Initials _____

Design Coordinators Initials _____

Page 23 Of 31

Buyer(s) Initials _____

USA0067



## ISOLA BELLA

### Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | | Lot Address: | |

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |

RIDGEWAY PLUMBING

**BATH #2**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| FAUCET: MONTICELLO 8" WIDE, LEVER <T4570CP> Extra    Upgrade Color: CHROME & BRASS | Code: 2017 Qty: 1 | | $215 | $430 | 50 | Yes |
| PLUMBING: STD BATH TUB - UPGRADE COLOR Extra    Upgrade Color: BISCUIT | Code: 2017 Qty: 1 | | $15 | $75 | 80 | Yes |
| PLUMBING: STD TOILET - UPGRADED COLOR Extra    Upgrade Color: BISCUIT | Code: 2017 Qty: 1 | | $15 | $75 | 80 | Yes |

**BATH #3**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| FAUCET: MONTICELLO 8" WIDE, <T4570CP> Extra    Upgrade Color: CHROME & BRASS | Code: 2017 Qty: 1 | | $215 | $430 | 50 | Yes |
| PLUMBING: STD TOILET Included    Standard Color: BONE | Code: 2017 Qty: 1 | | $0 | $0 | 0 | Yes |
| PLUMBING: STD TUB Included    Standard Color: BONE | Code: 2017 Qty: 1 | | $0 | $0 | 0 | Yes |

**BATH #4**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| FAUCET: MONTICELLO 8" C-SPOUT, <4572P> Extra    Upgrade Color: BRASS | Code: 2017 Qty: 1 | | $540 | $810 | 33 | Yes |
| PLUMBING: STD TOILET - UPGRADED COLOR Extra    Upgrade Color: BISCUIT | Code: 2017 Qty: 1 | | $15 | $75 | 80 | Yes |
| PLUMBING: STD TUB - UPGRADED COLOR Extra    Upgrade Color: BISCUIT | Code: 2017 Qty: 1 | | $15 | $75 | 80 | Yes |

Sellers Initials _____

Design Coordinators Initials _____

Page 24 Of 31

Buyer(s) Initials _____

085191

USA0068



# ISOLA BELLA

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |

RIDGEWAY PLUMBING

**KITCHEN**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| FAUCET: MOEN 7570 SALORA<br>Extra   Upgrade<br>Color: IVORY <NO PLATE> | Code: 2017<br>Qty: 1 | | $55 | $90 | 39 | Yes |
| PLUMBING: SINK: ELJER PRIMAVERA , 60/40 <212-4214><br>Extra   Upgrade<br>Color: SILK <2 HOLES><UNDERMOUNT> | Code: 2017<br>Qty: 1 | | $250 | $450 | 44 | Yes |
| PLUMBING: SOAP DISPENSER <3910><br>Extra   Upgrade<br>Color: IVORY | Code: 2017<br>Qty: 1 | | $45 | $90 | 50 | Yes |

**LAUNDRY ROOM**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| PLUMBING: LAUNDRY SINK<br>Extra   Upgrade<br>Color: < DROP-IN > | Code: 2017<br>Qty: 1 | | $0 | $150 | 100 | Yes |

**MASTER BATH**

| | | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|
| FAUCET: ASCERI 8" WIDE, <9000/T6515CGPC><br>Extra   Upgrade<br>Color: GOLD & PEBBLE CREAM | Code: 2017<br>Qty: 1 | | $1,035 | $1,650 | 37 | Yes |
| PLUMBING: ASCERI VERTICAL SPA<br>Extra   Upgrade<br>Color: GOLD & PEBBLE CREAM | Code: 2017<br>Qty: 1 | | $1,385 | $2,220 | 38 | Yes |
| PLUMBING: STD TOILET<br>Included   Standard<br>Color: BONE | Code: 2019<br>Qty: 1 | | $0 | $0 | 0 | Yes |
| PLUMBING: WHIRLPOOL PUMP HOOK UP<br>Included   Upgrade<br>Color: | Code: 2017<br>Qty: 1 | | $0 | $0 | 0 | Yes |

S.H.E.

**1ST FLOOR HALL/STORAGE**

**085192**

Sellers Initials _____

Design Coordinators Initials _____

Page 25 Of 31

Buyer(s) Initials _____

USA0069



## ISOLA BELLA

### Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

.H.E.

**1ST FLOOR HALL/STORAGE**

| ELEC: LED SECURITY PAD <SEE SKETCH> | | Code: 2020 | | | |
|---|---|---|---|---|---|
| Extra | Upgrade | Qty: 1 | $105 | $180 | 42 | Yes |
| Color: | | | | | |

;ANSONE & MELCO

**MASTER BATH**

| ELEC: ADD STD EXHAUST FAN <50 CFM> | | Code: 2019 | | | |
|---|---|---|---|---|---|
| Extra | Upgrade | Qty: 1 | $112 | $210 | 47 | Yes |
| Color: < SEE SKETCH > | | | | | |

SOUTHERN TRUSS

**BALCONY**

| TRUSS | | Code: 2009 | | | |
|---|---|---|---|---|---|
| Included | Upgrade | Qty: 1 | $228 | $0 | 0 | Yes |
| Color: | | | | | |

SUNCOAST FENCE

**BALCONY**

| STD RAIL | | Code: 3004 | | | |
|---|---|---|---|---|---|
| Included | Upgrade | Qty: 1 | $580 | $0 | 0 | Yes |
| Color: WHITE | | | | | |

THE POOL PEOPLE

**POOL**

| POOL BASE PACKAGE | | Code: 4005 | | | |
|---|---|---|---|---|---|
| Extra | Upgrade | Qty: 1 | $10,025 | $16,800 | 40 | Yes |
| Color: < UP TO 74 PERIMETER > | | | | | |
| POOL BASE PKG: 4'0" - 5'0" DEPTH | | Code: 4005 | | | |
| Included | Upgrade | Qty: 1 | $0 | $0 | 0 | Yes |
| Color: | | | | | |

Sellers Initials _____

Design Coordinators Initials _____

Buyer(s) Initials _____

085193

USA0070



**ISOLA BELLA**

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name , | | Lot Address: | | |

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |

'HE POOL PEOPLE

POOL

| | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|
| POOL BASE PKG: BULLNOSE BRICK COPING Included    Upgrade Color: P-2 SANDSTONE | Code: 4005 Qty: 1 | $0 | $0 | 0 | Yes |
| POOL BASE PKG: FIGURE 4 HANDRAIL (CODE) Included    Upgrade Color: | Code: 4005 Qty: 1 | $0 | $0 | 0 | Yes |
| POOL BASE PKG: GEM FINISH Included    Upgrade Color: SKY BLUE | Code: 4005 Qty: 1 | $0 | $0 | 0 | Yes |
| POOL BASE PKG: STANDARD WATERLINE TILE Included    Upgrade Color: (NAT'L)  HST-344 | Code: 4005 Qty: 1 | $0 | $0 | 0 | Yes |
| POOL: 12" RAISED BEAM Extra    Upgrade Color: | Code: 4005 Qty: 1 | $480 | $720 | 33 | Yes |
| POOL: 2 MEDIUM ROMAN LION HEADS Extra    Upgrade Color: SILVER NICKEL | Code: 4005 Qty: 1 | $750 | $1,130 | 34 | Yes |
| POOL: ADD'L PERIMETER OVER BASE POOL Extra    Upgrade Color: | Code: 4005 Qty: 1 | $1,040 | $3,330 | 69 | Yes |
| POOL: ADD'L POOL STEPS Extra    Upgrade Color: | Code: 4005 Qty: 1 | $540 | $780 | 31 | Yes |
| POOL: BABY BARRIER- PERMIT Included    Upgrade Color: | Code: 4005 Qty: 1 | $35 /50 | $0 | 0 | Yes |
| POOL: CHLORINE DISPENSER Extra    Upgrade Color: | Code: 4005 Qty: 1 | $175 | $265 | 34 | Yes |

Sellers Initials _____

Design Coordinators Initials _____

Buyer(s) Initials _____

085194

USA0071



## ISOLA BELLA  — Lot Options Report — 10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

THE POOL PEOPLE

POOL

| Option | | | Code / Qty | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|
| POOL: DOUBLE BRICK & TILE BACK OF WALL<br>Extra    Upgrade<br>Color: | | | Code: 4005<br>Qty: 1 | $240 | $696 | 66 | Yes |
| POOL: HANDHOLD<br>Included    Upgrade<br>Color: (NAT'L) HHC-20 | | | Code: Custom<br>Qty: 1 | $0 | $0 | 0 | Yes |
| POOL: MUDCAP<br>Included    Upgrade<br>Color: (NAT'L) HHC-20 | | | Code: Custom<br>Qty: 1 | $0 | $0 | 0 | Yes |
| POOL: OVERFLOW LINE TO DRYWELL<br>Extra    Upgrade<br>Color: | | | Code: 4005<br>Qty: 1 | $250 | $375 | 33 | Yes |
| POOL: STUB OUT FOR FUTURE HEATER<br>Extra    Upgrade<br>Color: | | | Code: 4005<br>Qty: 1 | $125 | $225 | 44 | Yes |
| POOL: THICKEN WALL FOR PLUMBING<br>Extra    Upgrade<br>Color: | | | Code: 4005<br>Qty: 1 | $180 | $264 | 32 | Yes |
| POOL: TILE EDGE OF POOL STEPS<br>Extra    Upgrade<br>Color: | | | Code: 4005<br>Qty: 1 | $462 | $707 | 35 | Yes |
| POOL: UPGRADE TO 1HP POOL PUMP<br>Extra    Upgrade<br>Color: | | | Code: 4005<br>Qty: 1 | $35 | $60 | 42 | Yes |
| POOL: UPGRADE TO SAM LIGHT<br>Extra    Upgrade<br>Color: | | | Code: 4005<br>Qty: 1 | $400 | $600 | 33 | Yes |
| POOL: UPGRADE TO SKY BLUE GEM FINISH<br>Extra    Upgrade<br>Color: | | | Code: 4005<br>Qty: 1 | $300 | $420 | 29 | Yes |

Sellers Initials _____

Design Coordinators Initials _____

Buyer(s) Initials _____

085195

USA0072



# ISOLA BELLA

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |

**THOMAS & SOUTHERN TRUSS**

**GENERAL INFORMATION**

| | Code: | | | | |
|---|---|---|---|---|---|
| ORIENTATION: ELEVATION 'B' Included     Standard Color: < WITH BALCONY > | Qty: 1 | $0 | $0 | 0 | Yes |

**THOMAS CARPENTRY**

**BALCONY**

| | Code: 2006 | | | | |
|---|---|---|---|---|---|
| OPTIONAL BALCONY Extra     Upgrade Color: | Qty: 1 | $0 2900 | $11,050 | 100 | Yes |
| MASONRY OPENING FOR FRENCH DOOR Included     Upgrade Color: < 65-1/2" x 97-1/4" > | Code: 2006 Qty: 1 | $0 | $0 | 0 | Yes |

**GENERAL INFORMATION**

| | Code: 2006 | | | | |
|---|---|---|---|---|---|
| ORIENTATION: LEFT SIDE - ZERO Included     Standard Color: < SEE SURVEY > | Qty: 1 | $0 | $0 | 0 | Yes |

**TRIMCRAFT**

**BATH #2**

| | Code: 3004 | | | | |
|---|---|---|---|---|---|
| BATH ACC: REPLACE TOWEL BAR W/24" MONTICELLO Extra     Upgrade Color: CHROME & BRASS | Qty: 1 | $71 | $80 | 11 | Yes |
| BATH ACC: REPLACE TP HOLDER W/MONTICELLO Extra     Upgrade Color: CHROME & BRASS | Code: 3004 Qty: 1 | $58 | $70 | 17 | Yes |

**BATH #3**

**085196**

Sellers Initials _____

Design Coordinators Initials _____

Page 29 Of 31

Buyer(s) Initials _____

USA0073

## ISOLA BELLA

## Lot Options Report

10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G.<br>Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|

**TRIMCRAFT**

**BATH #3**

| BATH ACC: REPLACE TOWEL BAR W/ 18" MONTICELLO | Code: 3004 | | | | |
|---|---|---|---|---|---|
| Extra   Upgrade | Qty: 1 | $66 | $80 | 18 | Yes |
| Color: CHROME & BRASS | | | | | |

| BATH ACCES: REPLACE TP HOLDER W/MONTICELLO | Code: 3004 | | | | |
|---|---|---|---|---|---|
| Extra   Upgrade | Qty: 1 | $58 | $70 | 17 | Yes |
| Color: CHROME & BRASS | | | | | |

**BATH #4**

| BATH ACCES: REPLACE TOWEL BAR W/ 24" MONTICELLO | Code: 3004 | | | | |
|---|---|---|---|---|---|
| Extra   Upgrade | Qty: 1 | $71 | $80 | 11 | Yes |
| Color: BRASS | | | | | |

| BATH ACCES: REPLACE TP HOLDER W/MONTICELLO | Code: 3004 | | | | |
|---|---|---|---|---|---|
| Extra   Upgrade | Qty: 1 | $58 | $70 | 17 | Yes |
| Color: BRASS | | | | | |

**GARAGE**

| ATTIC ACCESS PULL DOWN LADDER | Code: 3004 | | | | |
|---|---|---|---|---|---|
| Extra   Upgrade | Qty: 1 | $160 | $300 | 47 | Yes |
| Color: < 8'9" > | | | | | |

**KITCHEN**

| DOOR: DELETE DRYWALL PANTRY DOORS <3'0" x 8'0"> | Code: 3004 | | | | |
|---|---|---|---|---|---|
| Included   Standard | Qty: 1 | -$93 | $0 | 0 | Yes |
| Color: < BI-FOLD > | | | | | |

**MASTER BATH**

| DOOR: ADD POCKET DOOR <2'8" x 6'8"> | Code: 3004 | | | | |
|---|---|---|---|---|---|
| Extra   Upgrade | Qty: 1 | $166 | $340 | 51 | Yes |
| Color: < TO W/C ><SEE SKETCH> | | | | | |

**085197**

Sellers Initials _____

Design Coordinators Initials _____

Page 30 Of 31

Buyer(s) Initials _____

USA0074

**ISOLA BELLA**                    **Lot Options Report**                    10/16/2003

| Lot#: 95-D | Model: 50J- SOFFI II | Buyers Name: ROMANO, MICHAEL G. Co-Buyers Name: , | Lot Address: |
|---|---|---|---|

| Inc/Ext | Std/Upg | Vendor | | Cost | Price | GM% | Cash |
|---|---|---|---|---|---|---|---|
| | | | Lot Totals: | $54,183 | $109,840 | 51 | |

Buyer Signature _____ Date

Co-Buyer Signature _____ Date

Seller Signature _____ Date

Design Coordinator _____ Date

085198

USA0075

Kim

## ISOLA BELLA
### EXTERIOR & INTERIOR COLOR SELECTION

LOT NUMBER: 95 D        MODEL: Soffit II

**EXTERIOR:**

ELEVATION - A        _____

ELEVATION - B        X

ROOF: (STD PROFILE - HACIENDA)        _____
ROOF COLOR:        SAHARA

ROOF: (UPGRADED – REGAL PROFILE)        _____
ROOF COLOR:        HARVEST

BODY:        LIGHT TOAST (7742W)

TRIM / FACIA:        LEMONADE (CW-019W)

INTERIOR COLOR:        _____        POPCORN

_____        APPLE PEEL

CUSTOMER: _____        ANSCA HOMES: _____

CUSTOMER: _____        DATE: 4-26-03

SHOWN IN THE ANDREA MODEL        **085199**
Elev "A" & Hacienda Roof tile color – Sahara

The Hacienda Standard Roof tile & upgraded Regal Roof tile will have material variations in color, uniformity, surface appearance, shade, texture and finished appearance. Such variations are common regardless of any representative roof tile sample.

Subcontractor hereby acknowledges receipt of the above color selection and specification. Subcontractor further acknowledges that he has verified the above selection and agreed to all work to be done or performed shall be in compliance with the above selection and in conformance with any models or samples provided to the purchaser, any difference or variance between the above selection and that provided by the subcontractor shall be the sole responsibility of the subcontractor.

Lot #49 / 75-F        Revised 7/16/02 1:30 PM



USA0076

## CULTURED MARBLE DISCLAIMER

Variations in shading, color and vein pattern should be expected in all colors. Each piece will have individual characteristics. No two pieces will be the same.

Purchaser agrees that these characteristics are acceptable conditions of the cultured marble for purposes of closing and that the Purchaser shall not include any item pertaining to these characteristics on the pre closing inspection list or any customer service requests submitted by Purchaser subsequent to closing.

Ansca Homes/the Builder will not change the cultured marble for color variation/difference. This is the nature of cultured marble.

I acknowledge that the Design Coordinator and I have read and I understand the above disclaimer.

_____          _____
Purchaser Signature                                Purchaser Signature

_____          _____
Date          10-12-20                             Date          10-12-2

LOT D-95
SOFFI II                                                          LD

085200

USA0077



USA0078



USA0079



LOT D-95
SOFFI II

085203

USA0080



USA0081



LOT D-95
SOFFI II

Note: This drawing is an artistic interpretation of the general appearance of the floor plan. It is not meant to be an exact rendition.

INITIALS    lbd95kit    Dwg no.

085205

USA0082



LOT D-95
SOFFI II

ISOLA BELLA
SOFFI
LAUNDRY ROOM CABINETS
OPTION #1

085206

INITIALS

| All dimensions & size designations given are subject to verification on job site and adjustment to fit job conditions. | | This is an original design and must not be released or copied unless applicable fee has been paid or job order placed. | ib50jld1 | Scale : maximum | Design : 01/17/02 Date : 09/17/02 | Dwg no. |
| | | | | Designer | | |

USA0083

LOT D-95
SOFFI II



085207

INITIALS

| All dimensions & size designations given are subject to verification on job site and adjustment to fit job conditions. | | This is an original design and must not be released or copied unless applicable fee has been paid or job order placed. | ib50jld1 | Scale : maximum | | Dwg no. |
| | | | | Designer | | |
| | | | | Wall/C Line # 1 | | |

USA0084



# Primavera Undermount Kitchen Sink

LOT D-95
SOFFI II



Primavera Undermount Kitchen Sink (212-4214).

## ENAMELED CAST IRON

- 33" (838mm) Length, 22" (359mm) Width, 10" (254mm) Depth Left Bowl, 8" (203mm) Depth Right Bowl, - 115 lbs., Cubes 6.58
- Undermount Model, Double-Bowl Sink
- Designed to be Installed Under a Counter Top
- Large, Deep Left Bowl for Oversized Pots and Pans
- Standard Size Right Bowl is Excellent For Food Preparation
- Four-Hole Model for One to Four-Hole Faucet Applications
- Four Oversized Faucet Holes Provide Clearance for Securing Faucet to Counter Top
- Optional Wire Rack and Wire Basket Available

☐ 212-4214    Enameled Cast Iron, Undermount Model, Double-Bowl Kitchen Sink with Four Faucet Holes.

