8310203609        PAGE

##XXH1770DPCSTM         12230608310203609

Last statement: November 24, 2006        Page 1
This statement: December 23, 2006
Total days in statement period: 29        (3)

Direct inquiries to:
1-800-Astoria

JEANNE ROMANO
9 LILAC LN        Astoria Federal Savings
LEVITTOWN NY 11756-3322        1149 Wantagh Avenue
                               Wantagh NY 11793

THE AMERICAN EXPRESS GIFT CARD MAKES A GREAT HOLIDAY GIFT! STOP BY ANY
ASTORIA FEDERAL BRANCH TO PURCHASE ONE TODAY.

Gold Checking
    Account number
    Enclosures                3    Beginning bal        $6,103.78
    Low balance         $651.62   Total additions       4,676.26
    Average balance   $3,256.60   Total subtractions    5,533.64
    Interest paid year to date   Ending balance       $ 5,246.40
                        $6.18

| Number | Date | Amount | Control |
|--------|------|--------|---------|
| 213 | 11-27 | 2,447.16 | 00008674992680 |
| 214 | 11-27 | 3,000.00 | 00008674992670 |
| 215 | 12-18 | 77.00 | 00008880541610 |

| DEBITS Date | Description | Subtractions | Control Number |
|-------------|-------------|--------------|----------------|
| 12-01 | 'Periodic Fee | 5.00 | 00000000000000 |
|       | PLUS PKG MEMBER | | |
| 12-18 | 'Electronified Check | 4.48 | 122000036334931 |
|       | FPL PAYMENT CTR BILL PYMT 061215 | | |
|       | 216 | | |

| CREDIT Date | Description | Additions | Control Number |
|-------------|-------------|-----------|----------------|
| 12-04 | 'Deposit | 2,900.00 | 120407307100640 |
|       | TLR 7307 BR 98 | | |
| 12-20 | 'Preauthorized Credit | 1,776.00 | 31736034039976 |
|       | US TREASURY 303 SOC SEC 061220 | | |
| 12-23 | 'Interest | 0.26 | 00000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11-24 | 6,103.78 | 11-27 | 656.62 | 12-01 | 651.62 |

Jeanne Romano Production                                          000004

CO.    FILE    DEPT.    CLOCK    NUMBER    040
TYK    076600  702A12  702C    0000240184   1

NEW ISLAND HOSPITAL
PAYROLL ACCOUNT
4295 HEMPSTEAD TURNPIKE
BETHPAGE, NY 11714

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 1
    State:   1



Social Security Number:

## Earnings Statement

Period Ending:    11/27/2004
Pay Date:    12/03/2004

JEANNE ROMANO
9 LILAC LANE
LEVITTOWN NY 11756

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 38.4486 | 26.00 | 999.66 | 55,385.97 |
| Regular | 40.6024 | 14.50 | 588.73 | |
| Overtime | 57.6729 | 17.25 | 994.86 | 23,817.00 |
| Overtime | 60.9036 | 4.25 | 258.84 | |
| Sick | 38.4486 | 7.50 | 288.36 | 2,214.34 |
| Sick | 40.6024 | 4.00 | 162.41 | |
| Vacation | 38.4486 | 7.50 | 288.36 | 7,466.77 |
| Vacation | 40.6024 | 4.00 | 162.41 | |
| X | 38.4486 | 7.50 | 432.54 | |
| X | 40.6024 | 4.00 | 243.62 | |
| Assorted | | | | 2,040.71 |
| Holiday | | | | 4,297.24 |
| Jury Duty | | | | 429.39 |
| Misc Erngs | | | | 675.00 |
| Unused | | | | 1,923.13 |
| **Gross Pay** | | | **$4,419.79** | 101,724.18 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -752.44 | 12,234.32 |
| | Medicare Tax | -64.09 | 1,475.00 |
| | NY State Income Tax | -271.40 | 4,894.29 |
| | Social Security Tax | | 5,449.80 |
| | **Other** | | |
| | Nysna | -72.00 | |
| | 403 B | | 16,000.00 |
| | **Net Pay** | **$3,259.86** | |

Jeanne Romano Production

Your federal taxable wages this period are
$4,419.79

**Other Benefits and**
| Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 75.18 |

**Important Notes**
DON'T FORGET! CHECK FOR CORRECT SSN & NAME &
ADDRESS. REPORT CHANGES.

000006

*(handwritten: lecf # = 172. 3-6-05)*

```
CO.    FILE    DEPT.    CLOCK  NUMBER    040
TYK    076600  702A12   702C   0000243480  1
```

