FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 07 2026 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

No. 2:09-cr-00168 (DC)

    Plaintiff,

Hon. Denny Chin

v.

MICHAEL ROMANO,

    Defendant.



RECEIVED
JUL 07 2026
PRO SE OFFICE

---

### PRO SE NOTICE OF FILING OF USPIS CLAIM DELIVERY
### AND NOTICE UNDER 18 U.S.C. § 3664(k)
### REGARDING INTENT TO APPLY USPIS-HELD PROPERTY
### TOWARD VICTIM RESTITUTION

    Defendant Michael Romano, appearing pro se, respectfully submits this Notice to advise the Court and the United States that he timely submitted a claim to the United States Postal Inspection Service ("USPIS") concerning property that USPIS identified him as possibly having an interest in.

    Mr. Romano files this Notice for a narrow purpose. He does not seek personal possession of the property. He does not seek to relitigate his conviction, sentence, restitution order, forfeiture order, or any prior ruling of this Court. He files this Notice to show that he acted before the USPIS deadline, preserved the property from abandonment, and asked that any recognized value be applied through proper legal channels toward victim restitution.

### BACKGROUND

1. On or about May 27, 2026, USPIS sent Mr. Romano a written notice concerning property seized or recovered on or about November 24, 2008, at Lindenhurst, New York.

2. The USPIS notice identified Mr. Romano as a possible owner of the property and listed Case Number 1620347 and Seizure Number 109-26-D008.

3. The USPIS notice stated that Mr. Romano had until June 26, 2026, to file a claim for the property by submitting PS Form 1503, Claim for Property.

4. The USPIS notice further stated that, if a claim was not filed by June 26, 2026, title would vest with the United States Postal Service.

### TIMELY CLAIM AND DELIVERY

REC'D IN PRO SE OFFICE
JUL 7 '26 PM3:24

5. Mr. Romano completed and mailed PS Form 1503 and a supporting statement to USPIS.

6. USPS Tracking No. 9510815612746173839873 shows delivery to the P.O. Box on June 24, 2026, at 8:15 a.m., in Hicksville, New York 11801.

7. A redacted copy of the USPIS claim packet is attached as Exhibit A. The USPS delivery information is attached as Exhibit B.

### NOTICE UNDER 18 U.S.C. § 3664(k)

8. Mr. Romano gives notice under 18 U.S.C. § 3664(k) because USPIS identified him as a possible owner of property that may have value and may affect his ability to pay restitution.

9. Mr. Romano asks that the property not be released to him personally. He asks that USPIS preserve the property, obtain an appropriate appraisal, and dispose of it through a lawful government-approved process.

10. Mr. Romano further asks that any net proceeds be sent to the Clerk of Court, the United States Attorney's Office Financial Litigation Unit, or another proper government recipient for application toward victim restitution in this case.

11. Mr. Romano has served this Notice on the United States Attorney's Office for the Eastern District of New York, the United States Department of Justice, and United States Probation.

### LIMITED REQUEST

12. Mr. Romano respectfully asks the Court to take notice that he timely filed and delivered the USPIS claim before the June 26, 2026 deadline.

13. To the extent the Court deems action appropriate, Mr. Romano respectfully requests that the Court direct the United States to confer with USPIS and the Financial Litigation Unit and file a status letter addressing whether the USPIS-held property can be preserved, appraised, liquidated, and applied toward victim restitution.

14. Mr. Romano also respectfully requests that the property not be treated as abandoned while his timely USPIS claim and this restitution-related notice remain pending.

### NO ADMISSION OR WAIVER

15. This Notice does not waive any right, defense, privilege, claim, objection, or appellate or post-conviction position. It is not an admission beyond these limited statements: USPIS identified Mr. Romano as a possible owner; Mr. Romano timely filed a claim; he does not seek personal possession; and he asks that any recognized value be applied toward victim restitution through proper legal channels.

