

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

July 30, 2026

Honorable Denny Chin
United States Circuit Judge
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>United States v. Romano</u>
         CR-09-0168 (Chin, J.)

Dear Judge Chin:

The undersigned respectfully submits this response, as directed by Your Honor on July 10, 2026, to the letter filed by Defendant Michael Romano ("Defendant"). *See* Docket Entry (DE) 751. In addition, the Government respectfully requests until September 10, 2026 to provide Your Honor with a further status report.

By way of background, on May 26, 2026, the United States Postal Inspection Service ("USPIS") sent notice to Defendant as a "possible owner" of property was seized during the course of a search warrant executed in 2008. *See* DE 751, p. 10.[1] The seized property consisted of numerous coins. <u>Id</u>. at pp. 11-13. However, the coins were inadvertently not included as property to be forfeited in the Final Order of Forfeiture, but remained in the custody of the USPIS. In an abundance of caution, the USPIS provided notice to Defendant of its retention of the seized property and his possible claim. Defendant thereafter filed a claim to the property. <u>Id</u>. at p. 8. Defendant further asserts that he does not want the property returned to him and instead, requests that any value of the property be applied to his outstanding restitution obligations. <u>Id</u>. at p. 4.

In order to release the property to the USPIS, Defendant will need to contact the USPIS directly to withdraw his claim to the seized property. After that is done, the USPIS will be able to take the necessary steps to liquidate the seized property for an eventual turn-over of the proceeds to the Clerk of the Court to apply toward restitution.

---

[1] Page numbers refer to the numbers assigned by the ECF system upon filing with the court.

The Government respectfully requests until September 10, 2026 to provide a further status report to the Court.

Respectfully submitted,
JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Diane C. Leonardo
Diane C. Leonardo
Assistant U.S. Attorney
(631) 715-7854

cc: Michael Romano, by Fedex
9 Lilac Lane
Levittown, New York 11756

Approved.
SO ORDERED.

USCJ
8-3-2026