CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$000.78
08/26/2026 ZIP 11722
043M31248102
US POSTAGE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 23 2026 ★

LONG ISLAND OFFICE

USMS

Michael Romano
# 72246-053

Rel

RETURN

NIXIE 171 DE 1 0009/18/26
RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 11722443899 *2419-03104-18-24

LEGAL MAIL

22>4438

UNAUTHORIZED CORRESPONDENCE

MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand twenty-six.

---

Michael Romano,

Petitioner - Appellant,

v.

United States of America,

Respondent - Appellee.

---

**ORDER**

Docket No. 25-3033

By order dated March 9, 2026, the Court granted Appellant an extension of time to March 18, 2026, to file a motion for a certificate of appealability. Appellant has not complied with that order. Upon consideration thereof,

IT IS HEREBY ORDERED that the appeal is dismissed effective June 23, 2026, if a motion for a certificate of appealability is not filed by that date.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

**A True Copy**
**Catherine O'Hagan Wolfe, Clerk**
**United States Court of Appeals, Second Circuit**

MANDATE ISSUED ON 08/25/2026