085208



INITIALS

FAUCETS ARE NOT INCLUDED.
ALL FIXTURE DIMENSIONS ARE NOMINAL AND MAY VARY WITHIN THE RANGE OF TOLERANCES ESTABLISHED BY ASME/ANSI STANDARD A112.19.1M
ALL MEASUREMENTS SHOWN ARE SUBJECT TO CHANGE OR CANCELLATION.

iingware 8/01

USA0085

LOT D-95
SOFFI II

BATH 2
OPTION 'C'



- TO CEILING

I ROW LISTELLO
3.5"X 11" W1486

DECO'S
11"X 14" W1337 WITH
3X3 HONEY VERDE W1494 INSERT

SANTUARY 11" X 14" IVORY

TUB

±0'-0'

085209

LD / INITIALS

USA0086

LOT D-95
SOFFI II

BATH 3



— TO CEILING

LISTELLO 4" X 10"
WHITE/BEIGE W2247

BARBADOS
10" X 13" BEIGE
W 2242

TUB

OPT. D

085210



LD    INITIALS

USA0087



LOT D-95
SOFFI II

BATH 4
OPTION 'D'



CHATEAU II
LISTELLO
3" X 12" WHITE/BONE
W4093A

12" X 14" W4086A

TUB

±0'-0'

JD INITIALS

085211

USA0088

LOT D-95
SOFFI II

MASTER BATH



13" x 18" BONE
W 3195

4"x 13" LISTELLO
BONE W 3200

5 ROWS OF
13" X 18" BONE
W 3195

SHOWER FLOOR:
13" x 13" BONE
W 3198

OPT. G
WALL & FLOOR
M. BATH ELEV.

A

JD    INITIALS

085212
USA0089

LOT D-95
SOFFI II

FOYER DETAIL



MEG 495
FIELD TILE
20" x 20"

4" x 12"
MADURA GOLD LIGHT
GRANITE

085213

LD

INITIALS

USA0090

Case 2:09-cr-00168-DC    Document 717-2    Filed 04/07/25    Page 91 of 134 PageID #: 7900

LOT D-95
SOFFI II

# STANDARD STAIRCASE



Stairs & Railings

Ansca Homes
Isola Bella

PAINT

2 X 6 Y/PINE HR

Y/PINE PAINT
GRADE FASCIA

2 x 6 Y/PINE
HANDRAIL
PROFILE

2 X 2 Y/PINE PICKET

SIDE MOUNT
BALUSTRADE
(All Wood Paint Grade)  Stair Dimensions will change from model layout
depending field conditions, layout and product selection.

085214

USA0091

*LOT D-95*
*SOFFI II*



# MODEL- SOFFI  50-J

STANDARD SIDE MOUNT RAILING

| MARBLE FLOORING 1 1/2" ALLOWANCE | | NO | | W/M: WALL MOUNT | YOUR STAIR REFLECTS THE FOLLOWING OPTION: |
|---|---|---|---|---|---|
| COMMENTS: | | | | S/R: STAIR RAIL | YES  FULL STRINGER |
| | | | | R/R: GUARD RAIL | |
| | | | | W/C: WALL CAP | |

MATERIALS: RISERS: PLYWOOD/SPRUCE  TREADS: Y. PINE  ·STRINGERS: Y. PINE  TOP LANDINGS: PLYWOOD

**GSC** Quality Products On Time.

GENERAL STAIR CORP.
690 WEST 83rd STREET
HIALEAH, FL 33014
PHONE: (305)769-9900
FAX: (305)769-1207

| PROJECT: ISOLA BELLA | ATTN: |
|---|---|
| MODEL: 50-J | DRAWN BY: ALL |
| DATE ISSUED: 05-21-02 REV. 9/10/02 | PAGE: 01 OF 01 |

NO  CUT-OUT STRINGER

085215
USA0092



USA0093

ATTENTION VALUED CUSTOMER: Please ⌐   w the following Stair Layout, Rough Opening, and   ⌐or-To-Floor Measurements. We need your approval to release Stairs to Production, so be sure to have the appropriate personnel review, approve, and return a copy to GSC as soon as possible. Please note, that by signing this submittal, it is agreed that should this be a Model repeated throughout the Project, this Drawing will serve as the Standard for all houses of this Model, therefore being integral to ensuring on-time delivery. If for any reason a problem is foreseen in complying with the dimensions shown on any future houses of the same model, GSC must be notified accordingly so we do not produce the ⌐tairs in advance. Please note that GSC cannot be held accountable should there be discrepancies in these dimensions, that may potentially lead ⌐o stairs that do not fit properly and/or delivery delays. Please date and sign this drawing in the provided spaces below and return via fax to GSC Thank-you for your cooperation

## VARIANCE FROM PLANS

_LOT D-95_

| OPENING DIMENSION | RISER HEIGHT | TREAD SIZE | STAIR WIDTH | FL. TO FL. | APPROVED ON: __/__/____ |
|---|---|---|---|---|---|
| AS PER PLAN | 7 5/8" | 9" | 40" | 137 1/4" | |
| AS PER FIELD MEASUREMENTS | 7 5/8" | 9" | SECT. 1 = 41 1/2" SECT. 2 = 40" | 137 1/4" | BY:_____ |
| FLOOR TYPES & THICKNESSES | FIRST FLOOR | SECOND FLOOR | ON STAIR | **THIS IS NOT A SHOP-DRAWING** | |
| | 1/2" TILE | 3/4" CARPET | 3/4" CARPET | | |

NOTE:
PLEASE HOLD THESE
DIMENSIONS FOR ALL
MODEL 50J HOMES.





ENTRANCE

085217



EXTEND NEWEL POST
TO LOWER LANDING.

## VERY IMPORTANT NOTICE

YOUR STAIR REFLECTS THE FOLLOWING OPTION:

Please note that we are on "hold", and need an expeditius response to maintain timely production and installation of these stairs. A delayed response will further delay our planned installation. Please help us help you. Thank you.

MATERIALS: RISERS: PLYWOOD/SPRUCE   TREADS: Y. PINE   STRINGERS: Y. PINE   TOP LANDINGS: PLYWOOD

COMMENTS:

YES — FULL STRINGER

NO — CUT-OUT STRINGER

**GSC**
Quality Products On Time.

| GENERAL STAIR CORP. 690 WEST 83rd STREET HIALEAH, FL 33014 PHONE: (305)769-9900 FAX: (305)769-1207 | PROJECT: ISOLA BELLA | ATTN: CHANDEJ |
|---|---|---|
| | MODEL: 50J SOFFI. | DRAWN BY: LEB |
| | DATE ISSUED: 08/05/02 | PAGE: 02 OF 02 |

 

USA0094

## ISOLA BELLA
## COLOR SELECTION ACKNOWLEDGMENT AND PRODUCT DISCLAIMER

This Color Selection Acknowledgment and product Disclaimer (the "Addendum") and the terms and conditions contained herein are a part of and, by this reference, incorporated into the Purchase Contract dated APRIL 20, 2005 (the "Contract") executed between Seller and Purchaser for Model SOFFI II upon Lot D-95 (the "Home") in ISOLA BELLA.

### A.    Selections of Colors and Options

1.    Options. The Purchase Price of the Home Includes those items shown on the exhibit entitled Standard Features, receipt of which was acknowledged by Purchaser upon the execution of the Contract. Alternate selections or "upgrades" are available at Purchaser's option at an additional expense if agreed to by Seller at its sole discretion.    Purchaser acknowledges however that no credit will be given to Purchaser for the deletion of any standard feature omitted at Purchaser's request. Purchaser acknowledges receipt of an exhibit entitled Options Available for Your Home which discloses some, but not all, available upgrades.    Purchaser agrees that all options, changes additions or other modifications in construction of the Home desired by Purchaser and agreed to at the sole discretion of the Seller must be agreed upon in writing by Purchaser and Seller.

2.    Finalization of Selections and Requests for Changes. Purchaser acknowledges that no structural changes will be allowed after the date hereof. Purchaser acknowledges that the elevation, colors and options selected are now FINAL, subject to Seller's acceptance In its sole discretion of any outstanding Option addendum(s) which Seller may have not executed as of the date hereof.  Any request by Purchaser for changes, additions, deletions or other modifications to the preceding selections or in the construction of the Home ("Request") may or may not be permitted or approved at the sole discretion of the Seller.  Should Seller approve any Request, Seller reserves the right to charge Purchaser a $250 permit revision fee for a Request which changes the permit application and/or a $500 administrative change order fee for each other Request. In addition to the preceding fees, Purchaser agrees to pay, as applicable: (a) any permitting and/or other direct costs incurred by the Seller in accommodating any Request by Purchaser including by way of example and not limitation, architectural fees, re-stocking charges, re-ordering fees, engineering fees, delay charges and costs of removal and reinstallation, plus (b) the selling price of any items included in the Request.    Purchaser acknowledges that such Requests may require additional time for delivery of possession of the Home and will require the payment of additional monies as outlined in the Contract Standards.

3.    Color Variations.  Purchaser acknowledges that actual colors may vary from samples. Seller will not be responsible for variations in color due to dye lots and other manufacturing processes not within Seller's control. Additionally, Purchaser further acknowledges that colors may not match identically amongst fixtures in the same room due to the use of different manufacturers including, by way of example and not limitation, the bathroom tub, toilet and sink or vanity.

4.    Unavailable Selections.  Seller reserves the right to make changes and substitutions of material of a similar, equal or better quality than those contained in the model homes(s) if any, or in any other home in the Community, shown on the plans and specifications and/or other displayed in Seller's color selection rooms. In the event an item selected by the Purchaser on the Color Selection Form and/or Option Addendum is discontinued, changed, substituted for or otherwise made unavailable for installation, Purchaser shall promptly and without compensation re-select that item from the choices made available by Seller. The quality of the item to be re-selected shall be similar to, equal to or better than the item originally selected; however, Purchaser acknowledges and accepts that significant differences may exist in color availability. In the event

Purchaser fails to timely re-select an item, Seller shall have the right to make such re-selection on behalf of the Purchaser as it deems advisable to facilitate completion of construction and Purchaser agrees to accept such colors selected by the Seller. In the event re-selection of any item required, Purchaser shall not select an upgrade except at an additional cost to the Purchaser and only upon the approval by Seller which may be withheld in Sellers sole discretion. Any structural changes or alteration requested by Purchaser must be approved by Seller in Sellers sole discretion. If approved, the cost charged by Seller must be paid for in full at the time of the color selection. Should Seller be unable to construct or implement such structural change for any reason whatsoever, then Purchaser shall be entitled to a refund of any cost paid to Seller for such structural change or alteration.

Seller acknowledges that any structural changes, modifications, enhancements, or improvements of any nature whatsoever (collectively referred to as "post closing Improvements"), Installed by or for Purchaser in the Home after the closing may effect building code requirements for the Home and its improvements provided by Seller which are in effect as of the closing. Seller shall not be responsible for any building code violations or requirements caused by or resulting from the Purchaser's installation of any post closing improvements made by or on behalf of Purchaser after the closing.

5.    Changes to Options Selected.  If changes or options are omitted by Seller, whether as required by law or for any reason, Purchaser shall receive a refund of amounts paid for each item omitted and Seller will have no further liability to Purchaser. If any upgrades or options have been installed by Seller in or around the Home which have not been agreed upon in writing by Seller and Purchaser in either this Contract and/or Options Addendum(s), Purchaser may elect to purchase such options or upgrades at the cost or price for such option or upgrade in effect as of the date of closing. In such event Seller shall collect the selling price of the option or upgrade from Purchaser at closing (or thereafter if discovered after closing). In event that Purchaser does not elect to purchase such options or upgrades at their selling price, Seller shall cause the option or upgrade to be removed from the home.

### B.  Berber Carpet

If Purchaser has agreed to Purchase and Seller has agreed to sell Berber carpet, Purchaser acknowledges that Berber carpet seams tend to be quite noticeable due to the nature of the carpet material. Purchaser agrees to accept the Berber carpet including the seams as installed provided the Berber carpet is installed in a good and workmanlike manner. Furthermore, Purchaser agrees not to include any item pertaining to the Berber carpet seams on the inspection list (as that item is declined in the Contract) or any Customer Service Requests submitted by Purchaser to seller subsequent to closing.

In the event Purchaser elects not to have any carpeting offered by Builder or elects to have carpeting only partially installed (e.g. no carpeting on first floor but carpeting on the second floor of the Home) then in such circumstance, Seller shall not be responsible for the condition of any carpeting actually installed. Purchaser acknowledges that the partial installation of any such

085218

USA0095

carpeting may result in the uneven care or condition of such carpeting due to excess dirt, dust or apparent usage occurring during the construction process.

### C. Brick Pavers

1.    Inherent Characteristics. Purchaser acknowledges that Brick Pavers installed in the driveway to the Home, entry walkway, patio and covered entry are a cement product with the following inherent characters (the "Inherent Characteristics"):

•    Brick Pavers are individually set and compressed by hand. As a result, spacing and brick paver placement shall vary within and between installations. Brick Pavers shall not be installed in the sidewalk areas. Brick Pavers in the rear and/or side yards are not installed over concrete footers. Accordingly, Brick Pavers are not suitable or fit for installation of screen enclosures.

•    Brick Pavers are a cement product typified by shading and texture variations. Shade and texture variations are most evident when the replacement of Brick Pavers alter the initial installation.

•    Brick Pavers, as a cement product, are susceptible to chipping.

•    Brick Pavers will vary in the size of bricks.

•    Brick Pavers do not generally require sealing or coating, nor is same offered by Seller. However, due to the porous nature of cement products, it is recommended that Brick Pavers be sealed by Purchaser. Purchaser may subsequent to closing and at Purchaser's sole cost and expense elect to seal and/or coat the Brick Pavers. Purchaser acknowledges that any cleaning products to be used on the Brick Pavers should not include acid.

2.    No Warranty. If Purchaser has agreed to purchase Brick Pavers, Purchaser acknowledges and agrees that neither Seller, the Brick Paver manufacturer nor the Brick Paver installer warrants the Brick Pavers with respect to the inherent characteristics set forth above. Furthermore, Purchaser agrees that the inherent characteristics are acceptable conditions of the Brick Pavers for purposes of closing and that Purchaser shall not include any item pertaining to the inherent characteristics of Brick Pavers on the inspection list (as that item is declined in the Contract) or any customer service requests submitted by Purchaser subsequent to closing.

### D. Cabinets

1.    Standard Selections.    Purchaser acknowledges that Seller's standard cabinet selection is manufactured using mica, melamine and/or other similar products for the cabinet boxes, doors and drawer fronts. Portions of the cabinets made from the foregoing products may include but are not limited to the side panels, toe kicks, interior and exterior surfaces of cabinet boxes and other components and, in some cabinet selections, the doors and drawer fronts. Purchaser further acknowledges that color variations will exist between melamine and other products, including mica, even in situations where the names of the colors are identical. Purchaser further acknowledges and agrees to properly use any electrical or heat producing appliance which may be installed or used appurtenant or next to any cabinetry. Purchaser is specifically cautioned that all cabinetry, including but not limited to the cabinet boxes, doors and drawer fronts may be subject to discoloration, melting or other damage if exposed to high heat such as that caused from oven broiling or cleaning with the oven door not completely closed. Neither Seller nor its cabinetry manufacturer or installer shall be responsible for any damage to the cabinetry resulting from the improper use of any appliances, usage or heat from working an open oven.

2.    Upgraded Wood Cabinet Packages. If Purchaser has agreed to purchase and Seller has agreed to sell an upgraded wood cabinet package in the Home, Purchaser acknowledges that the wood cabinet package consists of wood doors and wood fronts only. The side panels, toe kicks and other components of the wood cabinet package may be constructed of mica, melamine and/or other products. Purchaser further acknowledges that the wood doors and drawer fronts are subject to warpage and mitre separation in areas of high humidity. Bathrooms, garages and patios are typically areas of high humidity.

3.    Inherent Characteristics. If Purchaser has selected and/or agreed to purchase, where applicable, and Seller has agreed to install and/or sell a wood cabinet package in the Home, Purchaser further acknowledges and agrees that shade and grain variations and knots are inherent characteristics of wood. Each tree has its own wood characteristics that are unique. Differences in color and grain directions are produced by nature in every tree. Since these differences in texture and grain do affect the finish, it is impossible to guarantee an exact match in finish within and between cabinet doors, drawer fronts and/or other components. Furthermore, shade and grain variations may also, exist within replacement wood cabinet package doors, drawer fronts and other components subsequently installed by Purchaser or Seller as compared to the shades and grains of existing doors, drawer fronts and/or other components. Similarly, color variations and consistency of wood grain patterns may exist between the doors, drawer fronts and the other components.

4.    Acceptance. Purchaser agrees to accept the wood cabinet package including any replacement doors and/or drawers notwithstanding the existence of the above described knots and/or shade variations. Furthermore, Purchaser agrees not to include any item pertaining to the above-described knots and/or shade variations on the Inspection List (as that item is defined in the Contract) or on any Customer service requests submitted by Purchaser to Seller subsequent to closing.

### E. Ceramic Tile

If Purchaser has selected high gloss ceramic tiles to be installed in the Home, then the Purchaser acknowledges that high gloss ceramic tiles are highly susceptible to scratches and will show scratches much more quickly and noticeably than matte finish tiles. Purchaser acknowledges and agrees that neither Seller, the ceramic tile manufacturer nor the ceramic tile installer warrants the high gloss ceramic tile against scratches. Purchaser agrees that this characteristic is an acceptable condition of the tile for purposes of closing and the Purchaser shall not include any scratches on high gloss ceramic tile on the Inspection List (as that item is defined in the Contract) or on any customer service request submitted by Purchaser to Seller subsequent to closing. Purchaser acknowledges that floor slabs, driveways, patios, sidewalks and any other poured concrete items will settle and possibly crack. Any tile or other topping or surface placed over such concrete may also crack. Seller shall be responsible for repairs required by the Builders Limited Warranty. Further, Seller agrees to repair any tile cracks on a one-time basis within one calendar year of closing. Purchaser acknowledges that Purchaser will accept any minor color variations that may exist due to dye lot differences. Seller shall not be responsible for the repairs of any tile or concrete if said items were not purchased through Seller. Purchaser acknowledges that certain provisions in the warranty expire one year from closing and is advised to read the builders warranty. The provisions of this paragraph shall survive closing.

If Purchaser has purchased a floor plan which includes an elevated or raised foyer, a sunken living room, a sunken wet bar or another option which creates steps not associated with a stair case, then Purchaser acknowledges and agrees that the tile floor which will be installed by Seller on the steps will have an exposed tile edge. Purchaser further acknowledges and agrees

085219

INITIALS

USA0096

that the exposed edge of most ceramic tiles will be unfinished and without coloring. Purchaser agrees that the tile selected by Purchaser shall be installed at the elevated foyer with an exposed tile edge which may be unfinished. In the alternative, Purchaser and Seller may agree in writing on one of Sellers option Addendum forms at the time of color selection to either: (a) install one of Sellers selections of tumblestone tiles to be installed at the exposed edge, or (b) install a plastic strip to cover the exposed title edge. If ceramic tile is installed with an exposed edge at the elevated foyer, then Purchaser agrees that this unfinished characteristic of the exposed tile edge is an acceptable condition of the tile for purposes of closing and that Purchaser shall not include any item arising out of or pertaining to the exposed tile edge on the Inspection List or on any customer service requests submitted by Purchaser to Seller subsequent to closing. Purchaser further acknowledges that grout joints will vary from house to house depending on tile and field conditions. Furthermore, Seller cannot and does not guarantee any minimum or specified thickness of the grout joints.

#### F. Marble

If Purchaser has selected cultured marble, marble flooring or marble covering of any nature to be installed in the Home, then the Purchaser acknowledges that marble is a natural stone over which neither the Seller nor its supplier or installer have any control over. Marble is highly susceptible to material variations in color, uniformity, surface appearance, shade, texture, spacing, chipping and finished appearance. Such variations are common regardless of any representative sample.

No Warranty by Seller. If Purchaser has purchased marble, Purchaser acknowledges and agrees that neither Seller, the marble supplier nor the marble installer warrant the marble with respect to the characteristics set forth above or for any other aspect whatsoever. Furthermore, Purchaser agrees that these characteristics are acceptable conditions of the marble for purposes of closing and that Purchaser shall not include any item pertaining to these characteristics on the pre closing inspection list or any customer service requests submitted by Purchaser subsequent to closing.