NEW ISLAND HOSPITAL
PAYROLL ACCOUNT
4295 HEMPSTEAD TURNPIKE
BETHPAGE, NY 11714

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal:  1
   State:    1

Social Security Number: ████

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 38.4486 | 26.00 | 999.66 | 10,645.00 |
| Regular | 40.6024 | 14.50 | 588.74 | |
| Vacation | 38.4486 | 15.00 | 576.73 | 1,803.09 |
| Vacation | 40.6024 | 8.00 | 324.82 | |
| X | 38.4486 | 7.50 | 432.54 | |
| X | 40.6024 | 4.00 | 243.62 | |
| Overtime | | | | 5,173.55 |
| Holiday | | | | 450.77 |
| Misc Erngs | | | | 160.00 |
| Ot Bonus | | | | 85.00 |
| Sick | | | | 901.55 |
| Unused | | | | 1,626.84 |
| | | | | 22,278.32 |
| **Gross Pay** | | | **$3,166.11** | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -287.24 | 2,526.62 |
| | Social Security Tax | -196.30 | 1,381.26 |
| | Medicare Tax | -45.91 | 323.04 |
| | NY State Income Tax | -135.90 | 1,032.82 |
| | **Other** | | |
| | Nysna | -72.00 | |
| | 403 B | -633.22* | 4,130.29 |
| | **Net Pay** | **$1,795.54** | |

Jeanne Romano Production
\* Excluded from federal taxable wages

---

## Earnings Statement   AD

Period Ending:   03/05/2005
Pay Date:        03/11/2005

JEANNE ROMANO
9 LILAC LANE
LEVITTOWN NY 11756

Your federal taxable wages this period are
$2,532.89

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 60.7 |

**Important Notes**
PLEASE VERIFY CORRECT NAME, ADDRESS, SSN & REPORT
ANY CHANGES TO PAYROLL

000010

DESCRIPTION OF TRANSACTION

Deposit 12/8/01 2900 —

#104 Bank Balance — $ 2378.19

6/22 — Close fl. mtg. #102 — 1189.48

6-22 Additional Principal #103 + 1000

6/22 addn prncp #103 — 1188.71
1000
194.71

6/26 Safe dep box 130.50

6/29 — dep

— Cash — 59
1500

6/29 #104 FHA Mort Ins 448.08

8/4 - #110 Additional Principal + 5,000 —

6/29 #105 ford jeans pools 1052
— .70

982

7-1-04 #106 H2o 15.45

7/27 - #222 FLP Power + lght 255.91
8/1 #108 66.

8/4 dep 1300 —
8/4 #109 dep 5000 — mtg 1189.48
8/4 #110 Principal 5000
8/10 #131 Palm Beach H2o
8/27 #111 Florida Power + Light 160.92
8/30 #112 Boca jeans Pools 70
9/1 #112 - Fla Power + lght 1398
(Additional charges)

TRANS. TYPES: D – DEPOSIT, ATM – ATM WITHDRAWAL, CC – CHECK / DEBIT CARD, ET – ELECTRONIC PAYMENT, AD – AUTOMATIC DEPOSIT, T – TAX DEDUCTIBLE, O – OTHER

Jeanne Romano Production

000056

| RANS. TYPE/ CHECK NO. | DATE | TRANSACTION | PAYMENT DEBIT (–) | FEE (–) (IF ANY) | DEPOSIT CREDIT (+) | $ BALANCE |
|---|---|---|---|---|---|---|
| | | 2005 | | | | |
| 1-5 #163 Additione x Fla prove 3000 | | 1/5/05 dep – | | | | |
| | | 1/5 Rent #161 | | | | 1,189.48 |
| | | 1/5 Additional principal #163 | | | | 3000 |
| | | 1/5 #160 Bead Grand Power – | | | | 178.98 |
| | | 1/31 #166 FIA Power + Light – | | | | 94.17 |
| | 1st dep | 2/16 dep miss 1687 – | | | | |
| | 2/25 dep 5000 | 2/25 #167 Palm Bead H20 18.95 | | | | |
| | | 2/25 dep. 5000 | | | | |
| | | 3/6 FIA Power + Light 62.76 | | | | |
| | | 3/6 #168 q'te pymt 75.02 | *170 | | | |
| 4/21 #180 XTRa mtg 5000 GRS mgmt | | 3/22/05 #174 GRS mgmt ASSN 618.36 | | | | |
| 3-26 #175 x tra. 5000 | | 3/26 XTRa #175 5,000 – | | | | |
| | | 3/26 Rent for April 1,189.48 | | | | |
| | | 4-4 #177 FIA Power 85.10 + light | | | | |
| | | 4/22 #178 Palm Beach H20 18.95 | | | | |
| | | 4/22 mtg Chase #178 1,189.48 | | | | |
| 4-22 #180 5000 – | | 4/22 XTR mtg #180 5000 | | | | |

RANS. TYPES: D – DEPOSIT, ATM – ATM WITHDRAWAL, CC – CHECK / DEBIT CARD, ET – ELECTRONIC PAYMENT, AD – AUTOMATIC DEPOSIT, T – TAX DEDUCTIBLE, O – OTHER

Jeanne Romano Production

000058



Jeanne Romano Production