### CONCLUSION

Mr. Romano respectfully asks the Court to accept this Notice and permit the United States to address the proper process for preserving, appraising, liquidating, and applying the value of the USPIS-held property toward victim restitution.

Dated: July 1, 2026

Respectfully submitted,

Michael Romano
Defendant Pro Se
Lindenhurst, New York
Telephone: [redacted for public filing]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL ROMANO,

Defendant.

No. 2:09-cr-00168 (DC)

Hon. Denny Chin

---

## DECLARATION OF MICHAEL ROMANO
## UNDER 28 U.S.C. § 1746

1. I am the defendant in this case. I make this declaration based on my personal knowledge and the documents attached to this filing.

2. USPIS sent me a notice dated May 27, 2026, concerning property seized or recovered on or about November 24, 2008, at Lindenhurst, New York. The notice identified me as a possible owner of the property.

3. I completed PS Form 1503 and mailed the claim packet to USPIS before the June 26, 2026 deadline.

4. USPS Tracking No. 9510815612746173839873 shows delivery to the P.O. Box on June 24, 2026, at 8:15 a.m., in Hicksville, New York 11801.

5. I did not ask USPIS to release the property to me personally. I asked that any recognized value be applied through proper legal channels toward victim restitution.

6. I make this declaration to notify the Court, the United States, and Probation of my actions and intentions concerning the USPIS-held property.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2026.

_Michael Romano_
Michael Romano

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

No. 2:09-cr-00168 (DC)

Plaintiff,

Hon. Denny Chin

v.

MICHAEL ROMANO,

Defendant.

---

## CERTIFICATE OF SERVICE

I certify that on July 1, 2026, I served a true and correct copy of this Pro Se Notice of Filing of *USPIS Claim Delivery and Notice Under 18 U.S.C. § 3664(k)*, with exhibits, by *United States Mail* or other trackable delivery, on the following:

- United States Attorney, Eastern District of New York, Attn: Financial Litigation Unit / AUSA of Record, 271 Cadman Plaza East, Brooklyn, NY 11201
- United States Department of Justice, Office of the Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
- Thomas Ragogna, Jr., U.S. Probation Officer, United States Probation Office, Eastern District of New York, 202 Federal Plaza, West Wing, 2nd Floor, Central Islip, NY 11722-9012
- U.S. Postal Inspection Service, Attn: Nicole G., PO Box 160, Hicksville, NY 11802-0160

Dated: July 1, 2026

Michael Romano
Defendant Pro Se

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL ROMANO,

Defendant.

No. 2:09-cr-00168 (DC)

Hon. Denny Chin

---

## [PROPOSED] ORDER

Upon review of Defendant Michael Romano's Pro Se Notice of Filing of USPIS Claim Delivery and Notice Under 18 U.S.C. § 3664(k), the exhibits, and the record in this case, it is hereby:

ORDERED that the Notice is accepted for filing; and it is further

ORDERED that the United States shall confer with the United States Postal Inspection Service and the Financial Litigation Unit and file a status letter addressing whether the USPIS-held property identified in Case Number 1620347 and Seizure Number 109-26-D008 can be preserved, appraised, liquidated, and applied toward victim restitution in this case; and it is further

ORDERED that nothing in this Order releases any property to Defendant personally or modifies the restitution or forfeiture orders unless the Court later orders otherwise.

SO ORDERED.


Dated: _____, 2026

New York, New York


_____
Hon. Denny Chin
United States Circuit Judge
Sitting by Designation

# EXHIBIT A

## Redacted USPS Claim Packet

PS Form 1503 and supporting documents submitted to the United States Postal Inspection Service concerning Case Number 1620347 and Seizure Number 109-26-D008.

| U.S. Postal Service<br><br>**CLAIM FOR PROPERTY** | **1. Case Number:** 1620347 |
|---|---|
| | **2. Seizure Number:** 109-26-D008 |

**3. PDS Number(s)**

All PDS numbers listed on the attached USPIS Property Inventory List dated May 27, 2026. See Attachment A, incorporated by reference.

| **4. Claimant Name**<br>Michael Romano | [redacted] | **r (Include Area Code)** |
|---|---|---|

**5. Claimant Address (City, State and ZIP+4)**

Lindenhurst, New York

**6. Description of Property Claimed (Include Serial Number, Model Number and Other Identifying Information)**

All property listed on the attached USPIS Property Inventory List dated May 27, 2026, for Case No. 1620347 and Seizure No. 109-26-D008, including all listed coins, tubes, slabs, cases, sleeves, containers, and continuation items. See Attachment A, incorporated by reference.