Purchaser is advised and hereby acknowledges that the purchase of marble is made at the sole risk of Purchaser. Seller assumes no responsibility and provides no warranty in the event of Purchaser's dissatisfaction with the marble for any reason whatsoever.

Cultured Marble: Cultured Marble is a man made or manufactured, solid surface. Purchaser acknowledges that as such, it has the same inherent characteristics as described in paragraph L. below.

#### G. Extended Concrete

If Purchaser has agreed to purchase and Seller has agreed to sell concrete flatwork in the rear and/or side yards of the Lot ("Extended Concrete") then Purchaser acknowledges and agrees that Seller has made no representations that the Extended Concrete is suitable or fit for any particular use now or in the future, including, by way of example and not limitation, covered patios, or room additions. Purchaser further acknowledges and agrees that Seller has made no representations that the Extended Concrete is suitable or fit for Purchaser's possible future construction of a privacy wall along the zero lot line.

#### H. Covered Patios

1.    Covered Patio Location. Purchaser acknowledges that one of the following situations may pertain to the Contract:

•    Purchaser has agreed to purchase and Seller has agreed to sell a covered patio, and the covered patio is located on the property line of the Lot; and/or,

•    A covered patio which is located on the property line of the Lot may be a standard feature of the Home.

2.    Fire Wall. If any of the preceding situations apply, then the Purchaser hereby acknowledges the following: a) the codes, provisions and ordinances governing the building of the Home require the erection of a fire rated privacy wall from floor to ceiling along the property line for the entire depth of the covered patio if the covered patio is situated on the property line of a Lot (the "Fire Wall"); and, b) the Seller will build the Fire Wall as and if required. Furthermore, Purchaser acknowledges that Purchaser will be required to build a Fire Wall in accordance with the acceptable codes, provisions and ordinances if Purchaser should choose to add a covered patio, after the date of closing, including a foundation of proper size to support the Fire Wall.

3.    Acknowledgment. If any of the preceding situations apply, Purchaser acknowledges and agrees that the purchase of the Covered Patio does not in any manner change, modify or alter (a) the location of the GFI electrical outlet , if any, on the rear exterior wall of the Home; (b) the location of the hose bib, if any, on the rear exterior wall of the Home, and, (c) the location of the light fixture(s), if any, on the rear exterior wall of the Home. Purchaser further acknowledges and agrees that the (a) relocation or addition of a GFI electrical outlet on the rear exterior wall of the home, (b) addition of a hose bib on the rear exterior wall of the Home and/or (c) addition of a light or fan outlet in the Ceiling of the covered patio is the sole responsibility of Purchaser.

#### I. Garages

1.    Garage Dimensions. Purchaser acknowledges that the garage of the Home purchased may not accommodate all vehicles. Furthermore, it is agreed that the Purchaser is ultimately responsible to determine if Purchaser's vehicle(s) will fit within the garage given the height, width and length of the garage to be constructed.

2.    Garage Options. Seller, as an option and at the request of purchasers, may offer for sale changes affecting the interior of the garage, including, by way of example and not limitation, locating the washer and dryer, laundry (or utility) sink and/or installing a circuit for a future refrigerator in the garage (the "Garage Options"). If Purchaser has agreed to purchase one or more of the Garage Options, Purchaser acknowledges that the purchase of one or more of the Garage Options may result in one or more of the Garage Options Consequences including, by way of example and not limitation, the following:

•    Vehicles may be unable to fit in the garage.

•    Items located in the garage may be damaged due to contact with vehicles entering the garage.

•    Interior garage walls may be damaged due to contact with vehicles entering the garage.

3.    Acceptance. If Purchaser has agreed to purchase one or more of the Garage Options, Purchaser agrees to accept the Garage Options as constructed notwithstanding the existence of the Garage Options Consequences. Furthermore, Purchaser agrees not to include any item arising out of or pertaining to the existence of Garage Options Consequences on the Inspection List (as the item is defined in the Contract) or on any other customer service requests submitted by the Purchaser to Seller subsequent to closing.

#### J. Wood Flooring

If Purchaser has agreed to Purchase and Seller has agreed to sell wood flooring, then Purchaser acknowledges that shade variations and knots are inherent characteristics of wood. As a result, wood

Page 3 of Color Selection Addendum

INITIALS

085220

USA0097

flooring may include knots within and/or shade variations within or between individual wood planks comprising the wood flooring. Purchaser also acknowledges that, from plank to plank, wood flooring may vary minimally in height and wood grain. Furthermore, shade variations may exist within individual replacement wood planks subsequently installed by Purchaser or Seller as compared to the shades of existing individual wood planks comprising the wood flooring. Purchaser agrees to accept the wood flooring including any replacement wood planks notwithstanding the existence of the above-described conditions. Failure to follow the manufacturer's maintenance guidelines may result in damage to the wood and the protective coating.

### K. High Hats and Air Conditioning Vents.

Purchaser acknowledges and agrees that any high hat lighting fixtures air conditioning vents and returns, selected or requested during color selection may not be located in the exact location chosen by the Purchaser. The Seller will attempt to install the high hats or fixtures at the desired location and/or meet the dimensions requested during color selection, but such location or dimensions cannot be guaranteed due to construction restrictions or obstructions.

### L. Solid Surfaces

If Purchaser has agreed to purchase and Seller has agreed to sell a solid surface floor or counter top (including, but not limited to, marble, granite, travertine, tumble stone and stone), Purchaser acknowledges the following inherent characteristics with respect to the solid surface materials (the "inherent Characteristics"):

Solid surface materials are products of nature and will, therefore, experience variations in color, shading, veining, marking, pattern and tone. Wide variations will exist between individual squares of solid surface materials and from samples as demonstrated in Seller's color selection showroom.

Fine hairline cracks occur in all solid surface materials and will be more visible in some slabs. Such cracking is not indicative of defects in the material.

Polished solid surface materials will show scratches.

Solid surface materials are subject to staining.

Solid surface materials are susceptible to damage by strong chemicals including, but not metal limited to, paint removers, oven cleaners, cleaners, acetone nail polish removers and acid drain cleaners.

Purchaser acknowledges and agrees that neither Seller nor the installer of solid surface materials warrants the solid surface materials with respect to the inherent Characteristics set forth above. Furthermore, Purchaser agrees not to include any item arising out of or pertaining to the existence of the inherent Characteristics on the Inspection List (as that term is defined in the Contract) or on any customer service requests submitted by Purchaser to Seller subsequent to closing.

### M. Pre-Wire for Fixtures

Purchaser acknowledges and agrees that any electric junction box pre-wired for a future light fixture is not rated to support many fixtures, including, but not limited to, chandelier light fixtures and ceiling fan fixtures. Purchaser acknowledges and agrees that any electric junction box pre-wired for a future ceiling fan fixture is rated to support fixtures, including, by way of example and not limitation, ceiling fan fixtures or chandelier light fixtures, up to weight of 35 pounds of dead weight. Purchaser acknowledges that, while certain junction boxes and fixtures are manufactured

with high ratings or in such a way as to be directly fastened to the roof trusses, the bottom of the trusses installed in the Home are not engineered for a bottom chord point load to accommodate the weight of heavier fixtures. Purchaser further acknowledges that should Purchaser install any fixture for which the junction box or trusses are not designed, then leaks, cracked drywall and other damage may occur.

### N. Second Story Construction

Purchaser acknowledges that Seller shall construct any second story exterior walls of the Home with concrete block to the second story bond beam only in instances where the second story exterior walls rest directly on the first story exterior walls. Any second story walls which do not rest directly over the first story exterior walls, including, but not limited to, the walls which cross the garage at the front of the Home, will be build with frame construction. Covered patios and verandahs may be supported by reinforced steel columns. Covered entries are supported by wood members and concrete block columns.

### O. Electric for Future Spa and/or Pool

If Purchaser has agreed to purchase and Seller has agreed to sell electric pre-wire for a future spa and/or pool, Purchaser acknowledges and agrees that the option includes the following:

For pre-wire for a future spa and/or pool:
a) one wall mounted 100 amp electrical service panel located on an exterior wall near the air conditioning condensing equipment,

b) one 100 amp breaker dedicated for the future spa and pool inside the main electrical service panel of the Home, and

c) minimum 6 guage wire connecting the service panel to the 60 amp breaker inside the main electrical service panel.

Upgraded electrical service for the Home (on select models may be required at additional cost.

Purchaser acknowledges and agrees that Seller is responsible for selecting the location of the service panel or disconnect box, switch and junction box and that Purchaser may have the opportunity to locate only the switch. In planning these locations, Purchaser acknowledges and agrees that the GFI outlet provided by Seller on the rear of the Home can be no closer than ten feet (10') to, nor more than twenty feet (20') from , the spa and pool. Purchaser further acknowledges and agrees that a light adjacent to a door on the rear of the Home, a ceiling fan outlet or other ceiling outlet cannot be within five feet (5') of the spa and pool. Nothing contained in this paragraph shall relieve Purchaser of the obligation to meet all applicable codes, ordinances and regulations pertaining to the installation of the spa and/or pool upon the lot.

### P. Electrical Upgrades

If Purchaser has agreed to purchase and Seller has agreed to sell electrical options and upgrades, Purchaser acknowledges and agrees that the purchase of such electrical options and upgrades may increase the electrical load of the Home to a level that may require the electrical service of the house be upgraded from its designated or designed level. If such an upgrade in electrical service is required, Purchaser acknowledges and agrees that Purchaser shall bear the cost of such an upgrade. Purchaser further acknowledges and agrees that the determination of whether an upgrade in electrical service is required may not occur until the permit for the Home has been received or after construction of the Home has commenced and proceeded through electrical inspections.

085221

*INITIALS*

USA0098

Q. Patio Extension

Purchaser acknowledges and agrees that the surface of concrete floors may not be even and additional work may be required such as floating additional concrete to accommodate tile installation on any patio extension. Seller is not responsible for any additional work that may be required to accommodate any tile flooring unless Purchaser has purchased a tile upgrade from the Seller.

Purchaser further acknowledges that water may stand on exterior concrete flatwork for several hours after precipitation or from roof run-off. In the event that there is standing water in excess of 1 inch for longer than 12 hours, unless it is from roof run off, Seller has the option to fill the low area and purchaser must accept the repair application despite any uneven or blemished appearance that may result from such repair.

The Provisions of this Addendum shall survive the closing. All of the items and conditions of the Contract and the Standard Provisions attached hereto remain in full force and effect, unless specifically modified herein.

Executed this 26th day of SEPTEMBER, 200 3.

_____
Purchaser

_____
Purchaser

Seller:
Villages of Windsor By Ansca Homes, L.L.C.
A Florida limited liability company

By: _Linda Dragon_____

March 26, 2003
G:\clients\ANSCA\WINDSOR\ISOLA BE\COLORS-1.WPD

085222

USA0099

## PURCHASER'S CLOSING ACKNOWLEDGMENT AND AFFIDAVIT

STATE OF FLORIDA

COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, duly authorized in the State and County aforesaid, personally appeared _Jeanne Romano_ and _____ (hereinafter collectively referred to as the "Affiant"), who, after being first duly sworn upon oath, does depose(s) and state(s):

Affiant as "Purchaser" is consummating the purchase of a residence located at 8154 Via Bolanzo, Lake Worth, Fl 33467 _____ in Palm Beach County, Florida from **Villages of Windsor By Ansca Homes, LLC** as "Seller." Hereinafter the term Seller shall include Seller's representatives, agents and employees.

1. **INSPECTION AND RELEASE**. Purchaser has not relied upon any oral representations made by Seller. Purchaser has inspected the property and accepts the improvements as built including the wood subflooring, subject only to the exceptions described on the attached list ("Punch List") identifying all conditions of construction and equipment which Purchaser and Seller agree require correction or alteration by Seller. Except as noted on the Punch List, Purchaser acknowledges that all cosmetic deficiencies have been repaired and hereby remises, releases and forever discharges Seller from any and all claims, and any and all manner of action and causes of action, suits, deficiencies, covenants, contracts, guaranties, claims and demands whatsoever, in law or in equity, which Purchaser ever had, now has, shall have, or may have, upon or by reason of any matter, cause, event, act, omission, or other thing whatsoever. It is the intent of the parties to this Release to specifically settle all claims and disputes between the parties, whether known or unknown, matured or unmatured, or disclosed or undisclosed. Except as hereinafter set forth, it is Purchaser's intent that this Release is a full, complete, and entire release, and that this Release is to be construed in favor of Seller.

2. **WARRANTIES**. Purchaser acknowledges that the only warranties surviving the closing are those written warranties published by Seller as its Standard Warranty as set forth in the Purchase and Sale Agreement. Purchaser acknowledges and agrees that the Builders Standard Warranty expires on the earlier of one year from the date of closing or the sale of the Property by Purchaser. The Builders Warranty is not transferable. The Bonded Builders Warranty provided by Seller may be transferred. Purchaser understands that there are no implied warranties.

3. **DAMAGES**. Seller's liability arising from this transaction and the construction of improvements on the property will be limited to the actual cost to repair or replace the defective construction and shall not extend to any consequential damages for bodily injury, property damage, pain, suffering, mental anguish, emotional stress or other punitive, exemplary or special damages. In any proceeding under this Agreement, the Seller shall not be responsible for payment of costs or attorney's fees incurred by Purchaser.

This Agreement shall survive the closing of the transaction, and inure to the benefit of Settlement Agent and be binding upon the heirs, devisees, personal representatives, successors and assigns of Buyer/Borrower and Seller.

_Jeanne Romano_
Buyer/Borrower

_____
Buyer/Borrower

VILLAGES OF WINDSOR BY
ANSCA HOME, LLC
a Florida limited liability company

By: _____
Authorized Agent for Seller

SWORN TO AND SUBSCRIBED before me this 22 day of _April_ , 2004.

_____
Notary Public

G:\clients\ANSCA\WINDSOR\Purchaser's Closing Acknowledgment VOW.wpd

085223

USA0100

APR 01 '04 16:21  FROM:                                                    T-714  P.04/14  F-443

# REVISED CONTRACT
## NAME CHANGE

### CONTRACT AND EARNEST MONEY TRANSMITTAL FORM

FROM:    VILLAGES OF WINDSOR BY ANSCA HOMES, LLC.

TO:    Law Office of Mitchell A. Sherman/Attention: Arlene

SUBJECT:    PROJECT:    ISOLA BELLA

LOT # & MODEL:    95D _____ Soffi II

ZERO SIDE:    LEFT ___✓___ RIGHT _____

ELEVATION:    A _____  B ___✓___

BUYER:    Michael A. _____

CLOSING DATE:    4th quarter 03 / 1st quarter 04

SALES PERSON:    Sandy _____

ENCLOSED PLEASE FIND THE FOLLOWING ITEMS IN CONNECTION WITH THE REFERENCED SALE:

[  ] INITIAL DEPOSIT:    $ _____
                        $ _____

[  ] ADDITIONAL DEPOSIT:    $ _____

[  ] ADDENDUMS ATTACHED RE: ANY ADDITIONAL MONIES

_____ Contract Deposit To:  Villages of Windsor By Ansca Homes, LLC
                              (Escrow Waived)
_____ Contract Deposit To:  Mitchell A. Sherman Trust Account with Bond Fee.

[  ] COPY OF PURCHASE AGREEMENT WITH ALL RIDERS ATTACHED
[  ] COPY OF ADDITIONAL RIDER/ADDENDUM NOT PREVIOUSLY SENT
[✓] OTHER: _name change - adding mother to contract_
           _See attached addendum_

FOR ADDITIONAL INFORMATION REGARDING THE ABOVE CONTACT:

[  ] MARGARET CROKE
[  ] FRAN CALABRO
[  ] BRENDA POLAKOFF
[✓] SANDRA GOLDMAN

RECEIVED COPY OF DOCUMENTS:

_____    3/31/04
                                      Date

RECEIVED COPY OF RECORDED DOCUMENTS:

_____    _____
                                      Date

RECEIVED THIS __1__ DAY OF __April__, 2004

CONTRACT ONLY: __X__
CONTRACT & DEPOSIT: _____

BY: _____

085224

USA0101

CASH SALE

## CONTRACT AND EARNEST MONEY TRANSMITTAL FORM

FROM:   VILLAGES OF WINDSOR BY ANSCA HOMES, LLC.

TO:   Law Office of Mitchell A. Sherman/Attention: Arlene

SUBJECT:   PROJECT:   **ISOLA BELLA**

LOT # & MODEL:   95 D Soffi II
ZERO SIDE:   LEFT _X_   RIGHT _____
BUYER:   Michael G. Romano
CLOSING DATE:   4th Quarter 03 / 1st Quarter for 04
SALES PERSON:   Dandy Fields
BROKER:

ENCLOSED PLEASE FIND THE FOLLOWING ITEMS IN CONNECTION WITH THE REFERENCED SALE:

[ X ] INITIAL DEPOSIT:   $ # 34,790
$

[ ] ADDITIONAL DEPOSIT:   $

[ ] ADDENDUMS ATTACHED RE: ANY ADDITIONAL MONIES

_X_ Contract Deposit To:   Villages of Windsor By Ansca Homes, LLC
(Escrow Waived)
____ Contract Deposit To:   Mitchell A. Sherman Trust Account with Bond Fee.

[ ] COPY OF PURCHASE AGREEMENT WITH ALL RIDERS ATTACHED
[ ] COPY OF ADDITIONAL RIDER/ADDENDUM NOT PREVIOUSLY SENT
[ ] OTHER: _____

FOR ADDITIONAL INFORMATION REGARDING THE ABOVE CONTACT:

[ ] MARGARET CROKE
[ ] FRAN CALABRO
[ ] BRENDA POLAKOFF
[ X ] SANDRA GOLDMAN

RECEIVED COPY OF RECORDED DOCUMENTS:

general contract

DATE: _____

RECEIVED THIS _2C_ DAY OF _April_ , 2003

*CONTRACT ONLY:*
*CONTRACT & DEPOSIT:*

BY: _____

085225

USA0102

## ISOLA BELLA PURCHASE CONTRACT

This Purchase Contract (the "Contract") is made between Villages of Windsor By Ansca Homes, L..L.C., a Florida corporation, whose address is 3333 South Congress Ave., Suite 403B, Delray Beach, Florida 33345, herein referred to as "Seller", and the below named Purchaser on the following terms and conditions:

PROJECT: *ISOLA BELLA*              Elevation: B.