**7. Statement of Ownership (Attach Bill of Sale, Sales Contract, Mortgage or other documentation to support ownership)**

USPIS identified me as a possible owner of the listed property. I claim any legal, equitable, possessory, or release interest that USPIS has identified me as possibly having. See Attachment A, incorporated by reference.

**8. State Additional Facts and Circumstances to Support Claim.**

I timely file this claim before the June 26, 2026 deadline. I do not seek personal possession of the property. I ask USPIS to preserve the property, obtain an appraisal, dispose of it through a lawful government-approved process, and apply any net proceeds toward victim restitution in United States v. Romano, EDNY Case No. 09-cr-00168. See Attachment A, incorporated by reference.

**I certify that the above statement is accurate and true and represents the full extent of my claim for the property currently in the possession of the U.S. Postal Service.**

| **9. Signature** | **Date**<br>19 June 2026 |
|---|---|

**Civil Penalty for Presenting Fraudulent Claim**

Any person presenting a false claim may be liable to the United States for a civil penalty of between $5,000 and $10,000, plus up to three times the amount of damages sustained by the United States (31 USC 3729).

**Criminal Penalty for Presenting Fraudulent Claim or Making False Statements**

Fine of not more than $10,000 or imprisonment for not more than five years, or both (18 USC 287, 1001).

# ATTACHMENT A

## STATEMENT IN SUPPORT OF PS FORM 1503 CLAIM FOR PROPERTY

**Claimant:** Michael Romano
**Case No.:** 1620347
**Seizure No.:** 109-26-D008

I submit this attachment as part of my PS Form 1503 claim.

USPIS sent me a notice dated May 27, 2026. The notice states that property was seized or recovered on or about November 24, 2008, at Lindenhurst, New York. The notice identifies me as a possible owner of the property. The notice also states that I must file a claim by June 26, 2026.

I timely file this claim to preserve any legal, equitable, possessory, or release interest that USPIS has identified me as possibly having in the property listed on the USPIS Property Inventory List dated May 27, 2026.

This claim covers all PDS numbers and all property listed on the three-page USPIS Property Inventory List for Case No. 1620347 and Seizure No. 109-26-D008, including all listed coins, tubes, slabs, cases, sleeves, containers, and continuation items.

I do not seek personal possession of the property.

I ask USPIS to preserve the property, obtain an appraisal, dispose of the property through a lawful government-approved process, and apply any net proceeds toward victim restitution in United States v. Romano, EDNY Case No. 09-cr-00168.

I ask that any payment be sent to the Clerk of Court, the United States Attorney's Office Financial Litigation Unit, or another proper government recipient for application toward victim restitution.

This claim does not waive any rights, defenses, privileges, or objections. It is not an admission beyond these limited statements: USPIS identified me as a possible owner; I timely file this claim; I do not seek personal possession; and I ask that any recognized value be applied toward victim restitution through the proper legal process.

I incorporate this Attachment A into my PS Form 1503 claim for Case No. 1620347 and Seizure No. 109-26-D008.


Respectfully submitted,


---

Michael Romano

Date: 19 June 2026

NEW YORK Division

May 27, 2026

Michael Romano
[street address redacted]
Lindenhurst, New York

On or about November 24, 2008, at Lindenhurst, NY, the property described on the attached property inventory list was seized or recovered by the U.S Postal Inspection Service. You have been identified as a possible owner of the property.