Exterior Color: Andrea

NAME AND ADDRESS OF PURCHASER:

PURCHASER'S NAME (Print Names as they will appear on Deed):

Michael G Romano

[ ] a single person, [ ] husband and wife, [ ] as joint tenants with right of survivorship, [ ] as Trustee

Street Address: 206 Saddle Lane

City , State & zip: Levittown, NY, 11756

Telephone No.'s: Home: 516 795 3131 Business: _____ Fax: _____

Miscellaneous or Additional Information (if required):

CASH SALE

HOME AND LOT:

Seller agrees to sell and the Purchaser agrees to purchase that certain parcel of real property known as Lot 95, Block D or Pod ____ of VILLAGES AT WINDSOR, according to the Plat or Replat thereof as recorded (or to be recorded in ) Official Records Book 98 at Page 163-166 of the Public Records of Palm Beach County, Florida, together with a residential dwelling constructed or to be constructed thereon substantially similar, in Seller's sole opinion to Model SOFF. II , including the items described in the "Features List" provided to Purchaser and attached hereto. The Lot together with the improvements to be constructed thereon is hereinafter referred to as the "Home". The street address of the Home, if known as of the date hereof is: T.B.D

PURCHASE PRICE:

The following items comprise the Purchase Price:

Base Price for Home and Lot.......................................................................$ 328,900

Lot Premium.......................................................................$ 19,000

Additional Options per attached Exhibit or Addendums.......................$ _____

TOTAL PURCHASE PRICE.......................................................................$ 347,900

*TOTAL PURCHASE PRICE does not include capital contributions to the Homeowners Association, closing costs, Seller's administrative fee of 1%, and Purchaser's additional closing costs incurred in connection with any mortgage loan obtained by Purchaser.*

METHOD OF PAYMENT:

Purchaser agrees to pay the Total Purchase Price in U.S. Currency, by Cashier's Check or wire transfer to Seller as follows:

a) Reservation Deposit (if any) paid prior to the date of execution of this Contract.. $ _____

b) Initial Deposit of five percent (5%) of Total Purchase Price, less reservation fee, if any, paid upon execution of this Contract by Purchaser, receipt of which is hereby acknowledged, subject to collection.......................................................... $ 34790.

c) Additional deposit of five percent (5%) of Total Purchase Price due thirty (30) days from the date of the execution of this Contract by Purchaser (i.e. _____ ) $ _____

d) Third Party Mortgage Contingency .......................................................... $ _____

e) Balance of Total Purchase Price due in cash at closing.............................. $ 313,110.

TOTAL PURCHASE PRICE.......................................................................$ 347,900

CLOSING:

The estimated closing date of this transaction is 4th Quarter 03 /54, 200 4. This date is for estimating purposes only. The actual closing date will be determined by (but limited to) the conditions contained in Paragraphs D.3, D.4 and D.5 of the Standard Provisions attached hereto.

INITIAL HERE

Page i of Cover Page to Contract

085226

USA0103

STANDARD PROVISIONS:

The Standard Provisions set forth on the following pages are an integral part of this Contract. Purchaser acknowledges having read same and agrees thereto.

NOTICE TO PURCHASER: THE FOLLOWING INFORMATION IS BEING SUPPLIED IN ACCORDANCE WITH THE STATE ESCROW LAW, SECTION 501.1375, FLORIDA STATUTES:

THE PURCHASER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING HOUSE HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% OF THE PURCHASE PRICE) DEPOSITED IN AN INTEREST-BEARING ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE PURCHASER. IF THE RIGHT IS NOT WAIVED, IN WRITING, BY THE BUYER, THE SELLER SHALL BE ENTITLED TO ALL INTEREST EARNED BY SAID DEPOSIT. ANY PAYMENT IN EXCESS OF TEN PERCENT (10%) OF THE PURCHASE PRICE PAID PRIOR TO CLOSING PURSUANT TO THIS PURCHASE AGREEMENT MAY BE USED FOR CONSTRUCTION PURPOSES BY THE SELLER.

THE NAME OF THE ESCROW AGENT IS MITCHELL A. SHERMAN, P.A. ESCROW ACCOUNT. THE ADDRESS OF THE ESCROW AGENT IS 1301 N. CONGRESS AVE., SUITE 210, BOYNTON BEACH, FLORIDA 33426. THE UNDERSIGNED HAS READ THIS PARAGRAPH AND HEREBY ELECTS "A" OR "B" EVIDENCING SUCH ELECTION BY MARKING THE APPROPRIATE BOX AND PLACING HIS INITIALS IN THE APPROPRIATE PLACE.

Please check one option and initial:

A. The PURCHASER hereby waives the right to have the deposit monies held in an interest bearing escrow account, as allowed by Florida Statute 501. 1375, including the right to require the Seller to deposit in escrow up to ten percent (10%) of the Purchase Price paid by the Purchaser to the Seller and releases said funds to the Seller.

B. The PURCHASER hereby exercises his right, as provided in Florida Statute 501.1375 to require the Seller to deposit in escrow up to ten percent (10%) of the Purchase Price. Seller shall however, have the right to deliver a Master Surety Bond to the Escrow Agent to secure such deposits in accordance with the provisions of Florida Statute 501.1375. In such event, the deposit will be released by Escrow Agent to Seller. A copy of Seller's Escrow Agreement and Surety Bond is available at Seller's sales office. The cost of the Surety Bond in the amount of $375.00 shall be paid by the PURCHASER at the time of closing.

PURCHASER'S SIGNATURE ON THIS DOCUMENT AND PURCHASER'S SIGNATURE AND/OR INITIALS ON EXHIBITS AND ADDENDA EVIDENCES PURCHASER'S ACCEPTANCE AND UNDERSTANDING OF ITS TERMS. PURCHASER ACKNOWLEDGES AND REPRESENTS THAT PURCHASER HAS READ THIS AGREEMENT AND ALL EXHIBITS AND ADDENDA TO IT, THAT PURCHASER AGREES TO BE BOUND BY ALL OF ITS TERMS AND THAT PURCHASER IS NOT RELYING ON ANY STATEMENT, PROMISE, CONDITION, OR STIPULATION NOT SPECIFICALLY SET FORTH IN THIS AGREEMENT. PURCHASER UNDERSTANDS THAT SELLER IS RELYING ON PURCHASER'S ACKNOWLEDGMENT AND REPRESENTATIONS, AND SELLER WOULD NOT AGREE TO SELL THE PROPERTY TO PURCHASER WITHOUT PURCHASER'S ACKNOWLEDGMENT AND REPRESENTATIONS.

EXECUTED THE DAY AND YEAR WRITTEN BELOW.

Witness: _____

Witness: _____

PURCHASER _____
Social Security No, ██████████
Date signed by Purchaser: __4/26-03__

Witness: _____

Witness: _____

PURCHASER _____
Social Security No. _____
Date signed by Purchaser: _____

THIS AGREEMENT IS NOT BINDING ON SELLER UNTIL ACCEPTED BY AN OFFICER OF SELLER

SELLER: Villages of Windsor By Ansca Homes, L..L.C.
A Florida limited liability company

Witness: _____

By: _____ , Authorized Member
Date accepted by Seller: __4/28/23__
[Effective Date]

Witness: _____

(SEAL)

(G:\clients\ANSCA\WINDSOR\ISOLA DE\COVERP-1.WPD)

Page ii of Cover Page to Contract

085227

USA0104

**ISOLA BELLA**
**ADDENDUM TO PURCHASE CONTRACT**

The following items are in addition to the Purchase Contract dated _4-25-c3_ between

_Michael Romano_ ("Purchaser") and Seller, whose name is set forth below,

for Model _Scffi II_ on Lot _D-95_ (the "Purchase Contract").

(  ) as Joint Tenants with right of survivorship, ( ) a single person , ( ) husband and wife, ( ) as Trustee

Purchaser hereby agrees that he is not assigning the contract to another party.  Purchaser also agrees that **Jeanne Romano (Mother)** will be added to the contract as a Purchaser.  The Purchasers further agree that if adding **JeanneRomano** prevents them from obtaining a mortgage then his/her name will be removed from the contract and **Michael Romano** must apply for the mortgage.  However, the addition of **Jeanne Romano** cannot be the basis for claiming inability to obtain a Mortgage.

FROM:     Michael Romano

TO:       Michael Romano and Jeanne Romano

_Jeanne Romano_ 3/29/2004          _[signature]_          3/29/2004
PURCHASER          DATE          PURCHASER          DATE

SELLER:      VILLAGES OF WINDSOR BY ANSCA HOMES, L.L.C.
             A Florida limited liability company

By:_____          Date:_3/30/04_
    Authorized Signature

085228

USA0105

## ESCROW WAIVER ADDENDUM TO PURCHASE CONTRACT

This Escrow Waiver Addendum to Purchase Contract is executed in conjunction with and, by this reference, incorporated into the Purchase Contract dated ___April 26,03___ between Seller, whose name is set forth below, and ___Michael G.___ ___Roman___ ("Purchaser" or "Buyer") for Lot __95 D__, Plan __50 FF ft__ in the community known as ISOLA BELLA .

WHEREAS, THE BUYER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% OF THE PURCHASE PRICE) DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER; and

WHEREAS, in the event the above right is not waived by the Buyer, all funds (up to 10% of the Purchase Price) shall be placed in an escrow account with the Escrow Agent (as hereinafter defined);

NOW, THEREFORE, Seller and Purchaser hereby agree as follows:

1. PURCHASER, BY EXECUTION HEREOF, HEREBY AGREES AS FOLLOWS (strike the inapplicable paragraph):

   A. Purchaser hereby waives the right to have the deposit funds placed in an escrow account and agrees that all deposits may be used by Seller solely for construction purposes.

   OR

   B. Purchaser does not waive the right to have all of the deposit funds (up to 10% of the Purchase Price) placed in an escrow account, subject to the obligations imposed by paragraph 2 below.

2. Purchaser further acknowledges that if paragraph 1.A above is stricken and therefore the deposit funds (up to 10% of the Purchase Price) are deposited in an escrow account, then the following shall apply:

   A. Any interest earned, in accordance with Section 501.1375(4), Florida Statutes, shall be payable to Seller at Closing, except as otherwise provided in Section 501.1375, Florida Statutes.

   B. If Seller desires to use the funds for building purposes, Seller may borrow money for construction purposes in the amount of the deposit funds.  In such event, Purchaser shall pay to Seller the interest on the loan for a period not to exceed twelve (12) months, less any interest accrued on the escrow account.

   C. If Seller desires to use the funds for building purposes, Seller may in the alternative acquire a master surety bond issued by a company licensed to do business in the State of Florida, in an amount equal to or greater than the total amount of the escrowed funds.  In such event, Purchaser shall pay to Seller at Closing an amount equal to the premium for the applicable portion of said surety bond securing Purchaser's deposit or a set sum of $375.00 whichever is more, securing Purchaer's deposit..

3. In accordance with Section 501.1375(3), Florida Statutes, Seller has established an escrow account (the "Escrow Account") with Mitchell A. Sherman, P.A. (the "Escrow Agent"), 1301 North Congress Ave., Suite 210, Boynton Beach, Florida 33426.

4. Unless waived herein, all deposit monies (up to 10% of the Purchase Price) received by Seller from Purchaser prior to Closing pursuant to the Purchase Contract shall be deposited into the Escrow Account.  Such payments shall be held in the Escrow Account, together with payments of other buyers of homes in the Community.  Purchaser may, upon written request to the Escrow Agent, obtain a receipt for his deposit.

5. Purchaser agrees to indemnify and hold Escrow Agent harmless from any claims or damages which may result from Escrow Agent's escrowing or disbursing of Purchaser's payments held in accordance with Section 501.1375, Florida Statutes, other than those claims or damages resulting from Escrow Agent's gross negligence or willful malfeasance.  The provisions of this paragraph shall survive closing and any termination of the Purchase Contract described above.

6. In the event that, prior to Closing, Escrow Agent receives written notice of a dispute between Purchaser and Seller regarding the escrow deposit, Escrow Agent is authorized in its sole discretion to comply with the terms of the Escrow Agreement, or retain the escrow deposit until such dispute is resolved by the agreement of Purchaser and Seller or by a court of competent jurisdiction, or commence an action in the nature of interpleader and seek to deliver the documents, instruments and escrow deposit to a court of competent jurisdiction.

7. Deposit Funds do not include payments made for options and upgrades.

   Section 489.1425(1), Florida Statutes, requires the following to be disclosed in any contract for the construction of residential real property:

INITIAL HERE

CONSTRUCTION INDUSTRIES RECOVERY FUND

Page 1 of Escrow Waiver Addendum

**085229**

USA0106

# DISCLOSURE SUMMARY

### FOR ISOLA BELLA (THE "COMMUNITY")

1. AS A PURCHASER OF PROPERTY IN THIS COMMUNITY, PURCHASER WILL BE OBLIGATED TO BE A MEMBER OF A HOMEOWNERS ASSOCIATION.

2. THERE HAVE BEEN OR WILL BE RECORDED RESTRICTIVE COVENANTS GOVERNING THE USE AND OCCUPANCY OF PROPERTIES IN THE COMMUNITY

3. PURCHASER WILL BE OBLIGATED TO PAY ASSESSMENTS TO THE HOMEOWNER'S ASSOCIATION, WHICH ASSESSMENTS ARE SUBJECT TO PERIODIC CHANGE.

4. PURCHASER'S FAILURE TO PAY THESE ASSESSMENTS COULD RESULT IN A LIEN ON PURCHASER'S PROPERTY.

5. THERE IS NOT AN OBLIGATION TO PAY RENT OR LAND USE FEES FOR RECREATIONAL OR OTHER COMMONLY USED FACILITIES AS AN OBLIGATION OF MEMBERSHIP IN THE HOMEOWNERS ASSOCIATION.

6. THE RESTRICTIVE COVENANTS FOR THE COMMUNITY CAN BE AMENDED WITHOUT THE APPROVAL OF THE ASSOCIATION MEMBERSHIP.

7. THE STATEMENTS IN THIS DISCLOSURE SUMMARY ARE ONLY SUMMARY IN NATURE AND AS A PROSPECTIVE PURCHASER, YOU SHOULD REFER TO THE DECLARATION OF COVENANTS, RESTRICTIONS AND CONDITIONS AND OTHER ASSOCIATION DOCUMENTS.

8. EACH HOMEOWNER IS HEREBY NOTIFIED THAT PORTIONS OF THE COMMUNITY ABUT AND MAY BE ADJACENT TO STATE ROAD 7 (441) AND THAT THE COMMUNITY IS IN AN AREA SUBJECT TO NOISE GENERATED BY TRAFFIC ON THE STATE ROAD 7 (441) AND THAT ANY COSTS TO MITIGATE THIS NOISE SHALL BE BORNE BY THE ASSOCIATION AND NOT PALM BEACH COUNTY. SELLER HOWEVER MAKES NO REPRESENTATION OR WARRANTY AS TO ANY SUCH NOISE OR THE LACK THEREOF. NO FURTHER IMPROVEMENTS OR MITIGATION MAY BE CONSTRUCTED BY THE SELLER OR THE ASSOCIATION IN ORDER TO MITIGATE OR REDUCE SUCH NOISE, IF ANY.

PURCHASER HEREBY ACKNOWLEDGES RECEIPT OF THIS SUMMARY BEFORE SIGNING THE PURCHASE CONTRACT.

_____  4/16-03  _____
Purchaser                Date  Purchaser                Date

G:\clients\ANSCA\WINDSOR\ISOLA BE\DISCLO~1.WPD

085230

USA0107

PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS: (904) 727-6530, 7960 ARLINGTON EXPRESSWAY, SUITE 300, JACKSONVILLE, FLORIDA 32211.

Executed the day and year written below.

_____ 4/26-03    _____ _____
PURCHASER            DATE        PURCHASER              DATE

SELLER:        VILLAGES OF WINDSORS BY ANSCA HOMES, L.L.C.
               a Florida limited liability company

By: _____    Date: __4/28/03__

June 6, 2002G:\clients\ANSCA\WINDSOR\USOLA BE\ESCWAI~1.WPD

Page 2 of Escrow Waiver Addendum



085231

USA0108

ISOLA BELLA
OPTION ADDENDUM TO PURCHASE CONTRACT

The following items are in addition to the Purchase Contract dated _April 20, 2003_ _____ between __ _Michael G. Romano_ ("Purchaser") and Seller, whose name is set forth below, for Model _SOFFITE_ on Lot _95_ (the "Purchase Contract").

| Option Item | Description | Amount |
|---|---|---|
| 1. | HOUSE ORIENTATION IS ZERO LEFT, SUBJECT TO CHANGE BY BUILDER | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| | TOTAL | |

Method of Payment:

$_____ Due:_____
$_____ Due:_____
$_____ Due:_____

Purchaser agrees that the options selected above are FINAL pursuant and subject to the terms and conditions of the Standard Provisions of the Contract.

_____ _4/26·03_ _____ _____
PURCHASER          DATE      PURCHASER          DATE

SELLER:    VILLAGES OF WINDSOR BY ANSCA HOMES, L.L.C.
           A Florida limited liability company

           By: _____ Date: _4/28/06_
               Authorized Signatory

G:\clients\ANSCA\WINDSOR\ISOLA BEOPTION-1.WPD

**085232**

Page 1 of Option Addendum

USA0109

## ISOLA BELLA
### ADDENDUM TO PURCHASE AGREEMENT

This addendum is made part of the Purchase and Sale Agreement dated _April 26 2003_
between _Michael G Romano_ _____ as purchaser and Villages
of Windsor by Ansca Homes L.L.C. as seller for the purchase of Model _____
lot _95 D_ of Isola Bella.

### "Oral Representations Clause"

"Purchaser acknowledges that they not rely upon any statement that is not specifically set forth in written and/or in their purchase and sale agreement. Oral statements may _not_ be relied upon."

This Addendum is Hereby Incorporated Into the Purchase Agreement and Subject to the Terms Thereof. DATED this _26_ day of _April_ , 20 _03_

_____                           _4/26-03_
PURCHASER                                          DATE

_____                           _____
PURCHASER                                          DATE

SELLER:    VILLAGES OF WINDSOR BY ANSCA HOMES L.L.C.
           A Florida limited liability company

By: _____    Date: _4/28/03_
        Authorized Signatory



085233

USA0110

**ISOLA BELLA** (at Villages of Windsor)
**PLATTING ADDENDUM**

This Platting Addendum ("Addendum") is executed in conjunction with and, by this reference, incorporated into the Purchase Contract dated ___April 26.03___ between ___Michael G. Romnix___ ("Purchaser") and Seller, whose name appears below, for Lot _95 D_, Plan ___Sorfilt___ (the "Purchase Contract").

Purchaser and Seller hereby agree as follows:

1.    All initial capitalized terms used herein but not defined shall have the same meaning as set forth in the Purchase Contract.

2.    Seller hereby advised Purchaser and Purchaser hereby acknowledges that the platting of the Community has not yet been completed. Any and all references to lot numbers, lot dimensions, lot sizes, lot locations, configuration of lots, location and sizes of easements, road alignment, lakes, recreation area, preservation area, front entrance, etc. are all subject to final platting.

3.    Notwithstanding the foregoing, Purchaser acknowledges that Purchaser is bound by the Purchase Contract and may not cancel the Purchase Contract because platting has not been finalized. Further, should the plat not be accepted as submitted, Seller shall submit an alternate plat and, if Purchaser's lot on the alternate plat is no longer shown or is substantially modified from such lot as depicted on the original plat, Purchaser shall be required to choose a replacement lot of equal value to the lot chosen in the Purchase Contract. Seller shall use its best efforts to satisfy this requirement of closing at the earliest possible date.

4.    In the event of a conflict between the provisions of this Addendum and the provisions of the Purchase Contract, the provisions of this Addendum shall control. Except as otherwise provided herein, all terms and provisions of the Purchase Contract shall remain in full force and effect.

Executed the day and year written below.

PURCHASER _____ DATE _4/26-03_    PURCHASER _____ DATE _____

SELLER:    Villages of Windsor By Ansca Homes, L.L.C.
a Florida limited liability company

By: _____    Date: _4/8/03_
Authorized Signatory

G:\clients\ANSCA\WINDSOR\ISOLA BE\PLATTI~1.WPD

Page 1 of Platting Addendum

085234

USA0111

## STANDARD PROVISIONS

These Standard Provisions and the terms and conditions contained herein are a part of and, by this reference, incorporated into the Contract dated Apri 26.03 executed between Seller and Purchaser for Model SOFFI II upon Lot 95D in the community known as ISOLA BELLA (at Villages of Windsor) (the "Community").