Pursuant to 39 C.F.R. Part 946, you have until June 26, 2026 to file a claim for the property. This claim may be filed by you or your authorized representative by completing the attached PS Form 1503, Claim for Property, and sending it to:

U.S. Postal Inspection Service
Attn: NICOLE G.
PO BOX 160
HICKSVILLE, NY 11802-0160

If the claim is granted, the property will be released to you or your authorized representative upon completion of a Hold Harmless Agreement. This is the only notice you will receive concerning this property. If a claim for the property is not filed by June 26, 2026, title will vest with the U.S. Postal Service.

Sincerely,

Karen Houser
Manager Asset Forfeiture Unit
(202) 636-1509

Attachments

## PROPERTY INVENTORY LIST

| SEIZURE NO | PROPERTY ID | DESCRIPTION | VALUE |
|---|---|---|---|
| 109-26-D008 | PDS-26-000281 | (35) Pennies - (14) Nickels - (5) Dimes - (32) Dimes - (43) Dimes - (5) Quarters | $865.52 |
| | PDS-26-000286 | (5) Peace dollar (1923, 1924) - (2) Morgan dollar (1887, 1898) - (1) Columbian Expo half dollar (1893) | $417.53 |
| | PDS-26-000288 | (3) Morgan dollar (1903, 1889, 1880) - (3) Peace dollar (1923, 1923, 1924) - (1) Eisenhower dollar (1971) - (1) Indian head one cent - (1) Eagle Picture one cent | $656.32 |
| | PDS-26-000290 | (10) Silver Eagle half dollar - (4) Peace dollar coins (1) Ben Franklin half dollar | $773.02 |
| | PDS-26-000292 | (2) Peace dollars (1994, 1923) - (4) Morgan dollars (1885, 1885, 1883, 1886) - (1) Silver Eagle half dollar - (1) Eisenhower dollar - (1) large cent (1851) | $391.68 |
| | PDS-26-000295 | (6) Indian head $5 coins - (4) Indian head $10 coins | $23,834.75 |
| | PDS-26-000300 | (6) Morgan dollar coins - (8) Liberty Gold $5 coins - (1) Liberty Gold $10 coins - (3) Liberty Gold $2.50 coins | $18,575.24 |
| | PDS-26-000302 | (11) Liberty Gold $5 coins - (1) Liberty Gold $20 coin | $21,138.61 |
| | PDS-26-000303 | (3) Indian head $5 coins - (7) Liberty Gold $5 coins | $25,446.90 |
| | PDS-26-000305 | (6) Morgan dollar coins, (1) St. Gaudens - $20-coin, (1) Liberty Gold - $10-coin, (1) Indian Gold (2) Indian Head $5 coins (1) Indian head 2.50 coin - (1) Liberty Gold $1 coin - (3) Liberty Gold dollar coins | $18,316.52 |
| | PDS-26-000307 | (2) Benjamin Franklin half dollar - (2) Peace dollar coins - (10) Walking Liberty half dollar coins | $468.83 |
| | PDS-26-000310 | (10) Morgan dollar coins - (3) Liberty $5 coins - (2) Indian Gold $2.50 coins | $7,473.69 |
| | PDS-26-000313 | (10) Liberty Gold $5 coins | $9,526.60 |
| | PDS-26-000314 | (10) Indian Gold head $5 coins | $17,288.84 |
| | PDS-26-000315 | (7) Indian head $5 coins - (3) Indian head $10 coins | $22,745.79 |
| | PDS-26-000316 | (1) Tube of 15 Liberty dimes - (1) Tube of 15 Liberty dimes - (1) Tube of 15 Liberty dimes - (1) Tube of 15 Liberty Nickels - (3) Tube of 15 Liberty Quarters - | $2,366.85 |
| | PDS-26-000321 | (7) Indian head 2.50 coins - (3) Indian head $5 coins | $10,717.58 |
| | PDS-26-000322 | (1) Tube of 5 Ben Franklin half dollars - (1) Tube of 6 Ben Franklin half dollars - (1) Tube of 12 Morgan dollar coins | $2.00 |
| | PDS-26-000323 | (7) Republic $2.50 coins - (3) Republic $1 coins - (3) Peace $1 coins | $23.50 |
| | PDS-26-000324 | (8) Tubes of various $1 Morgan/ Peace dollar coins | $99.00 |
| | PDS-26-000325 | (6) Tubes of 20 Ben Franklin half dollars | $60.00 |
| | PDS-26-000408 | (5) Indian head $2.50 coins - (2) Republic $20 coins - (1) Panama Expo $2.50 coin - (1) Woman W. Crown $3 coin - (1) Sesquicentennial $2.50 coin | $60.50 |
| | PDS-26-000409 | (5) Tubes of 20 Ben Franklin half dollar coins - (1) Republic $20 coin | $70.00 |
| | PDS-26-000410 | (5) Tubes of Ben Franklin half dollar coins (20 each) - (1) paper sleeve containing 20 Ben Franklin half dollars | $60.00 |
| | PDS-26-000411 | (7) Tubes of 20 Ben Franklin half dollar coins | $70.00 |
| | PDS-26-000412 | (1) Tube of 18 JFK half dollars - (1) Tube of 10 Ben Franklin half dollars - (1) Tube of 18 Ben Franklin half dollars - (1) Tube of14 Ben Franklin half dollars - (1) | $38.50 |