### A. MODEL HOMES AND MODEL ROW

1. Finalization of Lot and Model Selection. Purchaser acknowledges that the Lot and Model purchased are FINAL once Seller has executed this Contract. Any request by Purchaser for a change In the Lot and/or Model may or may not be accepted by Seller in the sole discretion of Seller. Should Seller approve any such request, Seller reserves the right to charge Purchaser, and Purchaser agrees to pay to Seller, a $5,000.00 contract rewrite fee; however, Purchaser's offer or agreement to pay such fee will not obligate Seller to agree to the change requested. Purchaser agrees to pay the preceding fee, as applicable, in addition to permitting and/or other direct costs incurred by Seller in accommodating such request, if any, plus damages for any delay. Purchaser acknowledges that such a request may require additional time for delivery of possession of the Home.

2. Model Upgrades. Purchaser acknowledges that, unless specifically included in the exhibit entitled Standard Features (receipt of which is hereby acknowledged by Purchaser), all furnishings, window treatments, accessories, built-ins, drywall details, lighting fixtures, wall coverings, fixtures, mirrors, recessed lighting, floor coverings, features and other decorative improvements appearing in any model home, including any model home in a model row offered by one of Seller's affiliates, are not included in the Home and that standard carpeting, cabinets, counter tops, floor tile and paints may be of a different quality, color or grade than as shown. Purchaser hereby acknowledges receipt of an exhibit entitled Upgraded Model Features, which includes upgraded or optional features in the model home, if any, of the floor plan which Purchaser has selected to purchase on the front page hereof. The items listed may not be inclusive of all upgrades or options shown in that particular model home. If Seller has not built a model home of the floor plan which Purchaser has selected to purchase on the front page hereof, Purchaser acknowledges that items viewed in any other model home may not be standard features of the Home purchased. Purchaser also acknowledges that the landscaping surrounding the model homes and sales center may be more extensive than will be provided with the Home. Purchaser acknowledges that no credit will be given to Purchaser for the deletion of any standard feature (e.g. carpeting or tile) omitted from the Home at Purchaser's request.

3. Model Home Lots. Purchaser acknowledges that the models of Seller's product intended for nominal seventy five foot (75') wide/deep lots may be situated on smaller or wider (50x120') lots than the Lot which Purchaser is acquiring. Construction of models on wider lots is intended to consolidate Seller's multiple product lines into a single model row(s) and not to misrepresent the size of lots or distance between homes typically available In the Community.

4. Right to Construct Model Row(s). Seller hereby reserves the right to construct a "model row(s)" in the Community. In the event that Seller, as developer of the Community, constructs a model row(s), such model row(s) may be used for any of Seller's projects or its affiliates' projects for an indefinite period of time which may extend past the date of turnover of control of the Association, as hereinafter defined. The provisions of this paragraph shall survive the closing.

5. Other Model Rows. Purchaser acknowledges that Purchaser may have viewed model homes at a model row operated by one of Seller's affiliates or at another project under development by Seller which features a similar product line to the Home being purchased by Purchaser ('Viewed Community') for purposes of viewing the product line constructed by Seller. Notwithstanding the preceding, Purchaser hereby acknowledges that product lines offered in other communities owned by Seller or its affiliates are similar but may not be identical. Purchaser further acknowledges that local building code requirements, construction specifications and/or standard features may be different between the Community and the Viewed Community. Furthermore, Purchaser acknowledges that subcontractors,

construction labor personnel and construction supervisors responsible for constructing the Community and the Viewed Community may be different. Therefore, substantive differences may exist between the Home and the model home seen in the Viewed Community including, by way of example and not limitation, room dimensions, exterior elevations, the 'footprint' of the home, location and type of air conditioning equipment, privacy walls, marble tubs, millwork, locations of lighting and electrical fixtures, windows, thickness of walls, standard cabinets and standard fixtures. Purchaser acknowledges that Seller has no obligation whatsoever to construct, supply or provide in the Home those differences between the Home and the model home seen in the Viewed Community. Available color selections for the Home and the model home seen in the Viewed Community may differ due to variations in standard product specifications and/or contracted material suppliers and labor subcontractors. Purchaser acknowledges that the standard color selections made available with the Home and specifically to the Community are the only color selections available.

6. Standard Features. Purchaser acknowledges that the standard features specific to the Community are set forth in the document entitled Standard Features Addendum. All features and appliances are subject to availability, and to change or substitution as deemed advisable by Seller, its architect or its engineer, or as required by law. In the event the features or appliances are changed or substituted for at any time prior to the closing, Seller agrees that such modifications will not substantially lessen the value of the Home and Seller will provide substitutions which are of similar, equal or better quality. In the event the features or appliances are changed or substituted for, Purchaser agrees that Purchaser will accept such changes or substitutions without notice and/or compensation, and that this Contract shall remain in full force and effect.

### B. CONSTRUCTION

1. Options and Upgrades. The Purchase Price of the Home includes those items shown on the exhibit entitled Standard Features. Alternate selections or upgrades are available at Purchaser's option at an additional expense. Purchaser agrees that all options, changes, additions, deletions or other modifications in the construction of the Home desired by Purchaser and agreed to at the sole discretion of Seller shall be agreed upon in writing by Purchaser and Seller at the time of execution of the Option Addendum(s). Any options purchased after this Contract has been fully executed shall be subject to the provisions of Section B.3 below and will require that unless otherwise agreed to by the parties, all of the additional costs or charges incurred due to such options, changes, additions, deletions or other modifications be paid to Seller by Purchaser at the time of execution of the Option Addendum(s). Such payments shall not be a deposit or any part of a deposit for the purchase of the Home but are separate consideration paid by Purchaser to Seller to induce Seller to alter or amend Seller's plans, specifications and procedures to accommodate the preferences of Purchaser. Further, because of the personalized nature of such options and other changes, such payments shall not be refunded to Purchaser under any circumstances other than a default by Seller (which Seller fails to cure after notice and the expiration of the applicable cure period) without any default by Purchaser, and Seller shall be entitled to retain such payments in the event of a default by Purchaser as liquidated damages in accordance with the provisions of Section F. 1 below.

2. Purchaser Selections. Purchaser shall select the outside color and elevation for the Home upon execution of this Contract. Purchaser shall thereafter complete the color selection form and Option Addendum(s) for those items as to which Purchaser has a choice of selection within fifteen (15) days of the date Seller notifies Purchaser that such selections may be made for their Home. In the event Purchaser fails to timely complete the Color Selection Process, Seller shall have the right to make such selections as it deems advisable to facilitate the permit application process for and/or the construction of the Home and Purchaser agrees to accept such selections made by

Page 1 of Standards

Purchaser _____ Purchaser _____

085235

USA0112

Seller. Purchaser acknowledges that selection of roof and/or exterior wall colors may be limited based upon roof and/or exterior wall color selections for homes on either side of the Home. In addition, Purchaser acknowledges that Seller's sales personnel and options coordinators are not interior decorators or designers, and their participation in the Color Selection Process is merely intended to facilitate Purchaser's completion of the Color Selection process within the time frame set forth above and not to recommend particular selections to Purchaser. In that regard, Purchaser further acknowledges and agrees that Purchaser shall be responsible for all selections made during the Color Selection Process, and if Purchaser is not satisfied for any reason whatsoever with any selections made during the Color Selection process, Seller (and Seller's sales personnel options coordinators) shall not have any responsibility or liability therefore.

3. Finalization of Selections and Requests for Changes. Purchaser acknowledges that the elevation, colors and options selected are FINAL once Seller's color selection form has been completed and Seller has executed all Option Addendum(s) which have been submitted to the date thereof and to which Seller agrees. No changes are permitted once selections are finalized.

4. Unavailable Selections. Seller reserves the right to make changes and substitutions of material of a similar, equal or better quality than those contained in the model home(s), if any, or in any other home within the Community, shown on the plans and specifications and/or displayed in Seller's color selection room. In the event an item selected by Purchaser on the color selection form and/or Option Addendum is discontinued, changed, substituted for or otherwise made unavailable for installation, Purchaser shall promptly and without compensation re-select that item from the choices made available by Seller. The quality of the Item to be re-selected shall be similar to, equal to or better than the item originally selected; however, Purchaser acknowledges and accepts that significant differences may exist in color availability. In the event Purchaser fails to timely re-select an item, Seller shall have the right to make such re-selection on behalf of Purchaser as it deems advisable to facilitate completion of construction and Purchaser agrees to accept such colors or items as selected by Seller. In the event re-selection of an item is required, Purchaser shall not select an upgrade except at an additional cost to Purchaser and only upon approval by Seller.

5. Plans and Specifications. The Home will be erected substantially in accordance with the plans and specifications prepared by the architect provided however, that the plans and specifications are subject to change, without notice, as may be deemed necessary or advisable by Seller, its architect or its engineers, or as may be required by law, or as may be necessitated by a change in Seller's subcontractors or in Sellers sole and absolute discretion based upon actual construction and other considerations. Purchaser agrees to close notwithstanding such changes. Seller agrees that such changes shall not substantially lessen the value of the Home. Such changes shall include, but shall not be limited to: the reversal of the floor plan of the Home to the mirror image of the floor plan of the model home as shown in Seller's sales brochures (unless otherwise designated on any Rider or Addendum hereto), the plans and specifications and/or the model home(s), if any; changes in the dimensions of rooms, covered patios, and verandahs; and, changes in the location of doors, windows, walls, partitions, television outlets, electrical outlets, telephone outlets, outside air-conditioning components and electrical panel boxes and any transformers or circuit breakers installed or required by local utilities. All illustrations shown in brochures are artists renderings. All dimensions and locations thereon are approximate and may vary according to building conditions and codes. Decisions will be made to locate features and options at the discretion of Seller without prior notice to Purchaser. Ceiling heights and direction of trusses may vary in floor plans built with alternative elevations not shown on Seller's model row, if any. The provisions of this paragraph shall survive the closing.

6. Change in Building Code and Construction Costs. Purchaser acknowledges that the Purchase Price of the Home has been agreed upon by Purchaser and Seller based upon current building costs, the plans and specifications for the Home and the applicable building codes as they exist on the date of this Contract. Purchaser further acknowledges that the construction costs and applicable building codes may change after the date hereof in such a way as would require that the plans and specifications for the Home be modified so that the Home is constructed in compliance with the applicable building codes as modified. Purchaser hereby agrees that the risk of any such changes shall be borne by Purchaser; that is to say, Purchaser agrees to pay to Seller at the closing the reasonable cost of any changes made to the Home and to the plans and specifications which were required to be made as a result of any such changes in the applicable building codes or as a result of increases in construction costs and materials. The provisions of this paragraph shall survive the closing.

7. Changes to Options Selected. If any options or changes are omitted by Seller, whether as required by law or for any other reason, Purchaser shall receive a refund of any amounts paid for each item omitted and Seller will have no further liability to Purchaser. The omission of an option shall not give Purchaser the right to terminate this Contract or otherwise require Seller to install or provide the omitted option. If any options or upgrades have been installed by Seller in or around the Home which have not been agreed upon in writing by Seller and Purchaser in either this Contract and/or Options Addendum(s), Purchaser may elect to purchase such options or upgrades, in which event Seller shall collect the selling price of the option or upgrade from Purchaser at closing (or thereafter if discovered after closing). In the event Purchaser does not elect to purchase such options or upgrades at their selling price, Seller shall cause the option or upgrade to be removed from the Home. The provisions of this paragraph shall survive the closing.

8. Warranty. Purchaser shall receive Sellers Standard Builders Warranty. Purchaser acknowledges that the builders standard warranty is not transferable and expires upon the earlier of one year of a sale of the property by the Purchaser. PURCHASER RELINQUISHES AND WAIVES, AND SELLER HEREBY EXPRESSLY DISCLAIMS, ANY AND ALL OTHER WARRANTIES AS TO THE HOME AND THE OTHER PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT, WHETHER ARISING FROM CUSTOM, USAGE OF TRADE, COURSE OF DEALING, STATUTE, CASE LAW OR OTHERWISE. SELLER GIVES NO EXPRESS WARRANTY ON THOSE ITEMS DEFINED AS 'CONSUMER PRODUCTS' BY THE MAGNUSON-MOSS WARRANTY ACT. TO THE EXTENT THAT BY LAW OR OTHERWISE ANY OF SUCH WARRANTIES CANNOT BE ENTIRELY DISCLAIMED, ALL SECONDARY, INCIDENTAL AND CONSEQUENTIAL DAMAGES ARE SPECIFICALLY EXCLUDED AND DISCLAIMED, AND PURCHASER RELINQUISHES AND WAIVES ANY RIGHTS PURCHASER MAY HAVE TO ANY SUCH DAMAGES (CLAIMS FOR SUCH SECONDARY, INCIDENTAL AND CONSEQUENTIAL DAMAGES BEING CLEARLY UNAVAILABLE AND WAIVED BY PURCHASER IN THE CASE OF WARRANTIES WHICH ARE ENTIRELY DISCLAIMED). Purchaser acknowledges that floor slabs, driveways, patios, sidewalks and any other poured concrete items will settle and possibly crack. Any tile or other topping or surface placed over such concrete may also crack. Seller shall be responsible for repairs required by the Builders Limited Warranty. Further, Seller agrees only to repair any tile cracks on a one-time basis within one calendar year of closing. Purchaser further acknowledges that Purchaser will accept any color variations, which may be substantial that may exist due to dye lot differences or other factors. Seller shall not be responsible for any variation in the color or concrete or common area walkways or pathways. the repairs of any tile or concrete if said items were not purchased through Seller. Purchaser acknowledges that certain provisions in the warranty expire one year from closing. The provisions of this paragraph shall survive closing.

9. Insulation. Seller advises Purchaser that insulation has been or will be installed in the Home. The location, type, approximate thickness and approximate R-value (according to the manufacturers thereof) of the insulation are as follows:

| Location | Type | Thickness | R-Value |
|---|---|---|---|
| a) Ceiling over air conditioned living area | Fiberglass Batts | 7.5" | R-19 |
| b) CBS Walls | Reflective Foil | N/A | R-4.2 |
| c) Frame Wall between house and garage | Fiberglass | 3.5" | R-11 |

Page 2 of Standards

Purchaser _____   Purchaser _____

085236
USA0113

Batts

d) Knee wall          Fiberglass 6.25"     R-19
                      Batts

Seller reserves the right to use a different type of insulation with a different thickness and R-value in accordance with the provisions of Section B.5 above.

10. Lot Grade. Purchaser hereby acknowledges that drainage swales have been designed and established between homes ("Side Yard Swales") to carry storm water off the lot and to maintain positive drainage away from the Home. Side Yard Swales exist between any two lots situated side-by-side and may vary in depth from swale to swale. Drainage swales may also exist in the front yard of a lot near the road pavement as part of both the lot and roadway drainage systems. Purchaser further acknowledges that standing water in drainage swales, roads, driveways and yards may result after periods of heavy rainfall but should dissipate within forty-eight (48) hours provided there is no additional rainfall and the sprinklers are disengaged during the dissipation period. This acknowledgment shall survive the closing.

### C. LOT DESCRIPTION

1. Easements. Purchaser acknowledges that easement(s) are located beneath, across or over the Lot. An easement grants the right for others to use the easement property for the purposes specified in the grant of easement. A grant of easement also restricts Purchaser's usage of the easement property including, by way of example and not limitation, restricting the placement, erection or installation of improvements, structures, fences and landscaping therein. Additionally, setbacks for houses, pools, enclosures and other structures may be established from the easement line, and not the property line. Furthermore, Purchaser acknowledges that the location of easements upon the Lot may necessitate changing the planned location of the air conditioning pad and compressor to an alternate location to avoid conflict with easement property. The Plat and Association Documents set forth the easements which may be granted. Typical easements include, by way of example but not limitation: utility; drainage; maintenance; lake maintenance access; lake maintenance; lift station; buffer; limited access; Bell South Telephone; well site; and, drainage, maintenance and overhang.

2. Above Ground equipment. Purchaser acknowledges that above ground utility equipment and fixtures (the "Above Ground Equipment'), Including, but not limited to, street lights, telephone boxes, cable television service pedestals, fire hydrants, electrical transformers, secondary power pedestals and/or switch cabinets, may be located within the utility easements or easements granted specifically to a utility franchise. The locations of Above Ground Equipment are determined by the utility company, municipality and/or Home Owners Association as they deem necessary in their sole discretion to supply utility services. Purchaser also acknowledges that the location or relocation of above ground equipment is absolutely not within the control or the responsibility of Seller. Purchaser hereby agrees that Purchaser is not entitled to receive either compensation, the right to terminate or invalidate this Contract or the right to transfer lots in the event Above Ground Equipment Is located upon the Lot.

3. Setbacks. Purchaser acknowledges that specific setback requirements have been established by the Association Documents, as hereinafter defined, and/or applicable building and/or development codes, as applied to or modified for the approved site plan for the Community, for the construction, erection and installation of (a) buildings, including by way of example and not limitation, homes, covered patios, room additions and other improvements, (b) screen enclosures and (c) pools. Purchaser agrees to purchase the Home and Lot subject to the established setbacks such that any improvements undertaken by Purchaser subsequent to the closing of the Home are required to comply with those setback requirements. Furthermore, Purchaser acknowledges that Seller has made no representation or guarantee that future improvements to be undertaken by Purchaser shall fit upon the Lot within the setbacks. This determination is the sole responsibility of Purchaser.

4. Lakefront Lots and Wetland Plantings. If the lot which is the subject property of this Contract is adjacent to a lake maintenance easement, Purchaser acknowledges that a portion of the lake areas, including any lake areas adjacent to the lot,

may have wetland and/or littoral planting of native species as required by Palm Beach County. If the Lot which is the subject property of this Contract is adjacent to an "OS" or open space tract as designated on any plat of the Community or any portion thereof or in any lot study or survey, Purchaser acknowledges that such "OS" or open space tract is not part of the Lot, and nothing may be planted, constructed, stored or placed by Purchaser in such "OS" or open space tract.

5. Lakefront Lots and Edge of Water. If the Lot which is the subject property of this Contract is adjacent to a lake maintenance easement, Purchaser acknowledges that the edge of water is separated from the Lot by both the lake maintenance easement and a lake bank which stretches from the edge of water up to the lake maintenance easement. Purchaser hereby also acknowledges that the designation on the plat, or in any lot fit study or survey of a lake tract does not define the location of the edge of water as being at the perimeter of the lake tract.

6. Survival of Closing. The provisions of this Section C shall survive the closing.

### D. CLOSING

1. Title. Seller shall convey fee simple title to the Home to Purchaser by Special Warranty Deed, subject to: (a) the provisions of the Association Documents: (b) matters shown on the Plat: (c) taxes and assessments for the year of closing and subsequent years including, but not limited to, pending and certified county or municipal improvements liens: (d) any and all other covenants, restrictions, reservations, conditions, limitations and easements of record or imposed by governmental authorities having jurisdiction or control over the subject property: (e) zoning, building code, zoning and development laws, ordinances, regulations and rights or interests vested in the United States or the state of Florida: (f) Master Declaration of Covenants, Conditions and Restrictions of Villages of Windsor (g) any matters not listed above as long as affirmative title insurance is given for these matters.

2. Certificate of Occupancy. Completion of construction shall be conclusively evidenced by the Issuance of a Certificate of Occupancy, or its equivalent, by the appropriate governmental authority. The subsequent conveyance of title to the Home from Seller to Purchaser will constitute full performance by Seller of all Seller's obligations under this Contract (except as set forth on the 'Inspection List' described in Section D.6 below).