| | | | |
|---|---|---|---|
| | | Tube of 7 Ben Franklin half dollars - (1) Tube of 10 Ben Franklin half dollars | |
| | PDS-26-000413 | (4) Tubes of 20 Ben Franklin half dollar coins - (2) Tubes of 19 Ben Franklin half dollar coins | $30.00 |
| | PDS-26-000418 | (6) Tubes of 20 Ben Franklin half dollar coins | $60.00 |
| | PDS-26-000420 | (1) Indian Head $50 coin - (2) Foreign denominations Pagoda and Pandas coins | $50.00 |
| | PDS-26-000421 | (4) tubes of 20 Ben Franklin half dollar coins - (2) tubes of 19 Ben Franklin half dollar coins | $58.00 |
| | PDS-26-000422 | (2) Tubes of 20 Ben Franklin half dollar coins - (1) Ben Franklin half dollar | $21.00 |
| | PDS-26-000423 | (4) Tubes of 20 Ben Franklin half dollar coins - (1) Tube of 19 Ben Franklin half dollars - (1) Tube of 14 Ben Franklin half dollars - (1) Tube of 3 Ben Franklin half dollar coins (1) tube of 1 Ben Franklin half dollar coin | $58.50 |
| | PDS-26-000424 | (6) Tubes of 20 Ben Franklin half dollar coins | $60.00 |
| | PDS-26-000425 | (7) Morgan $1 dollar coins - (5) Peace dollar $1 coins | $12.00 |
| | PDS-26-000426 | (10) tubes of various Ben Franklin half dollar coins | $29.50 |
| | PDS-26-000430 | (5) Gold American Eagle $20 Coins - (3) Republic-Kellog Com Restrike $50 coins - (1) America Eagle $25 coin - (1) Woman w/ Crown $3 coin - (1) Republic $5 coin | $283.00 |
| | PDS-26-000431 | (1) Tube of 15 American eagle $50 gold coins - (1) Tube of 10 South African coins - (1) Tube 10 South African coins - (1) Tube of 15 South African coins | $750.00 |
| | PDS-26-000432 | (7) Republic $5 coins - (3) Republic $20 coins | $100.00 |
| | PDS-26-000434 | (4) Republic $5 coins - (4) Republic $20 coins - (1) Republic $1 coin - (1) Republic $10 coin | $106.00 |
| | PDS-26-000436 | (2) Sets Gold eagle coins ($5, $10, $25, $50) | $180.00 |
| | PDS-26-000437 | (3) Eagle Set ($5, $10, $25, $50) | $270.00 |
| | PDS-26-000438 | (1) Statue of Liberty $100 coin - (1) Statue of Liberty $50 coin - (1) Statue of Liberty $10 coin - (1) Statue of Liberty $25 coin | $185.00 |
| | PDS-26-000439 | (1) Indian Head $10 coin - (8) Republic $20 coin - (1) Indian head $5 coin | $175.00 |
| | PDS-26-000440 | (6) Republic $5 coins (2) Indian head $5 coins (2) Indian head $10 coins - (3) State quarters .25 - (1) Lincoln penny | $59.76 |
| | PDS-26-000441 | Tube of 20 Ben Franklin half dollars (1948) | $10.00 |
| | PDS-26-000442 | (1) Constitution $5 coin | $5.00 |
| | PDS-26-000455 | (5) Republic $20 coins (slab) - (6) Foreign coins - (1) George T. Morgan $100 coin. | $200.00 |
| | PDS-26-000456 | (3) American Silver half dollar coins - (1) Franklin half dollar coin | $1.00 |
| | PDS-26-000457 | (9) Republic $20 coins | $180.00 |
| | PDS-26-000458 | (2) Indian head $2.50 coins - (1) Indian head $5 coin | $10.00 |
| | PDS-26-000459 | 14 slabs various gold coins ($5, $50, $10, $25) | $185.00 |
| | PDS-26-000460 | (6) American Eagle coins ($50, $25, $20) - (4) Indian $2.50 head coin | $175.00 |
| | PDS-26-000487 | One (1) $10 gold coin - Ten (10) $2.50 gold coins - Eleven (11) $5 gold coins | $90.00 |
| | PDS-26-000617 | 16 Silver dollars in a case | $16.00 |
| | PDS-26-000619 | (1) Tube of American Eagle Gold $50 coins - (1) Tube of American Eagle Silver $1 coin - (1) tube of 40 | $9,352.60 |