3. Estimated Closing Date. Completion of Construction. Seller shall attempt to complete the Home on or before the estimated closing date as reflected on the front page hereof. Seller cannot guarantee a firm completion and availability date, such advance projections being, and by their very nature having to be, approximate estimates. The actual closing date may vary from the

Page 3 of Standards

085237

USA0114

estimated closing date as a result of a number of factors including, by way of example but not limitation, the following: the time period required for the development of raw land into lots ready to accommodate home construction: the time period required by Purchaser to obtain Preliminary Approval: the time period necessary for the governing authority to issue a building permit, perform required inspections and issue the Certificate of Occupancy: inclement weather during the development and construction processes; any requests by Purchaser for changes, additions, deletions or other modifications to the Home subsequent to the finalization of selections as referenced in Section C.3; and, unavailability of materials or labor problems during the construction process. Seller shall    ike every reasonable and diligent effort to meet or exceed estimated construction schedules. In any event, Seller shall complete the construction of the Home within two (2) years (the time limitation required to insure Seller's exemption under Section 1702 (a)(2) of the Federal Interstate Land Sales Full Disclosure Act).

4. Reliance upon Estimated Closing Date. Purchaser acknowledges that the actual closing date is subject to change based upon issuance of the Certificate of Occupancy for the Home by the applicable governing authority. Therefore, Purchaser acknowledges that the estimated closing date as reflected on the front page hereof should not be relied upon for purposes of decision making including but not limited to, locking in mortgage interest rates, terminating leases or establishing parameters of other housing arrangements. A closing date may however be set by Seller prior to the issuance of the Certificate of Occupancy for the Home. Purchaser further acknowledges that Purchaser will not rely upon any representations by Seller's representatives with respect to any subsequent estimates of closing dates during the construction of the Home. Seller shall not be liable or held responsible for any loss, liability or claim arising out of Purchaser's reliance on an estimated closing date including, by way of example and not limitation, additional monies owed to extend rate lock periods, higher interest rates due to expiration of rate lock periods, additional or higher rental payments and/or storage costs.

5. Scheduled Closing Date. Purchaser shall close on the date established by Seller for closing in a notice to Purchaser sent to Purchasers address set forth on the cover page of this Contract. Such closing date may be extended by Seller in its sole and absolute discretion to a later date as stated in a further written notice from Seller or Seller's closing agent, which notice shall be mailed to Purchaser, advising Purchaser of the scheduled date of closing ( the "Scheduled Closing Date"). Issuance and receipt of a Certificate of Occupancy is not a condition precedent to the setting of the Closing Date. Notice of the closing shall be sent not less than five (5) days prior to closing. The closing shall be deemed to have occurred on the date that Seller receives all funds due from Purchaser, including Purchaser's mortgage proceeds, if any (the "Actual Closing Date"). If Purchaser is unable to close on the scheduled Closing Date for any reason whatsoever, including but not limited to the unavailability of funds from Purchaser's mortgage lender or another third party, Purchaser shall be in default. Purchaser further acknowledges that it is Purchaser's sole responsibility to ensure that Purchaser's lender is ready to close on time because any delay will cause Purchaser to be in default. In the event of such default, at Seller's option and without limiting the generality of Section F.1 below, Seller may postpone the closing, in which event Purchaser agrees to pay interest on the Purchase Price at the highest non-usurious rate allowed by law or, if no rate is provided, then eighteen percent (18%) per annum from the Scheduled Closing Date until the Actual Closing Date and further agrees that the prorations for taxes and maintenance shall be as of the Scheduled Closing Date. The parties agree that such interest charge constitutes liquidated damages to Seller for actual costs incurred and loss of interest by Seller.  Such Interest shall be charged on the closing statement through the Actual Closing Date. If Seller elects to postpone the closing, Purchaser agrees to close on the date to which closing is postponed. Should Purchaser desire to close by mail rather than in person, Seller will attempt to accommodate Purchaser within the parameters of this Contract. However, any delays caused by such procedures, including delays in mail delivery shall be the responsibility of Purchaser and shall not relieve Purchaser of the obligation to close by the Scheduled Closing Date or to pay liquidated damages as provided above. The provisions of this paragraph shall survive the closing.

6. Pre-Closing Inspection. Purchaser acknowledges that prior to the Scheduled Closing Date, Purchaser will be advised that an appointment has been arranged with Seller's representative to inspect the Home. At such inspection, commonly referred to as a 'walk-through', Purchaser and the representative of Seller shall make and sign an "Inspection List" which shall specifically Indicate the items to be finished or work to be performed by Seller. By inspecting the Home and making an Inspection List with Seller's representative, Purchaser shall be deemed to have accepted the condition of the Home, subject only to the work specified in said Inspection List. Seller shall do the work specified in said Inspection List as expeditiously as possible within a reasonable period of time after the closing not to exceed thirty (30) days, unless materials are not readily available, and shall notify Purchaser, either verbally or in writing, of completion of those items; but Seller's obligations to so perform shall not be grounds for postponing the closing, or imposing any conditions on closing, nor shall it be grounds for any demand by Purchaser that any part of the Purchase Price be held In escrow subsequent to closing. The transaction shall be closed as scheduled and Seller's obligation to take care of the items on the inspection List shall survive the closing. Purchaser's failure to Inspect the Home and/or make an Inspection List with Seller's representative shall be deemed to be an unconditional acceptance by Purchaser of the condition of the Home and the closing shall be on the Scheduled Closing Date. Purchaser agrees to provide Seller's representatives at the arranged appointment with access to the Home after closing during Seller's regular working hours in order for the Inspection List items to be completed. Once Seller has completed the Inspection List, Purchaser agrees to promptly execute an acknowledgment that the Inspection List items have been completed.

Seller shall not be responsible for any mold, mildew or other damage resulting from Purchasers failure to properly utilize and/or maintain their Home and the air conditioning, ventilation, electrical, plumbing and mechanical systems serving their Home. Purchaser shall fully cooperate with Seller in the repair, remediation and correction of any deficiencies noted during the pre-closing inspection and any reasonable imposition necessitated thereby. Purchaser's failure to execute the acknowledgment of the Inspection List or to cooperate with Seller in any work necessary to complete any item set forth in the inspection List will be deemed a release by Purchaser of Seller for any and all obligations required by or in connection with such Inspection List. The provisions of the foregoing paragraphs shall survive the closing.

7. Closing. Closing shall take place in the office of Mitchell A. Sherman, P.A., 1301 N. Congress Ave., Boynton Beach, Fla. 33426 or at such other place as may be designated by Seller or its designated agent. All monies required to be paid by Purchaser at closing shall be in U.S. currency in the form of a cashier's check drawn upon a financial institution with offices in Broward County, Dade County or Palm Beach County, Florida.

8. Purchaser's Closing Expenses. At the closing, Purchaser shall pay: (I) a reimbursement to Seller of utility deposits and/or installation or new service connection charges paid by Seller with respect to the Home (e.g. water, sewer, solid waste, electric utility charges), if any; (ii) all costs and fees payable in connection with any mortgage that Purchaser may obtain for the purchase of the Home, which costs are variable depending on the mortgage lender; (iii) a Working Fund Contribution to the Association, as Association Is hereinafter defined, equal to two months' share of Association assessments pursuant to the estimated operating budget of the Association in effect as of the closing date and as further described In Section E.2 hereof (The monthly assessments are currently estimated at $148.00 per month but is subject to change without notice) ; (iv) Purchaser's prorated share of the Association assessments for the assessment payment period in which closing occurs; (v) the costs of recording the Special Warranty Deed and the costs of Florida Documentary Stamps to be affixed to the Special Warranty Deed ; (vi) the cost of a final survey for Purchaser or Purchaser's lender; (vii) solid waste charges and assessments charged to Seller upon the issuance of the building permit and/or certificate of occupancy; and (viii) An administrative Fee to Seller of one percent (1.0%) of the Purchase Price of the Home. ERC, Impact and Utility connection and installation fees paid by Seller for development of the site and Home or such portion thereof as may be charged by Seller (These fees are not reflective of any fees paid by the Purchaser to any utility for transfer or initiation of service by such utility to the Purchaser, which charges are payable by the Purchaser directly to any such utility. Purchaser shall pay all utility charges for the Home

Purchaser                    Purchaser

085238

USA0115

purchased from and after the date of closing.

9. Title Insurance. An owner's title insurance commitment and policy shall be provided by Seller to Purchaser. The owner's title insurance commitment and policy will be subject to real estate taxes for the year of closing, the Association or Community Documents, those matters set forth in Section D.1 above and the standard exceptions contained in the then current ALTA form of Owner's Policy of Title Insurance. The foregoing shall be provided by Seller's closing agent at Seller's expense.

10. Prorations. Real estate taxes, less any available discount, the assessments payable to the Association and any other proratable items shall be prorated as of the scheduled closing date, unless possession is delivered to Purchaser prior to the closing, in which event the proration shall be as of the date of delivery of possession. Nothing herein shall require Seller to deliver possession of the Home to Purchaser prior to the Actual Closing Date. Any tax proration at closing based upon an estimate shall be subsequently readjusted at the request of either party to the transaction upon receipt of a tax bill. Interim service fees, which have been prorated by the municipality and paid for by Seller at issuance of the certificate of occupancy shall be reimbursed by Purchaser at closing. The provisions of this paragraph shall survive the closing.

11. Errors in bookkeeping. Errors in bookkeeping include errors in the transfer of numbers between Contract documents; summation errors within this Contract, subsequent addendum(s) and the settlement statement; and, any other mathematics pertaining to this Contract which are clerical in nature. Purchaser and Seller have the right to demand that errors In bookkeeping be corrected. Purchaser has the obligation to pay to Seller the dollar amount of any error In bookkeeping understating the correct Total Purchase Price. Purchaser is entitled to a credit of the dollar amount of an error In bookkeeping overstating the correct Total Purchase Price. Errors in bookkeeping discovered at or prior to closing shall be settled between Purchaser and Seller at the Closing. Errors in bookkeeping discovered subsequent to Closing shall be settled by the appropriate transfer of funds between the parties in a timely manner. The provisions of this paragraph shall survive the closing.

12. Possession. Possession shall be delivered simultaneously with the Actual Closing Date.

### E. HOME OWNER ASSOCIATION

1. Development Plan. The Community is a proposed development of a maximum of three hundred forty (340) single family homes as more particularly described in the Association Documents as hereinafter described. Villages of Windsor By Ansca Homes, L.L.C. currently plans to develop approximate one thousand eighty four units within the Villages of Windsor Community. All of the Community is subject to a Master Declaration of Covenants, Restrictions and Easements for the Villages of Windsor as well as a Declaration of Covenants, Conditions and Restrictions for the Community (Isola Bella), the Articles of Incorporation for the Community's homeowners association (the "Association") and the bylaws of the Association, all as may be amended or supplemented from time to time (collectively, the "Association Documents"). Purchaser acknowledges and agrees that Seller, as a Declarant under the Declaration, has certain rights to amend the Association Documents under the terms of the respective Association Documents, including the right to modify its plan of development and to add land to the Community. Therefore, the number of lots within the Community may change. If the number of lots within the Community were to increase, any additional home owners would have the same rights to use all facilities as any other owner. The purchase and use of the Home will be subject to the terms and conditions of all the Association Documents. Purchaser agrees to be bound by, and take title to the Home subject to, the Association Documents. Purchaser acknowledges, accepts and agrees to the restrictions placed upon the Lot and the Community by the Association Documents. Purchaser acknowledges receipt of the current Association Documents.

2. Membership in the Association. Purchaser acknowledges that, as an owner of the Home, Purchaser will be a member of the Association subject to all of the respective rights and obligations applicable to a member of the Association. Purchaser acknowledges that Purchaser is liable for

the payment of all fees and assessments applicable to Purchaser as an owner of the Home under the Declaration, and the Home will be subject to a lien as security for the payment of such fees and assessments. Purchaser acknowledges that Seller, as Declarant under the Declaration, may use the "Working Fund Contribution" to be paid by Purchaser pursuant to Section D.8 hereof to offset Operating Expenses. Purchaser also acknowledges that Seller may have to advance money to the Association to permit it to pay for certain of its start-up expenses (which may include, by way of example but not limitation, insurance premiums, utility charges and deposits, permit and license fees, fees under service contracts, management fees and other similar expenses) and Seller is entitled to reimbursement from the Association for all of these expenses advanced by Seller. The Association may reimburse Seller out of the assessments and the Working Fund Contribution paid by Purchaser and the purchasers of other homes in the Community or by way of credit against any obligation Seller may have to the Association, at Seller's election. Purchaser acknowledges and agrees that construction of all improvements on the Lot undertaken by Purchaser after closing, and any modifications or additions thereto will be subject to the requirements of the Declaration, any design guidelines promulgated under the declaration and approval by the Architectural Control Committee. Purchaser further acknowledges that the Association is controlled by Seller and that Seller is obligated to operate the Association and enforce the Association Documents until such time as control of the Association is turned over to the Homeowners.

3. Maintenance of Association Property. The Purchaser acknowledges that the Association is responsible for all maintenance and repair of the common areas within the Community as defined in the Declaration as "Association Property" which may include but not be limited to, the following: the recreational tract; guardhouse; private streets and roadways; landscaping; buffer tracts; lakes; littoral plantings; open space tracts; site walls; monument walls; retaining walls; gazebos; fountains; decorative street lights; sidewalks; irrigation; lighting; and entrance features. The costs and expenses of the operation, maintenance and repair of the common areas which are maintained and repaired by Association are shared by all homeowners in the Community. Notwithstanding the foregoing, a homeowner may be additionally required to maintain certain portions of Association Property, pursuant to the Association Documents.

4. Return of Documents. In the event the closing contemplated by this Contract is not consummated for any reason, Purchaser shall return to Seller the Association Documents furnished to Purchaser in the same condition in which Purchaser received them, allowing for normal wear and tear. Purchaser's failure to return the Association Documents shall entitle Seller to the sum of $100 to defray Seller's costs and expenses of printing and delivering the Association Documents.

5. Estimated Operating Budget. Purchaser understands that: (a) the estimated operating budget of the Association provides only an estimate of what it will cost to run the Association when the Community is fully constructed; (b) the estimated operating budget is not guaranteed; and (c) the Seller and/or the Association may make changes in the estimated operating budget at any time to cover increases or decreases in actual or estimated expenses. Purchaser also understands that the assessments for the Home as shown in the estimated operating budget are not guaranteed, except to the extent and only in the manner provided in the Association Documents.

6. Gatehouse and Community Security. Purchaser acknowledges that the Community is not at the present time, a "secured community'. Purchaser acknowledges that Seller intends to build a gate house at the entry to the Community, and that the gatehouse will have the capacity to be manned. Manning of the gatehouse, however, is at the discretion of the Association. Accordingly, Seller makes no representation or guarantee whatsoever as to if, how and/or when the gatehouse will be manned. Purchaser acknowledges that once control of the Association is turned over to the home owners in the Community, the home owners may determine to implement or change the hours in which the gatehouse is manned or not to man the gatehouse at all. Notwithstanding the foregoing, Seller reserves the right to have the gate house manned prior to the time control of the Community is turned over to the Association, as determined by Seller in its sole discretion. In such event, Seller reserves the right to increase the monthly

Page 5 of Standards

Purchaser _____    Purchaser _____

085239

USA0116

assessment herein referred to by the cost of such service. It is estimated that the initial cost of manning the gate house will be between $40.00 to $50.00 per month per Home.

7. Maintenance Responsibilities. Purchaser acknowledges that the Community is not a "fully maintained" community. Rather, the Association shall be responsible for the monthly or scheduled lawn maintenance and care encompassed within the Lot (except to the extent Purchaser encloses a portion of the Lot with a fence, in which event Purchaser shall be responsible for the maintenance and care of such enclosed portion of the Lot, as more fully described in the Declaration). This is limited to landscaping, mowing, edging, fertilizing and spraying of lawns, and sprinkler systems as originally installed by the Seller. Purchaser acknowledges that it is Purchaser's responsibility to keep and maintain the Lot and the Home in good order, condition and repair, as more fully described In the Declaration.

8. No Amendment. The provisions of this Section E shall survive closing; however, the provisions of this Section E are not intended to, and shall not be deemed to, modify, amend or otherwise alter the Association Documents.

## F. OPERATION OF CONTRACT

1. Purchaser's Default. In the event that Purchaser shall default in the performance of the obligations to be performed by Purchaser pursuant to this Contract, including, but not limited to, the timely payment of additional deposits, if and as required, and timely closing and funding of proceeds, Seller shall retain a sum equal to all deposits tendered, plus all payments for options made pursuant to Section B. 1 above and/or any Option Addendum(s). The foregoing sum, in view of the impossibility of accurately ascertaining the loss which Seller will suffer by reason of Purchaser's default hereunder, is hereby fixed and agreed as the liquidated damages which Seller will suffer by reason of such default and not as a penalty. In lieu of retaining Purchaser's deposit and payments for options, and at Seller's option, Seller may proceed to specifically enforce this Contract but at a purchase price which increases to compensate Seller for its delay damages (not actual damages) based upon an interest factor equal to the highest non-usurious rate allowed by law or, if no rate is provided, then eighteen (18%) percent per annum from the Estimated Closing Date to the Actual Closing Date. In the event that Purchaser shall default in the performance of any of its obligations which by the terms of this Contract survive closing, Seller shall be entitled to all remedies available under applicable law. Seller, in its sole and absolute discretion, may unilaterally extend Purchaser's time frames to comply with any requirements of this Contract. Seller's failure to exercise, or delay in exercising any of its rights or remedies shall not be construed as a waiver of any such right or remedy or a waiver of any default of Purchaser nor shall it prevent or impair the later exercise of such right or remedy by Seller. The provisions of this paragraph shall survive the closing.

2. Seller's Default. If Seller shall default in the performance of any of the obligations to be performed by Seller pursuant to this Contract, Purchaser shall give Seller written notice of such default. If Seller be sent ten (10) days from receipt of such written notice shall fail to take action that would cure the default within a reasonable period of time, and if Purchaser has performed all Purchaser's obligations hereunder, then Purchaser shall have such options as are available under Florida law. Nothing contained herein shall be deemed to restrict Purchaser's remedy of specific performance of this Contract or any other remedy with respect to Seller's obligations if Purchaser shall be entitled to such remedy under applicable law.

3. Attorney's Fees. In connection with any litigation arising out of this Contract, the prevailing party shall be entitled to recover all costs incurred, including reasonable attorneys' fees, through and including all appellate levels. The provisions of this paragraph shall survive the closing and any termination of this Contract prior to closing.

4. Construction Interference. Purchaser agrees that all matters pertaining to construction will be discussed by Purchaser only at the office of Seller. Purchaser agrees that Purchaser and Purchaser's agents and representatives shall not in any way interfere with workmen during the construction of the Home. Purchaser further agrees that Purchaser and Purchaser's agents and representatives shall not visit the construction site without Seller's prior written consent, which Seller may grant or deny in Seller's sole discretion, and if Seller grants such consent, Purchaser and Purchaser's agents and

representatives must be accompanied to the construction site by a representative of Seller. Seller shall not be liable or responsible for any injury, loss or damage resulting from any violation of this paragraph or any visit to the construction site by Purchaser or Purchaser's agents or representatives. In addition, Purchaser agrees to indemnify and hold Seller harmless from and against any and all injury, loss or damage (including, without limitation, reasonable attorneys' fees and court costs at both trial and appellate levels) arising out of or in connection with any violation of this paragraph or any visit to the construction site by Purchaser or Purchaser's agents or representatives. The foregoing indemnity shall survive the closing and any termination of this Contract prior to closing.

5. Sales Interference. Purchaser agrees not to interfere in any manner whatsoever in the sales process with other purchasers or prospective buyers in the Community or any other community owned or developed by Seller or any of its affiliates. Purchaser further agrees not to interfere with the construction or permitting of the Home and shall not communicate with or interfere with any governmental entity having jurisdiction over the building and development process of the Project or the Home (e.g. Palm Beach County, Building, Zoning and Engineering departments). In the event of interference, Seller, in its sole discretion may unilaterally terminate this Contract whereupon all deposits paid by Purchaser to Seller as of the date of termination shall be refunded to Purchaser whereupon this Contract shall be null and void and of no further force or effect. Alternatively, in addition to any remedies provided for in this Contract, Seller may seek any and all other remedies available under applicable law including but not limited to injunctive relief. The provisions of this paragraph shall survive the closing and any termination of this Contract prior to closing.

6. Contract Subordination. This Contract is subordinate and subject to any mortgage which Seller may obtain to finance any portion of the construction of the Community, or any mortgage the proceeds of which are used to satisfy any such mortgage, and any modifications of such mortgages, even if such mortgages (and modifications of such mortgages) are made or recorded after the date of this Contract. The provisions hereof shall be self-executing, but Purchaser agrees upon request of Seller to execute any document of subordination as reasonably requested by Seller or any mortgage lender. If a mortgage encumbers the Home at the time of closing, Seller may use Purchaser's closing funds to obtain a partial release of such mortgage after the closing. Neither this Agreement, nor Purchaser's payment of deposits or payment for options, shall give Purchaser any lien or claim against the Home or the Community. The provisions of this paragraph shall survive the closing and any termination of this Contract.

7. Assignment of Contract. This Contract is not assignable by Purchaser.

8. Persons Bound. This Contract, together with any amendments, modifications and/or addendum thereto, shall be construed in accordance with the laws of the state of Florida. All notices shall be sent to the address shown on the cover page to this Contract and shall be sent by certified mail, return receipt requested. Any such notice, demand or request by mail shall be deemed received on the date appearing on the return receipt thereof. Rejection or other refusal to accept or inability to deliver because of a changed address of which no notice has been received by Seller shall constitute receipt of the notice, demand or request sent on the date such notice was attempted to be sent by registered or certified mail, return receipt requested, addressed as set forth above. The signature of an employee, family member or any other person at the designated address shall be deemed to constitute receipt by the addressee. If Purchaser is not a resident of the United States, Purchaser shall designate a United States resident as agent for the purposes of accepting notices under this Contract and such person shall be listed on the local address section on the front page of this Contract. Notwithstanding the foregoing, notice of the acceptance of this Contract by Seller may be made by first class mail, and this Contract shall be deemed accepted by Seller on the day a fully executed copy hereof is either personally delivered to Purchaser or deposited In the U.S. mail.

9. Recording of Contract. Purchaser shall be in default by recording this Contract or any memorandum or other document referring to or describing this Contract in the Public Records of any county in the State of Florida. Further, Purchaser shall not record any lis pendens against the Home or the Community in

Page 6 of Standards

Purchaser                    Purchaser

085240

USA0117

the Public Records of any county in the State of Florida. The provisions of this paragraph shall survive closing and any termination of this Contract.

10. Time. Time is of the essence with regard to all provisions of this Contract.

11. Amendment. Except as expressly provided herein to the contrary, this Contract may only be amended or modified by an instrument in writing signed by Purchaser and Seller. This Contract may not be changed or terminated orally.

12. Severability. Should any provisions or portion of this Contract be found or ruled to be invalid by a court of competent jurisdiction, the same will not invalidate the remaining provisions of this Contract, which provisions will remain in full force and effect. Without limiting the generality of the foregoing and notwithstanding anything to the contrary in this Agreement, if any provisions of this Agreement serve to limit or qualify Seller's obligation to complete construction of the Home within the time period set forth in Section D.3 above and such qualifications or limitations, or any other provisions of this Contract, are not permitted if Seller's exemption under Section 1702(a)(2) of the Federal Interstate Land Sales Full Disclosure Act is to apply or this Contract is to otherwise be fully enforceable, then all of those provisions are hereby deleted and made null and void as if never a part of this Agreement.

13. Captions. Captions contained in this Contract are inserted only as a matter of convenience and for reference and in no way define, limit, extend or describe the scope of this Contract or the intent of any provision thereof.

14. Waiver of Trial By Jury. SELLER AND PURCHASER HEREBY MUTUALLY, KNOWINGLY AND VOLUNTARILY WAIVE THE RIGHT TO A TRIAL BY JURY AND NEITHER OF THEM SHALL SEEK A TRIAL BY JURY, IN ANY LAWSUIT OR PROCEEDING (INCLUDING, WITHOUT LIMITATION, ANY COUNTERCLAIM) BASED UPON, ARISING OUT OF OR RELATED TO THIS CONTRACT OR THE TRANSACTION CONTEMPLATED BY THIS CONTRACT. THE WAIVER CONTAINED HEREIN IS IRREVOCABLE AND SHALL BE SUBJECT TO NO EXCEPTIONS. SELLER AND PURCHASER HEREBY ACKNOWLEDGE HAVING READ AND UNDERSTOOD THE MEANING AND RAMIFICATIONS OF THIS WAIVER PROVISION. This provision shall survive the closing.

## ADDITIONAL DISCLOSURES & ACKNOWLEDGMENTS

1. Seller's Representations. Purchaser acknowledges that neither Seller nor any of its agents or representatives has made any representation of any kind as to tax or other economic benefits or advantages, if any, which may be realized from owning the Home, nor any representations as to the ability or willingness of Seller or its affiliates to assist Purchaser in renting or selling the Home. In addition, Purchaser acknowledges that neither Seller nor any of Its agents or representatives has made any representation of any kind as to the land use plan designation, zoning, current or future use or any other matters with respect to any property which is located adjacent to or in the vicinity of the Community. Purchaser further acknowledges that Purchaser is responsible to make its own investigation of any such matters with the city, county, state or any other governmental agencies with jurisdiction, and Seller has no duty or obligation to disclose any such matters. This Contract contains the entire understanding between Purchaser and Seller, and Purchaser hereby acknowledges that the displays, topographic maps, artist renderings and other promotional materials contained in or distributed from the sales office and model homes are for promotional purposes only and may not be relied upon. Purchaser warrants that Purchaser has not relied upon any verbal representations, advertising, portrayals or promises other than as contained herein and in the Association Documents. The provisions of this paragraph shall survive the closing.

2. Risk of Loss. Seller shall bear the risk of loss prior to closing unless possession of the Home is delivered to Purchaser prior to closing. In the latter event, the risk of loss shall be borne by Purchaser as of the date of delivery of possession or date of closing if the Purchaser fails to close on the date set for closing. The provisions of this paragraph shall survive the closing.

3. Real Estate Brokerage. Purchaser covenants and represents to Seller that Purchaser has dealt only with Seller's sales personnel and has not dealt with any other real estate broker or salesman in connection with this transaction. Seller has no brokerage participation program. Purchaser agrees to indemnify and hold Seller harmless from any claim whatsoever by any other real estate broker or salesman for any commission and for the costs and expenses of defending any claim for commission including, without limitation, reasonable attorneys' fees, arising out of or related to this transaction. The provisions of this paragraph shall survive the closing.

4. Radon Disclosure. Florida Law requires the following disclosure:

RADON GAS - Radon Is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risk to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional Information regarding radon and radon testing may be obtained from your county public health unit.

Construction Industries Recovery Fund. Section 489.1425(1) Florida Statutes, requires the following to be disclosed in any contract for the construction of residential real property:

CONSTRUCTION INDUSTRIES RECOVERY FUND

PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS: (904) 727-6530; 7960 ARLINGTON EXPRESSWAY, SUITE 300, JACKSONVILLE, FLORIDA 32211

5. Confidentiality. The terms of this Agreement are confidential and shall not be disclosed by the Purchaser to any other prospective purchaser.

6. In the event of any dispute between Seller and Purchaser arising within one year subsequent to the sale and purchase of the property which is the subject of this agreement, Seller reserves the right and option to resolve any such dispute by repurchasing the property from the Purchaser at the purchase price set forth in this agreement plus $1,000.00. The terms of this provision shall survive the closing of the transaction.

7. Each homeowner is hereby notified that portions of the community abut and may be adjacent to State Road 7 (441) and that the community is in an area subject to noise generated by traffic on the State Road 7 (441). Any costs to mitigate this noise shall be borne by the Association and not Palm Beach County. Certain locations within the community may be more susceptible than other locations to noise emanating from State Road 7 (441) or from other locations or noise generated from equipment located adjacent to any homes or any community facilities such as the clubhouse, swimming pool, air conditioning and mechanical facilities serving any homes or facilities within the community. Seller makes no representation or warranty as to which lots within the community may subject to the impact of such noise, if any. This provision shall survive the closing.

THE FOLLOWING DISCLOSURE IS PROVIDED TO THE PURCHASER NOT AS PART OF THE CONTRACT TERMS BUT FOR INFORMATIONAL PURPOSES ONLY AS REQUIRED BY THE STATE OF FLORIDA. Pursuant to Florida Administration Code Sec. 2-13.003(1) of the Department of Legal Affairs, Purchaser is hereby warned that upon closing, additional costs may be demanded from the Purchaser in the form of closing costs, which may include the following:

1. The balance of the total purchase price, plus any unpaid extras;
2. Solid Waste Assessment fee imposed by Palm Beach County; Impact and Utility connection fees;
3. An administrative fee of 1.0%;
4. Homeowners Association assessments for the month during which the closing takes place and a working capital contribution

Purchaser          Purchaser

USA0118

to the homeowner's association equal to two months of assessments;

5. Any deposits, installation charges, impact or hook up fees for utilities to the site;

6. Purchaser's own hazard and liability insurance;

7. Documentary Stamps paid to the State of Florida which are affixed to the instrument of conveyance. Seller will be providing an Owners Policy of Title Insurance.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE TO HOME BUYERS ABOUT MOLD, MILDEW, FUNGUS, SPORES AND CHEMICALS IN CONSTRUCTION PRODUCTS
*This notice to be read, understood and approved by Buyer*

Molds are part of the natural environment. Outdoors, molds play a part in nature by breaking down dead organic matter such as fallen leaves and dead trees, but indoors, mold growth should be avoided. Molds reproduce by means of tiny spores; the spores are invisible to the naked eye and float through outdoor and indoor air. Mold may begin growing indoors when mold spores land on surfaces that are wet. There are many types of mold, and none of them will grow without water or moisture.

Molds are usually not a problem indoors, unless mold spores land on a wet or damp spot and begin growing. Molds have the potential to cause health problems. Molds produce allergens (substances that can cause allergic reactions), irritants, and in some cases, potentially toxic substances (mycotoxins).

Inhaling or touching mold or mold spores may cause allergic reactions in sensitive individuals. Allergic responses include hay fever-type symptoms, such as sneezing, runny nose, red eyes, and skin rash (dermatitis). Allergic reactions to mold are common. They can be immediate or delayed. Molds can also cause asthma attacks in people with asthma who are allergic to mold. In addition, mold exposure can irritate the eyes, skin, nose, throat, and lungs of both mold-allergic and non-allergic people. Symptoms other than the allergic and irritant types are not commonly reported as a result of inhaling mold.

Research on mold and health effects is ongoing. For more detailed information consult a health professional. You may also wish to consult your state or local health department.

**LEAKS, HUMIDITY, WET FLOORING AND MOISTURE WILL CONTRIBUTE TO THE GROWTH OF MOLDS, MILDEW, FUNGUS OR SPORES. THE HOME BUYER UNDERSTANDS AND AGREES THAT THE BUILDER IS NOT RESPONSIBLE, AND HEREBY DISCLAIMS ANY RESPONSIBILITY FOR ANY ILLNESS OR ALLERGIC REACTIONS WHICH THE BUYER MAY EXPERIENCE AS A RESULT OF MOLD, MILDEW, FUNGUS OR SPORES. IT IS THE HOME BUYER'S RESPONSIBILITY**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO KEEP THE HOUSE CLEAN, DRY, WELL VENTILATED AND FREE OF CONTAMINATION.**

Electronic air filters that may assist in effective air filtration are available at additional cost.

I have read, understand and agree to the above:

X _____

_____

Date: _April 29.03_

If you do not understand this Notice you are encouraged to secure the advice of counsel.

G:\clients\ANSCA\WINDSOR\ISOLA BESTANDA~1.WPD          April 10, 2003

085242

Page 8 of Standards

Purchaser          Purchaser

USA0119



**ANSCA HOMES**
A FAMILY COMPANY

## The Isola Bella
## Total Home Package

### Gourmet Kitchen
- GE Microwave featuring 1.6 cu.ft *Spacemaker with Circuware™ 1000 Cooking System*, mounted above GE self-cleaning range or cooktop (by plan)
- GE Energy Efficient Refrigerator 2V.9 cubic foot side by side with water / ice dispenser in the door with built in water filtration
- GE Dishwasher featuring 5-cycle 12 option with *QuietDesign™* sound package and *HotStart™* option feature
- *Amalfi Collection* - GE Free-Standing Electric Range with one Piece Ceramic cooktop featuring QuickClean self-cleaning system and color-matched oven door with Big View window
- *Positano Collection* - GE Built-In *Electric Cooktop* with Smooth-surface ceramic and Built-in 30" *Double Ovens* featuring extra large self-cleaning ovens and color-matched oven door with Big View windows.
- Dual compartment, *Eljer™ Cast Iron Sink* with Moen One-Touch faucet
- *Insinkerator™ Badger™* 5 garbage disposal
- Mica countertops in *bullnose* edging in your choice of colors
- Ceramic Floor Tile standard selections in 16" sizes in Foyer, Kitchen, Breakfast and Laundry Rooms. Positano Collection includes tile in Family Room
- European style hidden-hinged with *Upgraded Raised Panel Matte Foil Designer* kitchen cabinets, in choice of 2 colors with *Standard 42" upper cabinets*
- Separate pantry closet with vinyl coated ventilated shelving

### Functional Laundries
- All Laundries come with *Cabinets* and *LaundryTubs*
- GE Washer *upgraded to SuperPlus* capacity (3.0) cu.ft. with 3 speeds and 10 wash cycles
- GE Dryer *upgraded to Extra Large* capacity (6.0) cu.ft with Automatic Dry Control

### Luxury Bathrooms
- Oversize Roman cultured marble tub with deck-mounted tub faucet and marble backsplashes in all master baths
- Full width vanity mirrors
- His and her vanity counters with separate sinks and knee spaces in all master baths
- European-style hidden-hinge cabinets in bathrooms
- Cultured marble vanity counters in all baths in your choice of colors
- Enamel on steel bathtubs in additional bathrooms
- Shower with glass enclosure in master baths
- Ceramic bathroom floor tile in a variety of colors in 16" sizes
- 6" ceramic tile in a variety of colors for shower and tub areas
- Moen bathroom sink fixtures with lever handles for easy of use
- Designer strip lighting
- Oversized recessed medicine cabinets with beveled lower glass trim
- Non-skid bathtubs
- *Pressure point control valve* on all showers to Minimize the chance of scalding

### Electrical Specifications
- Cable television outlets in all bedrooms, den and family rooms
- Standard lighting provided in outdoor entry, foyer, breakfast, laundry room, hallways and garage
- Recessed lighting in kitchen
- Energy efficient A/C
- Cutler Hammer™ 4 Day *Structured Wiring Solution* containing Telephone and Coax Distribution, with individually pre-wired *(Home runs)* telephone outlets in all bedrooms, study with upgraded *(Category 5 wire for High speed Digital entertainment and Internet connections)*
- Electric door chime
- Fluorescent lighting fixtures in master bedroom walk-in closets
- Weatherproof exterior electric GFI outlets
- Energy efficient quick-recovery hot water heater
- 200 AMP service
- Ceiling fan pre-wiring in all bedrooms, den and family room or great room

### Interior Appointments
- Vinyl-coated ventilated closet shelving
- Formal entries with raised ceilings and ceramic tile floors
- Colonial-style wood baseboards
- Wall to wall carpet in your choice of designer colors (Multiple optional upgrade lines are available)
- Corian window sills
- Eight-foot sliding glass doors
- Colonist-style raised panel interior doors (8ft. as per plans)
- Knockdown ceilings in all homes
- Air conditioning vents in bathrooms and walk-in closets
- Mirrored closet door in master bedrooms (by plan)
- interior paint with anti-fungicidal additives.
- washable interior paint.
- Baked white anodized aluminum single hung windows with wind load standards
- continuous wood backing in standard size

### Specially Designed Features
- Double door entries with transom glass above (by plan)
- Transom windows above sliding glass doors (by plan)
- Covered patio areas, with tile roofs, and long wearing brick paver decking
- Master bedroom suites feature bay windows and coffered ceilings (by plan)
- His and her closets in most master bedroom suites (by plan)

### Exterior Design Features
- Your choice of *Traditional* or *Imperial Mediterranean* Elevations
- *Prestigious Spanish* double roll "S" roof tile
- Fully sodded and landscaped home site (with common automatic sprinkler system utilizing lake water)
- Selection of coordinated exterior color combinations
- Long wearing *brick paver* driveways, patios, walkways and covered entries
- Two or three garden hose connections (by plan)
- Decorative mailboxes
- Architectural accent moldings or bands

### Community Features
- Gated entrance with gatehouse
- A combination of lakes, plush landscaped berms or privacy walls will be surrounding your community
- School Bus Shelter
- 2 Lighted Tennis Courts and Basketball Court
- *Heated Pool/Spa* and *Heated* Kiddy Pool with umbrella spray
- Toddler/Children Playground
- Cabana bathrooms conveniently located by Pool/Spa
- Covered Lanai
- Clubhouse with Fitness Center and Separate Weight Room with *State of the Art* Equipment and conveniently located Children's Playroom
- Large Multipurpose room with Fully Functional Catering Kitchen

### In Home Security
- Centralized direct phone monitoring security alarm system via off-site control center
- Double locks and screens on all windows
- Alarm system with contacts on windows and doors
- Double remote automatic garage door openers
- See-through magnifier on front door entry
- Smoke detectors throughout
- Transparent, light transmittable glass blocks engineered for wind load standards by plan
- Extra secure *Schlage™* deadbolt locks on front entry door
- Tempered sliding glass doors and windows in all wet areas
- *Pressure point control valve* on all showers to Minimize the chance of scalding

### Warranty Low Maintenance
- *Ten-year structural warranty*
- Yard maintenance in the front and rear
- Ceilings contain R-19 fiberglass *batte* insulation
- Manufacturers warranty on all your appliances
- *Two-year* parts and labor air conditioning warranty
- Five-year warranty on air conditioning compressor 2 year parts & labor, balance parts only
- EEAC (Energy Efficient Air Conditioning) with stipulated SEER ratings
- Hurricane rated 24 Gauge metal garage doors with raised panels
- All exterior windows, doors and penetrations contain modified urethane sealant
- Soil is pre-treated for termite protection at the slab foundation
- Steel front door with weather stripping insulation

### Comfort and Convenience
- Rocker-style electrical switches
- Large medicine cabinets
- Easy access opening lever door handles
- Digital readout *programmable* thermostat
- Elevated bath vanity counters in Master baths

### Construction Standards
- Steel reinforced monolithic building foundation with concrete block construction, steel-reinforced poured concrete columns and beams.
- *Concrete block* & stucco construction on 1st & 2nd floors
- Pre-fab roof trusses with straps and connect engineered for uplift, load and lateral forces
- Hurricane shutters per code
- 5/8" plywood with double-ply hot mopped felt and nailed on tag roof system tile
- *Copper plumbing* water lines throughout, includes slab and riser lines
- Stucco finish on exterior walls, soffits, covered entries, and

INITIAL HERE

085243

USA0120

<u>Addition to Standard Features (Amalfi Collection Only)</u>

Kitchen: Upgrade countertops to Granite Level 1 with 6 inch backsplash.

Lot 95D   SOFFi II

_____    _____
Purchaser                           Date  4/26-03

_____    _____
Purchaser                           Date

085244

USA0121

## *ISOLA BELLA COLOR SELECTION SCHEDULE*

Purchaser: Michael G. Raymond

Model: SOFFIL    Lot#: 95 D

### *The Color Selection Orientation Appointment*

Day/Date: _____    Time: _____

This first meeting focuses on familiarizing you with the components of the Color Selection Process. You will be escorted through your model (if one is available), and your Option Coordinator will point out the optional and standard features shown. During this meeting, your Option coordinator will also guide you through a tour of the Design Center in order to familiarize you with all of the ways that you can customize your new home. We will provide you with worksheets outlining the items that need to be selected for each room. This first appointment prepares you for the next phase of the Color Selection — the "Homework Period".

Initials _____     Initials _____

### *The "Homework Period"*

The "Homework Period" is the time frame between the Color Selection Orientation and the Color Selection Meeting. You should allow at least a week between these appointments, in order to give yourself enough time to decide upon the ways that you want to customize and decorate your new home. This time should be used to gather all of the information you need to actually finalize selections. Whether you need to clarify colors and styles available, ask technical questions or need help with pricing, this is your time to gather facts. The Design Center is open Monday through Friday from 1 p.m. until 5 p.m. and on Saturdays and Sundays from 12 noon until 5 p.m. Please feel free to visit as often as you need to.

Initials _____     Initials _____

### *The Color Selection Meeting*

Day/Date: _____    Time: _____

During the Color Selection Meeting, your Option Coordinator records your selections. By the time you arrive at the Design Center for your appointment, you should have decided on all of your selections. We have set aside an entire day for you to complete this process. At the end of the day, you will be required to execute all option addenda and sketches and to provide us with a $250 deposit on options selected.

Initials _____     Initials _____    *INITIAL HERE*

### Receipt for Options Price Book

We hereby acknowledge receipt of the Options Price Book for the

_____ Model

_____    _____    _____    _____
Purchaser      Date       Purchaser       Date

D:\clients\ANSCA\WINDSOR\ISOLA DE\COLSEL~1.WFD

085245

USA0122

# ISOLA BELLA

NOTICE TO PURCHASER –

PLEASE BE ADVISED THAT SITE PLAN FOR SECTION 2 POD C – D CURRENTLY SHOWS SIDEWALKS ON BOTH SIDES OF THE ROAD.

THIS IS A PRELIMINARY SITE PLAN & AS OF THIS DATE WE ANTICIPATE THAT THE FINAL SITE PLAN WILL HAVE SIDEWALKS ON ONE SIDE OF THE ROAD.

SITE PLANS ARE SUBJECT TO CHANGE & FURTHER REVISION WITHOUT NOTICE TO PURCHASER IN ACCORDANCE WITH THE STANDARDS ATTACHED TO YOUR PURCHASE & SALE AGREEMENT.

_____
PURCHASER

4/26-03
DATE

_____
PURCHASER

_____
DATE

**085246**

USA0123

ISOLA BELLA AMALI COLLECTION
SOFFI II   LOT 41   OPTION LIST
OPTIONS, EXTRAS, AND CUSTOM FINISHES
SHOWN IN THE MODEL HOME

BALCONY

ELEC: CEILING FAN FIXTURE W/J BOX
RAIL
TILE: DALTILE / DAKOTA

BATH #2

CAB.: 7800 SERIES
DOOR VILLA CREST
FAUCET: MOEN INSPIRATION
WALL TILE BATH TUB OPT DESIGN PKG TO CEILING
FLOOR TILE DESIGN ON DIAGONAL
2 HI HATS & VP HI HAT
LIGHT STRIP

BATH #3

CAB.: 7800 SERIES
ELEC: STRIP LIGHTING
FAUCET: MOEN MONTICELLO
TILE: BATH TUB WALL: OPT TILE DESIGN TO CEILING
VP HI HAT

BATH #4

CAB: 7800 SERIES
FAUCET: MOEN TRADITIONAL
PLUMBING: UNDERMOUNT SINK ( ELJER)
TILE: OPT TILE DESIGN PKG IN SHOWER/ BATH TUB TO CEILING
VANITY TOP: SATURNIA SLAB W/EDGE
OPTIONAL GLASS BLOCK WINDOW
TILE FLOORING ON DIAGONAL

BEDROOM #2 & CLO

CARPET & PAD UPGRADE
CROWN MOULDING<CHAIR RAIL MOULDING>
ELEC:HI HAT(S) (4) ON SEPARATE SWITCH
ELEC: CEILING FAN FIXTURE
WOOD SHELF W/CHAIR RAIL
WOOD SHELF W TRIM ON WINDOW SILL

BEDROOM #3 & CLO

CARPET &  PAD UPGRADE
ELEC: HI HAT (S) (4) ON SEPARATE SWITCH
ELEC: CEILING FAN FIXTURE
BUILD-OUT IN WOODEN DESK

BEDROOM #4 & CLO

CARPET  UPGRADE
CROWN MOULDING
DOOR FRENCH DOOR ( STD  TWO 24SH window)
ELEC: 3-WAY SWITCH BALCONY LIGHT
ELEC HI HATS (4) ON SEPARATE SWITCH
ELEC: CEILING FAN
DRYWALL: BUILT IN BEHIND BED W/ APPLIED MOULDINGS

INITIAL HERE

085247

/21/02

PAGE 1 OF 4

USA0124

BREAKFAST
CROWN MOULDING
FIXTURE

BEDROOM #5 - DEN & CLO

ARCH OPENING
APPLIED MOULDING DETAIL
CROWN MOULDING
DRYWALL BUILT-IN W/OFFICE DESK & SHELVING
2ND WIRE FOR TELEPHONE
ELEC  HI HATS (4) ON SEPARATE SWITCH
ELEC  MINI HI HATS (4) ON SEPARATE SWITCH
ELEC: CEILING FAN FIXTURE
TILE FLOORING ON DIAGONAL
COMPUTER DESK

DINING ROOM

CROWN MOLDING
DESIGN INSERT
DRYWALL BUILD OUT ON SOUTH WALL W/ APPLIED MOULDING
DRYWALL SERVER W/APPLIED MOULDING GRANITE TOP & MIRROR
ELEC WALL SCONCES  W/J BOXES (2) ON SEPARATE SWITCH
ELEC: CHANDELIER W/MEDALLION
ELEC: WALL SCONCE FIXTURE (2) W/SWITCH
ROSETTES BLOCKS UNDER ARCH
IRON GRILL OVER GLASS BLOCKS
TILE FLOORING ON DIAGONAL W/DESIGN GRANITE INSERTS
APPLIED MOULDING ON OUTSIDE WALLS ON HALLWAY

FAMILY ROOM

CROWN MOULDING
DRYWALL BUILT IN & SHELF W/ APPLIED MOULDING
ELEC  HI HAT(4)  ON SEPARATE SWITCH AND 1 MINI HI HAT
ELEC: CEILING FAN FIXTURE
2  GLASS BLOCK WINDOWS
TILE FLOORING ON DIAGONAL
DRYWALL BUILD OUT ON WEST WALL

FOYER

ELEC: CHANDELIER WITH CEILING MEDALLION ( STD IS HI HAT)
CROWN MOULDING
TILE DESIGN W/ INSERTS
APPLIED MOULDING ON WALLS

GARAGE
OPT WINDOW

GENERAL INFORMATION

CROWN MOULDING
ELEC: INTERCOM SYSTEM: ELECTRIC OUTLET
FRONT DOOR HARDWARE
TILE ON DIAGONAL

085248

1/21/02

PAGE 2 OF 4

USA0125

**KITCHEN**

MODIFY CABINETS FOR CABINET PANTRY AND REFRIGERATOR
CROWN MOULDING
APPLIANCES: COOK TOP
APPLIANCES: DISHWASHER  MONOGRAM
APPLIANCES: MICROWAVE
APPLIANCES: REFRIGERATOR  MONOGRAM W WOOD PANEL
APPLIANCES: WALL OVEN, SINGLE
CAB.: 7800 SERIES
CAB.: COOKTOP W/SINGLE OVEN UNDER W/OUTLET
CAB.: DISHWASHER WOOD PANEL
CAB.: RANGE BUMP OUT
CAB.: RANGE TOWER
CAB.: ROPE DETAIL
CAB.: UNDER CABINET LIGHT VALANCE
COUNTER TOP: GRANITE  W/ EDGE
CROWN MOLDING: 7800 SERIES
ELEC: UNDER CABINET LIGHT ON SEPARATE SWITCH
FAUCET: MOEN
PANTRY CABINET 7800 SERIES
PLUMBING: 80/40 SINK ELJER

**LAUNDRY ROOM**

APPLIANCES: DRYER
APPLIANCES: WASHER
CAB.: 9600 SERIES
PLUMBING: DROP-IN LAUNDRY TUB W/ LOWER AND UPPER CABINETS
WSSV COUNTER TOP
TILE FLOORING ON DIAGONAL

**LIVING ROOM**

5 HI HATS ON SEPARATE SWITCH
APPLIED MOULDING DETAIL ON WALL
CROWN MOULDING
TWO DRAPERY POCKET
ELEC CEILING SPEAKER W/VOLUME CONTROL
TILE: FLOORING ON DIAGONAL

**LOFT/HALLWAY**

CARPET UPGRADE
CROWN MOLDING
DRYWALL BUILT IN  W/ SHELVES AND APPLIED MOULDING
ELEC: HI HATS (2)
ELEC: RELOCATE HI HAT (2)
FLOOR OUTLET

**MASTER BATH HERS**

CAB.: 7800 SERIES
ELEC HI HAT(S) (3)
ELEC VP HI HAT(S) (1)
ELEC: CHANDELIER
FAUCET: MOEN ASCERI COLLECTION
MIRRORS: TO CEILING
MIRRORS: MOULDING AROUND MIRRORS
PLUMBING: DOUBLE SHOWER HEADS
PLUMBING: DROP IN SINK; ELJER
PLUMBING: TOILET: ELJER
PLUMBING: WHIRLPOOL TUB OPTION W/JET TRIM PKG POLISH BRASS
SHOWER ENCLOSURE: GOLD FERGUSON
TILE FLOORING - ON DIAGONAL
VANITY TOP: BACKSPLASH  SATURNIA W/EDGE
SHOWER WALL DESIGN PCK TO CEILING

1/21/02

PAGE 3 OF 4

085249

USA0126

MASTER BATH HIS

CAB.: 7800 SERIES
FAUCET: MOEN ASCERI COLLECTION
ELEC: STRIP LIGHT
MIRRORS: TO CEILING
MIRRORS: MOULDING AROUND MIRRORS
PLUMBING: DROP IN SINK: ELJER
TILE FLOORING - ON DIAGONAL
VANITY TOP: BACKSPLASH  SATURNIA W/EDGE
SHOWER ENCLOSURE: GOLD FERGUSON

MASTER BEDROOM & WIC

CARPET & PAD UPGRADE
CEILING MOULDING IN COFFERED
DOOR  FRENCH DOORS)
ELEC: 3-WAY SWITCH
ELEC HI HATS (6) ON SEPARATE SWITCH
ELEC: CEILING FAN FIXTURE

PATIO/POOL

EXT PATIO W/UPGRADED PAVERS AND RAIL & GATE
POOL WITH  SPA
ELEC: CEILING FAN FIXTURE ON SEPARATE SWITCH

STAIRCASE

CROWN MOULDING
MOULDING OVER STAIR CASE WALL
STAIRCASE LESLIE/SONOMA IRON BALUSTRADE

STORAGE PANTRY UNDER STAIRS

ARCH OPENING
IRON WORK GATE FOR WINE CLOSET
WOOD SHELVES AND WOOD WINE RACK
ELEC: MINI HI HATS (2) ON SEPARATE SWITCH

Decorator Items not included:
All Wallpaper, Window treatment, shower curtains, Furniture's Build outs, HI hats with halogen.
Paint is custom colors (Std colors are Popcorn & Apple Peel).
Landscaping Package Upgraded.

This list may not include all Optional and Custom Features shown in the Furnished Model.
Please inquire how many of the options and extras may become a part of your new home.
may be changed due to Palm Beach County building codes and regulations.  Actual locations of
electrical switches and outlets may vary in your home.  Please see your Color Selection
Associate for specific details.

_____
PURCHASER

_____
PURCHASER

_____ 4/26 - 03 _____
DATE

085250



Elevation A

Elevation B

PRELIMINARY

# Soffi II

5 Bedroom

Loft

3 Bath Plus His & Hers Mi

Breakfast Room

Family Room

Living Room

Covered Patio

Three Car Garage

Option Balcony





A/C Area   3,230 sq.ft.

Total        4,136 sq.ft.

Total w/Optional

Balcony    4,378 sq.ft.



INITIAL HERE

NAME:   Michael G. Romano

LOT:    95 D

ZERO:   left (subject to change by builder)

DATE:   April 26, 2003

085251

USA0128





Elevation A    Elevation B

PRELIMINARY

# Soffi II



2nd Floor

LOT #   95D



085252

USA0129

ISOLA BELLA

SITE PLAN

PRELIMINARY

D



ZERO LOT LINE
147 DU.
50' X 120'

NAME: Michael Romano

LOT: 95 D

ZERO: LEFT SUBJECT TO CHANGE BY THE BUILDER

DATE: April 26. 2003

085253

USA0130

HOMEOWNER DOCUMENT RECEIPT

Homeowner has received document

Isola Bella _____    :    April 26 03    95D
                    Signature                         Date         Lot

Isola Bella Estates _____    _____
                         Signature                         Date         Lot

085254

USA0131

MICHAEL G. ROMANO

$\frac{1-2}{210}$820

482

DATE 4/26 - 03

PAY TO THE
ORDER OF Villages Of Windsor By Ansca Homes, LLC   $ 34,790.00

Thirty Four Thousand Seven Hundred ninety DOLLARS

CHASE   The Chase Manhattan Bank
1201 Wantagh Avenue
Wantagh, NY 11793

MEMO Lot 95)

⑆021000021⑆ 342 1 140025⑈ 0482

085255

USA0132

## CASH SALE

### CONTRACT AND EARNEST MONEY TRANSMITTAL FORM

FROM:    VILLAGES OF WINDSOR BY ANSCA HOMES, LLC.

TO:    Law Office of Mitchell A. Sherman/Attention: Arlene

SUBJECT:    PROJECT:    ISOLA BELLA

LOT # & MODEL:    95 D Soffi II

ZERO SIDE:    LEFT  +  RIGHT ____

BUYER:    Michael G. Romano

CLOSING DATE:    4th Quarter 03 / 1st Quarter for 04

SALES PERSON:    Sandy Hulda

BROKER: ____

ENCLOSED PLEASE FIND THE FOLLOWING ITEMS IN CONNECTION WITH THE REFERENCED SALE:

[X] INITIAL DEPOSIT:    $ # 34,790

$ ____

[ ] ADDITIONAL DEPOSIT:    $ ____

[ ] ADDENDUMS ATTACHED RE: ANY ADDITIONAL MONIES

[X] Contract Deposit To:    Villages of Windsor By Ansca Homes, LLC
(Escrow Waived)

____ Contract Deposit To:    Mitchell A. Sherman Trust Account with Bond Fee.

[ ] COPY OF PURCHASE AGREEMENT WITH ALL RIDERS ATTACHED
[ ] COPY OF ADDITIONAL RIDER/ADDENDUM NOT PREVIOUSLY SENT
[ ] OTHER: ____

FOR ADDITIONAL INFORMATION REGARDING THE ABOVE CONTACT:

[ ] MARGARET CROKE
[ ] FRAN CALABRO
[ ] BRENDA POLAKOFF
[X] SANDRA GOLDMAN

RECEIVED COPY OF RECORDED DOCUMENTS:

general contract ____

____

DATE: ____

RECEIVED THIS 30 DAY OF April, 2003

CONTRACT ONLY: X
CONTRACT & DEPOSIT:

BY: ____

085256



T-707 P.05/14 F-883        APR 30 '03 12:30 FROM:MITCHELL SHERMAN

USA0133

# WALKTHRU CHECKLIST

COMMUNITY Isola Bella

PURCHASER Romano, Michael G                    LOT# D-95

ADDRESS 8154  Via  Bolzano           MODEL SOFFi II

PURCHASER'S PHONE #(H) _____ (W) _____ WALK THRU DATE 4/22/04

ALTERNATE PHONE# 516-972-4303 & 516 578- CLOSING DATE 4/22/04

Checked ID. ✓ Yes 5262

| ITEM SATISFACTORY | YES | NO | ITEM SATISFACTORY | YES | NO | ITEM SATISFACTORY | YES | NO | ITEMS RECEIVED | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APPLIANCE-FINISH | ✓ | | SILLS | ✓ | | SCREENS (WINDOW) | ✓ | | GIFT | ✓ | |
| CABINETS & KNOBS | | ✓ | DOORS | | ✓ | CARPET | ✓ | | PAINT TOUCH UP KIT | ✓ | | ✓ 1056 |
| COUNTERTOP | | ✓ | MIRRORS | ✓ | | CULTURED MARBLE | | ✓ | GARAGE DOOR REMOTES | | |
| KITCHEN SINK | ✓ | | FLOOR TILE | ✓ | | AIR CONDITIONING | ✓ | | SHUTTER TOOL KIT | ✓ | |
| WINDOWS | ✓ | | BATHROOM TILE | | ✓ | PLUMBING OPERATIONAL | ✓ | | EXTRA TILES IF PAID FOR | ✓ | |

| SUBCONT. | DESCRIPTION | SIGN. |
|---|---|---|
| Zicaro's | Master Bath Vanity Faucet bottom crack on fixture. | |
| Am | Light scratches top edge of tub | |
| Am | Master Bath Vanity Right side Lump on top | |
| Am | Buff All vanity tops light scratches Both sides | |
| Am | Tub- 2 small chips Bottom of top | |
| Pearl | Laundry rm Formica top on order/Big chip | |
| Melco | Dryer cord too Short | |
| Reliable | Bedrm #3 Chipped Tile over garage | |
| DeGio | Row-top Rt Side missing pc Granite | |
| Regal | Scratch bottom Cabinet Lt stove Ref | Done |
| Thruway | Pocket Door marble Bent, door does not latch | Done |
| Coleman | Bottom tile 1st Floor, not straight/broken | Done |
| GE | Tray in Frezzer cracked | |
| Pool People | Pool Not Completed | |

1) I HAVE CHECKED THE KITCHEN SINK, COUNTERTOPS, APPLIANCES, MIRRORS, GLASS, SILLS AND TILE FOR ANY SCRATCHES AND DENTS. (Please Initial)_____

2) I UNDERSTAND THAT DAMAGES(CHIPS, SCRATCHES, DENTS) ARE NOT COVERED BY THE BUILDER UNLESS NOTED ON THIS FORM.(Please Initial)_____

VEHICLES OVER 2 1/2 TONS WILL DAMAGE THE DRIVEWAY. THIS WILL VOID YOUR WARRANTY AND WILL HOLD THE HOMEOWNERS RESPONSIBLE FOR REPAIRS.

_____ 4-22-04 _____
PURCHASER           DATE           REPRESENTATIVE

_____ _____ _____
PURCHASER           DATE           REPRESENTATIVE

ALL OF THE ABOVE LISTED ITEMS HAVE BEEN COMPLETED _____
                                                      DATE _____

085257

USA0134