| | | Washington Quarters coins - (1) tube of 40 Washington Liberty Quarters coins | |
|---|---|---|---|

# EXHIBIT B

## USPS DELIVERY CONFIRMATION

| USPS Tracking Number | 9510815612746173839873 |
|---|---|
| Status | Delivered |
| Delivered To | P.O. Box |
| Delivery Date and Time | June 24, 2026, at 8:15 a.m. |
| Delivery Location | Hicksville, New York 11801 |
| Related Filing | USPIS PS Form 1503 Claim for Property |
| USPIS Case / Seizure | Case No. 1620347; Seizure No. 109-26-D008 |

This page records the USPS delivery information provided for the claim packet sent to the United States Postal Inspection Service.

*PRESS FIRMLY TO SEAL*



*This package is made from post-consumer waste. Please recycle - again.*

## UNITED STA...
## POSTAL SER...



- Expected delivery date specified f...
- Domestic shipments include $100 ...
- USPS Tracking® service included f...
- Limited international insurance.**
- When used internationally, a custo...

*Insurance does not cover certain items. For d...*
Domestic Mail Manual at *http://pe.usps.com.*
** See International Mail Manual at *http://pe.u...*

# FLAT RATE ENVE...
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSUF...



RS00001000014

EP14F October 2023

---

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

## UNITED STATES
## POSTAL SERVICE.

**Retail**

| P | US POSTAGE PAID |
|---|---|
| | **$17.85** — Origin: 11758 / 07/02/26 / 3551260759-77 |

### PRIORITY MAIL®

0 Lb 3.70 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 07/06/26

C030

SHIP TO:
225 CADMAN PLZ E
BROOKLYN NY 11201-1832



**USPS SIGNATURE® TRACKING #**



9510 8129 8913 6183 2410 90



PAPER

---

FR.OM:

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

# PRIORITY®
## ★ MAIL ★





**UNITED STATES POSTAL SERVICE®**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: MR MICHAEL ROMANO
32 COVE LN
LEVITTOWN, NY 11756

TO: U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTN: CLERK OF COURT.
225 CADMAN PLZ EAST
BROOKLYN, NY 11201

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE